1  Robert G. Abrams
   Thomas A. Isaacson
2  Peter A. Barile III
   HOWREY LLP
3  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
4  Tel.: (202) 783-0800
   Fax: (202) 383-6610
5  abramsr@howrey.com
   isaacsont@howrey.com
6  barilep@howrey.com

7  Paul Alexander
   HOWREY LLP
8  1950 University Avenue
   East Palo Alto, CA 94303
9  Tel.: (650) 798-3500
   Fax: (650) 798-3600
10 alexanderp@howrey.com

11 Emily L. Maxwell
   HOWREY LLP
12 525 Market Street, Suite 3600
   San Francisco, CA 94105
13 Tel.: (415) 848-4947
   Fax: (415) 848-4999
14 maxwelle@howrey.com

15 *Counsel for Plaintiffs Andrea Resnick et al.*
   [Additional counsel on signature page]
16

Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.:  (212) 999-5800
Fax:  (212) 999-5899
jjacobson@wsgr.com
swalsh@wsgr.com

*Counsel for Defendant Netflix, Inc.*

Neal Manne
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

*Counsel for Defendants Wal-Mart Stores, Inc., et al.*
[Additional counsel on signature page]

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 **IN RE ONLINE DVD RENTAL**<br>**ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** |
| 20 | **MDL No. 2029** |
| 21 | **Hon. Phyllis J. Hamilton** |
| 22 **This document relates to:** | **STIPULATION AND [PROPOSED] ORDER**<br>**RE CENTRALIZATION OF RELATED** |
| 23 **ALL ACTIONS** | **CASES IN MDL No. 2029** |
| 24 | |
| 25 **After consultation with the Clerk of Court,**<br>**this document also is being filed in the** | |
| 26 **following related cases:** | |
| 27 Sheeler, Jr. v. Walmart.com, et al. | |
| (Case No. C 09-0274 PJH) | |
| 28 Chapman v. Netflix, Inc., et al. | |

HOWREY LLP

1 | (Case No. C 09-0294 PJH)
Orozco v. Netflix, Inc., et al.
2 | (Case No. C 09-0297 PJH)
Landels, et al. v. Netflix, Inc., et al.
3 | (Case No. C 09-0340 PJH)
Grime v. Netflix, Inc., et al.
4 | (Case No. C 09-0349 PJH)
Meyer v. Walmart.com, et al.
5 | (Case No. C 09-0361 PJH)
Randall v. Walmart.com, et al.
6 | (Case No. C 09-0368 PJH)
Hirsch v. Netflix, Inc., et al.
7 | (Case No. C 09-0375 PJH)
Miscioscia v. Netflix, Inc., et al.
8 | (Case No. C 09-0377 PJH)
Chatelain v. Netflix, Inc., et al.
9 | (Case No. C 09-0391 PJH)
Patras v. Netflix, Inc., et al.
10 | (Case No. C 09-00378 PJH)
Weiner v. Walmart.com USA LLC, et al.
11 | (Case No. C 09-00398 PJH)
Millrood v. Walmart.com USA LLC, et al.
12 | (Case No. C 09-00399 PJH)
Kober v. Walmart.com USA LLC, et al.
13 | (Case No. C 09-00400 PJH)
Lacabe v. Walmart.com USA LLC, et al.
14 | (Case No. C 09-00402 PJH)
Roy v. Netflix, Inc., et al.
15 | (Case No. C 09-00434 PJH)
Bruno, et al. v. Walmart.com USA LLC, et al.
16 | (Case No. C 09-00445 PJH)
Zaker v. Netflix, Inc., et al.
17 | (Case No. C 09-00447 PJH)
Parikh v. Netflix, Inc., et al.
18 | (Case No. C 09-00496 PJH)
Johnson v. Walmart.com USA LLC, et al.
19 | (Case No. C 09-00553 PJH)
Gannon v. Walmart.com USA LLC, et al.
20 | (Case No. C 09-00554 PJH)
Williams v. Netflix, Inc., et al.
21 | (Case No. C 09-00678 PJH)
Haddad v. Netflix, Inc., et al.
22 | (Case No. C-09-00958 PJH)
Wiebe v. Netflix, Inc., et al.
23 | (Case No. C-09-01274 PJH)

WHEREAS, by Order dated April 10, 2009, the Judicial Panel on Multidistrict Litigation

("JPML") centralized all cases in MDL No. 2029, *In re Online DVD Antitrust Litigation*, before this

Court ("JPML Order");

1    WHEREAS, the Court entered the JPML Order on April 15, 2009, creating MDL Master

2    Docket M:09-CV-2029 PJH ("Master Docket"), to which all actions subject to that order have been or

3    will be centralized pursuant to 28 U.S.C. § 1407;

4    WHEREAS, Rule 7.5(a) of the JPML provides that "Potential 'tag along actions' filed in the

5    transferee district require no action on the part of the Panel and requests for assignment of such actions

6    to the Section 1407 transferee judge should be made in accordance with local rules for the assignment

7    of related cases"; and

8    WHEREAS, each of the above referenced cases (the "Related Cases") has been designated a

9    related case under Civil Local Rule 3-12 to *Resnick et al. v. Walmart.com USA LLC, et al.*, Case No.

10   C-09-0002 ("*Resnick*"),

11   The undersigned do hereby agree and stipulate that upon the entry of this [Proposed] Order:

12   1.    All Related Cases now pending in this Court shall be designated as Tag Along Actions

13   within the meaning of the Rules of the JPML, as they have been related by this Court to *Resnick.*

14   2.    All Related Cases so designated shall be centralized as soon as is practicable for

15   consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 with those cases already

16   on the Master Docket pending in MDL No. 2029.

17   3.    The terms of this Order shall apply to all cases that have been or may be filed in the

18   Northern District of California and related to *Resnick* under Local Civil Rule 3-12 ("Future Related

19   Cases").  All Future Related Cases shall be designated as Tag Along Actions within the meaning of the

20   JPML Rules, and shall be centralized as soon as is practicable for consolidated or coordinated pretrial

21   proceedings pursuant to 28 U.S.C. § 1407 with those cases already on the Master Docket pending in

22   MDL No. 2029.

23

24

25

26

27

28

1   DATED: April 27, 2009

2                                    Respectfully Submitted,

3                                    Robert G. Abrams
                                     Thomas A. Isaacson
4                                    Peter A. Barile III
                                     HOWREY LLP
5                                    1299 Pennsylvania Avenue, N.W.
                                     Washington, DC 20004
6                                    Tel.: (202) 783-0800
                                     Fax: (202) 383-6610
7
                                     Paul Alexander
8                                    HOWREY LLP
                                     1950 University Avenue
9                                    East Palo Alto, CA 94303
                                     Tel.: (650) 798-3500
10                                   Fax: (650) 798-3600

11                                   Emily L. Maxwell
                                     HOWREY LLP
12                                   525 Market Street, Suite 3600
                                     San Francisco, CA 94105
13                                   Tel.: (415) 848-4947
                                     Fax: (415) 848-4999
14
                                     BY:    /s/ Robert G. Abrams_____
15
                                     *Counsel for Plaintiffs* (Case Nos. 3:09-
16                                   cv-00096, 3:09-cv-00236, 3:09-cv-00274, 3:09-cv-
                                     00361, 3:09-cv-00553, and 3:09-cv-00554)
17
                             *And attests in accordance with General Order No. 45 X. B. that*
18                           *concurrence in the filing of the document has been obtained from*
                             *each of the undersigned counsel:*
19
                             **Defendants' Counsel**
20
                                     Jonathan M. Jacobson
21                                   Sara Ciarelli Walsh
                                     WILSON SONSINI GOODRICH & ROSATI, PC
22                                   1301 Avenue of the Americas
                                     40th Floor
23                                   New York, NY 10019
                                     Tel.:  (212) 999-5800
24                                   Fax:  (212) 999-5899

25                                   Keith E. Eggleton
                                     WILSON SONSINI GOODRICH & ROSATI
26                                   650 Page Mill Road
                                     Palo Alto, Ca 94304-1050
27                                   Tel: (650) 493-9300
                                     Fax: (650) 565-5100
28
                                     Scott Andrew Sher

                                            -4-

1  WILSON SONSINI GOODRICH & ROSATI
   1700 K Street, NW, Fifth Floor
2  Washington, DC 20006
   Tel: (202) 973-8800
3  Fax: (202) 973-8899
   *Counsel for Defendant Netflix, Inc.*

4
   Neal Manne
5  Richard Wolf Hess
   SUSMAN GODFREY LLP
6  1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
7  Tel: (713) 651-9366
   Fax: (713) 654-6666
8
   Genevieve Vose
9  SUSMAN GODFREY LLP
   1201 Third Ave., Suite 3800
10 Seattle, WA 98101-3000
   Tel: (206) 516-3836
11 Fax: (206-516-3883

12 Stephen E. Morrissey
   Kathryn Parsons Hoek
13 Marc M. Seltzer
   SUSMAN GODFREY LLP
14 1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
15 Tel.: 310-789-3100
   Fax: 310-789-3150
16
   *Counsel for Defendant Wal-Mart Stores, Inc. and Wal-*
17 *Mart.com USA LLC*

18 **Additional Plaintiffs' Counsel**

19 Guido Saveri
   R. Alexander Saveri
20 Melissa Shapiro
   Cadio Zirpoli
21 SAVERI & SAVERI, INC.
   706 Sansome Street
22 San Francisco, CA 94111
   Tel.: (415) 217-6810
23 Fax: (415) 217-6813

24 *Counsel for Plaintiff* (Case No. 3:09-cv-00349)

25 Joseph J. Tabacco, Jr.
   Christopher T. Heffelfinger
26 Todd A. Seaver
   BERMAN DEVALERIO
27 425 California Street, Suite 2100
   San Francisco, CA 94104
28 Tel.: (415) 433-3200
   Fax: (415) 433-6382

HOWREY LLP

-5-

1

2   Manuel J. Dominguez
    BERMAN DEVALERIO
3   4280 Professional Center Drive, Suite 350
    Palm Beach Gardens, FL 33410
    Tel: (561) 835-9400
4   Fax: (561) 835-0322

5   *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111, 3:09-
    cv-00138, and 3:09-cv-00445)

6
    Eugene A. Spector
7   Jeffrey J. Corrigan
    William G. Caldes
8   Theodore M. Lieverman
    Jay S. Cohen
9   Jonathan M. Jagher
    SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
10  1818 Market Street, Suite 2500
    Philadelphia, PA 19103
11  Tel.: (215) 496-0300
    Fax: (215) 496-6611

12
    *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096, 3:09-
13  cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-
    cv-00554)

14
    H. Laddie Montague, Jr.
15  Merrill G. Davidoff
    David F. Sorensen
16  Peter Kohn
    BERGER & MONTAGUE, P.C.
17  1622 Locust Street
    Philadelphia, PA 19103
18  Tel.: (215) 875-3010
    Fax: (215) 875-4604

19
    *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116 and
20  3:09-cv-0156)

21
    Natalie Finkelman Bennett
22  SHEPHERD, FINKELMAN, MILLER,
    SHAH, LLP
23  35 East State Street
    Media, PA 19063
24  Tel.: (610) 891-9880
    Fax: (610) 891-9883

25
    Gary E. Mason
26  Donna F. Solen
    THE MASON LAW FIRM LLP
27  1225 19th Street, N.W., Suite 500
    Washington, DC 20036
28  Tel.: (202) 429-2290
    Fax: (202) 429-2294

HOWREY LLP
                                    -6-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

   O'Connor v. Walmart.com USA LLC, et al., Case No.
C 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.:  (310) 461-1426
Fax:  (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.:  (215) 914-2460
Fax:  (215) 914-2462

*Counsel for Plaintiffs*

   Schmitz v. Walmart.com USA LLC, et al., Case No. C
09-0116 PJH
   Sivek v. Walmart.com USA LLC, et al., Case No. C
09-0156 PJH

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier
COHEN MILSTEIN SELLERS & TOLL PPLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.:  (202) 838-7797
Fax:  (202) 838-7745

*Counsel for Plaintiffs*

   Lynch, et al. v. Walmart.com USA LLC, et al., Case
No. C 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiffs*

   Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

   Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.:  (415) 788-4220
Fax:  (415) 788-0161

*Counsel for Plaintiffs*

   Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
   Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH
   Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377 PJH
   James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.:  (212) 682-1818
Fax:  (212) 682-1892

*Counsel for Plaintiff*

   Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. C 09-0274 PJH

Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.:  (415) 433-4949
Fax:  (415) 433-7311

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

1

2
      *Counsel for Plaintiff*

3
    Chapman v. Netflix, Inc., et al., Case No. C 09-0294 PJH

4
Alex C. Turan

5
MONTURA LAW GROUP
2070 N. Broadway, Suite 5492
Walnut Creek, CA 94596

6
Tel.: (415) 308-0025
Fax: (925) 256-9615

7
      *Counsel for Plaintiff*

8
    Orozco v. Netflix, Inc., et al., Case No. C 09-0297 PJH

9

10
Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street

11
Santa Rosa, CA 95404
Tel.: (707) 525-1277

12
Roy A. Katriel

13
THE KATRIEL LAW FIRM
1101 30th Street

14
Washington, DC 20007
Tel.: (202) 625-4342

15
      *Counsel for Plaintiffs*

16
    Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

17

18
Marc H. Edelson
EDELSON & ASSOCIATES, LLC

19
45 West Court Street
Doylestown, PA 18901

20
Tel.: (215) 230-8043
Fax: (215) 230-8735

21
      *Counsel for Plaintiff*

22
    Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361 PJH

23

24
Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC

25
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

26
Tel.: (224) 632-4500
Fax.: (224) 632-4521

27

28
Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2

HOWREY LLP

-9-

1    San Rafael, CA 94903
     Tel.: 415-455-1326
2    Fax: 415-455-1327

3    *Counsel for Plaintiff*

4        *Hirsch v. Netflix, Inc., et al.*, Case No. C 09-0375 PJH

5    David Pastor
     GILMAN & PASTOR, LLP
6    63 Atlantic Avenue, Third Floor
     Boston, MA 02110
7    Tel.:  (617) 742-9700

8    Michael F. Germano
     LAW OFFICES OF MICHAEL GERMANO, P.C.
9    63 Atlantic Avenue, Third Floor
     Boston, MA 02110
10   Tel.:  (617) 367-5911

11   *Counsel for Plaintiff*

12       *Melanie Miscioscia v. Netflix, Inc., et al.*, Case No. C
     09-0377 PJH
13
     Mark Warshaw
14   Jaquelynn Pope
     WARSHAW & POPE
15   934 Hermosa Avenue, Suite 14
     Hermosa Beach, CA 90254
16   Tel.:  (310) 379-3410

17   Edward F. Haber
     SHAPIRO HABER & URMY
18   53 State Street
     Boston, MA 02109
19   Tel.:  (617) 439-3939

20   *Counsel for Plaintiff*

21       *James Chatelain v. Netflix, Inc., et al.*, Case No. C 09-
     0391 PJH
22
     Richard M. Volin
23   Michael McLellan
     FINKELSTEIN THOMPSON LLP
24   1050 30th Street, N.W.
     Washington, DC 20007
25   Tel.:  (202) 337-8000
     Fax:  (202) 337-8090
26
     Rosemary M. Rivas
27   Mark Punzalan
     FINKELSTEIN THOMPSON LLP
28   100 Bush Street, Suite 1450
     San Francisco, CA 94104

HOWREY LLP

-10-

1

Tel.:  (415) 398-8700
Fax:  (415) 398-8704

2

Gordon M. Fauth, Jr.
3
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
4
Alameda, CA 94501
Tel.:  (510) 238-9610
5
Fax:  (510) 337-1431

6

*Counsel for Plaintiff*

7

   Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

8

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
9
715 Hearst Avenue
Berkeley, CA 94710
10
Tel.:  (510) 725-3000
Fax:  (510) 725-3100

11

Steve W. Berman
12
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
13
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
14
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

15

*Counsel for Plaintiffs*

16

   Weiner v. Walmart.com USA LLC, et al., Case No. C
17
09-00398 PJH
   Millrood v. Walmart.com USA LLC, et al.  Case No.
18
C 09-00399 PJH

19

Anthony J. Bolognese
Joshua H. Grabar
20
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
21
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
22
Tel.:  (215) 814-6750
Fax:  (215) 814-6764

23

*Counsel for Plaintiff*

24

   Weiner v. Walmart.com USA LLC, et al., Case No. C
25
09-00398 PJH

26

Gerald J. Rodos
Jeffrey B. Gittleman
27
Julie B. Palley
BARRACK, RODOS & BACINE
28
3300 Two Commerce Square
2001 Market Street

HOWREY LLP

-11-

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

1    Philadelphia, PA 19130
     Tel.:  (215) 963-0600
2    Fax:  (215) 963-0838

3    Steve R. Basser
     BARRACK, RODOS & BACINE
4    One American Plaza
     600 West Broadway, Suite 900
5    San Diego, CA 92101
     Tel.:  (619) 230-0800
6    Fax:  (619) 230-1874

7    *Counsel for Plaintiff*

8       Millrood v. Walmart.com USA LLC, et al.  Case No.
     C 09-00399 PJH
9
     Frank J. Johnson
10   Francis A. Bottini, Jr.
     JOHNSON BOTTINI, LLP
11   655 West Broadway, Suite 1400
     San Diego, CA 92101
12   Tel.:  (619) 230-0063
     Fax:  (619) 233-5535
13
     *Counsel for Plaintiff*
14
        Kober v. Walmart.com USA LLC, et al.  Case No. C
15   09-00400 PJH

16   Joseph Saveri
     Michele C. Jackson
17   Eric B. Fastiff
     Andrew S. Kingsdale
18   LIEFF CABRASER HEIMANN
     & BERNSTEIN, LLP
19   275 Battery Street, Suite 3000
     San Francisco, CA 94111
20   Tel.:  (415) 956-1000
     Fax:  (415) 956-1008
21
     *Counsel for Plaintiff*
22
        Lacabe v. Walmart.com USA LLC, et al.  Case No. C
23   09-00402 PJH

24   Mindee J. Reuben
     WEINSTEIN KITCHENOFF & ASHER, LLC
25   1845 Walnut Street, Suite 1100
     Philadelphia, PA 19103
26   Tel.:  (215) 545-7200
     Fax:  (215) 535-6535
27
     *Counsel for Plaintiffs*
28
        Bruno, et al. v. Walmart.com USA LLC, et al.  Case

1    No. C 09-00445 PJH

2    Edward A. Wallace
     Kenneth A. Wexler
3    WEXLER WALLACE, LLP
     55 West Monroe Street, Suite 3300
4    Chicago, IL 60603
     Tel: 312.346.2222
5    Fax: 312.346.0022

6    Mark J. Tamblyn
     Neha Duggal
7    WEXLER WALLACE, LLP
     455 Capitol Mall, Suite 231
8    Sacramento, CA 95814
     Tel.: 916-492-1100
9    Fax: 916-492-1124

10   *Counsel for Plaintiff*

11        Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH

12   Bonny E. Sweeney
     David W. Mitchell
13   COUGHLIN STOIA GELLER RUDMAN &
     ROBBINS LLP
14   655 West Broadway, Suite 1900
     San Diego, CA 92101
15   Tel.:  (619) 231-1058
     Fax:  (619) 231-7423

16
     William C. Wright
17   THE LAW OFFICES OF WILLIAM C.
     WRIGHT, P.A.
18   301 Clematis Street, Suite 3000
     West Palm Beach, FL 33401
19   Tel.:  (561) 514-0904
     Fax:  (561) 514-0905

20
     *Counsel for Plaintiff*
21
          Parikh v. Netflix, Inc., et al.  Case No. C 09-00496
22   PJH

23   Garrett D. Blanchfield
     REINHARDT, WENDORF & BLANCHFIELD
24   E1250 First National Bank Building
     332 Minnesota Street
25   St. Paul, MN 55101
     Tel.:  (651) 287-2100
26   Fax:  (651) 287-2103

27   *Counsel for Plaintiff*

28        Johnson v. Walmart.com USA LLC, et al.  Case No. C
     09-00553 PJH

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029

1

2   David P. McLafferty
    MCLAFFERTY & ASSOCIATES, P.C.
3   923 Fayette Street
    Conshohocken, PA 19428
4   Tel.:  (610) 940-4000
    Fax:  (610) 940-4007

5   *Counsel for Plaintiff*

6      Gannon v. Walmart.com USA LLC, et al.  Case No. C
       09-00554 PJH
7
8   Dianne M. Nast
    Joseph F. Roda
    Michele S. Burkholder
9   Daniel N. Gallucci
    RODANAST, P.C.
10  801 Estelle Drive
    Lancaster, Pennsylvania 17601
11  Telephone: (717) 892-3000
    Facsimile: (717) 892-1200
12
    *Counsel for Plaintiff*
13
       Williams v. Netflix, Inc., et al.  Case No. C 09-00678
14     PJH

15  Edward M. Gergosian
    Robert J. Gralewski
16  William D. Harris
    GERGOSIAN & GRALEWSKI LLP
17  655 West Broadway Suite 1410
    San Diego CA 92101
18  Tel 619-237-9500
    Fax 619-237-9555 fax
19
    *Counsel for Plaintiff*
20
       Haddad v. Netflix, Inc., et al., Case No. C-09-00958
21     PJH

22  Matthew Schultz
    Timothy D. Battin
23  Thomas M. Palumbo
    STRAUS & BOIES, LLP
24  4041 University Drive, 5th Floor
    Fairfax, Virginia  22030
25  Tel:  (703) 764-8700
    Fax: (703) 764-8704
26
    *Counsel for Plaintiff*
27
       Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH
28

-14-

**STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029**

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATED: _4/30/09_ _____

HON[̶]
UNITE[̶]

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWREY LLP

-15-

STIPULATION AND [PROPOSED] ORDER RE CENTRALIZATION OF RELATED CASES IN MDL No. 2029