Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

*Counsel for Plaintiffs Andrea Resnick, et al.*
*Proposed Lead Counsel and Proposed*
*Chair and Member of Steering Committee*

*Counsel for Plaintiff Sarah Grime*
*Proposed Liaison Counsel and*
*Proposed Member of Steering Committee*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** <br><br> **MDL No. 2029** <br><br> **Hon. Phyllis J. Hamilton** |
| **This document relates to:** <br><br> **ALL ACTIONS** | **STIPULATION AND [~~PROPOSED~~] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029** |

HOWREY LLP

1   WHEREAS, at least thirty-five (35) related proposed class actions have been brought by

2   individual consumers who subscribe or have subscribed to online DVD rental services against

3   Defendants Netflix, Inc., Wal-Mart.com USA LLC, and Wal-Mart Stores, Inc., for their violations of

4   Sections 1 and 2 of the Sherman Antitrust Act, 15 U.S.C. §§ 1-2, pursuant to Sections 4 and 16 of the

5   Clayton Antitrust Act, 15 U.S.C. §§ 15 & 26, and are pending in this Court (the "Actions");

6   WHEREAS, at least eighteen (18) other proposed class actions that were filed in other

7   jurisdictions have been transferred to this Court pursuant to 28 U.S.C. § 1407 (the "Transferred

8   Actions") by Orders of the Judicial Panel on Multidistrict Litigation ("JPML") dated April 10, 2009

9   ("JPML Order 1") (1 case) and April 17, 2009 ("JPML Order 2") (17 cases);

10   WHEREAS, other actions may be transferred to this Court, filed in this Court, related by this

11   Court pursuant to Civ. L.R. 3-12 and/or centralized for consolidated or coordinated pretrial

12   proceedings pursuant to 28 U.S.C. § 1407 by the JPML and/or by Order of this Court with the Actions

13   and the Transferred Actions (the "Future Actions") (collectively, with Actions and the Transferred

14   Actions, the "Consolidated Actions");

15   WHEREAS, by Order dated April 13, 2009, the Court entered Pretrial Order No. 1 governing

16   case management and the organization of Counsel for Plaintiffs in those related cases then pending

17   before it;

18   WHEREAS, by Order dated April 15, 2009, the Court entered JPML Order 1, creating MDL

19   Master Docket M:09-CV-2029 PJH, to which all Consolidated Actions have been or will be

20   centralized for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL

21   No. 2029");

22   WHEREAS, by Order dated April 30, 2009, the Court entered a Supplement to Pretrial Order

23   No. 1 ("Supplemental Order") so as to, *inter alia*, afford Counsel for Plaintiffs in the Transferred

24   Actions an opportunity to participate in the selection process for the appointment of Lead Counsel,

25   Liaison Counsel, and the Organizational Structure of Plaintiffs and their Counsel in MDL No. 2029;

26   WHEREAS, Counsel for Plaintiffs in the Transferred Actions have in fact had the opportunity

27   to participate in the selection process for the appointment of Lead Counsel, Liaison Counsel, and the

28

HOWREY LLP

1  Organizational Structure of Plaintiffs and their Counsel in MDL No. 2029, in compliance with the

2  Supplemental Order;

3        WHEREAS, the Supplemental Order directed that Plaintiffs in the Consolidated Actions

4  (including the Transferred Actions) file a stipulation for appointment of Lead Counsel, Liaison

5  Counsel, and the Organizational Structure of Plaintiffs and their Counsel in MDL No. 2029; and

6  further directed that any such stipulated appointment govern all Consolidated Actions and all Plaintiffs,

7  including all proposed and actual class members in the Consolidated Actions in MDL No. 2029

8  (collectively with Plaintiffs, "Plaintiffs");

9        WHEREAS, the undersigned Plaintiffs and their Counsel in all Consolidated Actions

10  heretofore filed (including the Transferred Actions) do hereby stipulate and agree to the appointment

11  of Lead Counsel, Liaison Counsel, and the Organizational Structure of Plaintiffs and their Counsel in

12  MDL No. 2029, with the Powers and Duties set forth below; and

13        In the interest of securing the just, speedy, and inexpensive determination of these proceedings,

14  pursuant to Federal Rules of Civil Procedure 1 and 23 and Local Civil Rules 1-2 and 16-10(b)(15), it is

15  hereby ORDERED:

16        1.    *Lead Counsel.*  Robert G. Abrams of HOWREY LLP is appointed as Lead Counsel for all

17  Plaintiffs in all Consolidated Actions in MDL No. 2029 ("Lead Counsel").

18        2.    *Liaison Counsel.*  The law firm of SAVERI & SAVERI, INC. is appointed as Liaison

19  Counsel for all Plaintiffs in all Consolidated Actions in MDL No. 2029 ("Liaison Counsel").  The San

20  Francisco office of HOWREY LLP is also authorized to perform the functions of liaison counsel if

21  needed.

22        3.    *Steering Committee.*  The law firms of HOWREY LLP, BERGER & MONTAGUE, P.C.,

23  BERMAN DEVALERIO, SAVERI & SAVERI, INC., and SPECTOR ROSEMAN, KODROFF & WILLIS, P.C. shall

24  constitute the Steering Committee for all Plaintiffs in all Consolidated Actions in MDL No. 2029

25  ("Steering Committee").  Lead Counsel shall serve as the Chair of the Steering Committee.

26        4.    *Duties and Powers of Lead Counsel.*  Lead Counsel shall be responsible for the overall

27  conduct of the litigation on behalf of all Plaintiffs, as follows:

28

HOWREY LLP

a.   To promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts;

b.   To conduct all pretrial, trial, and post-trial proceedings on behalf of all Plaintiffs;

c.   To sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of Plaintiffs, or those Plaintiffs filing the particular papers, but, in any event, no motion may be filed by any Plaintiff without the approval of Lead Counsel, absent leave of Court;

d.   To determine and present (either personally or by designee) in motions, briefs, oral argument or such other fashion as may be appropriate, the position of all Plaintiffs as to all matters arising during pretrial, trial and post-trial proceedings;

e.   To act as spokesperson (either personally or by designee) for all Plaintiffs at pretrial conferences;

f.   To conduct or coordinate discovery (either personally or by designee) on behalf of all Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions, as well as any motion practice related thereto;

g.   To enter into stipulations (either personally or by designee) necessary for the conduct of the litigation with opposing counsel;

h.   To make all work assignments and supervise and Chair the Steering Committee;

i.   To monitor the activities of all Plaintiffs' counsel and to implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

j.   To collect time and expense reports from each firm in the Consolidated Actions (either personally or by designee), including paralegals and any other staff members whose time is expected to be included in any fee petition;

HOWREY LLP

-4-

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1    1)  To this end, all Plaintiffs' counsel shall keep a daily record of their time

2       spent and expenses incurred in connection with this litigation, indicating

3       with specificity the hours and particular activities performed;

4    2)  By the fifteenth day of each month, each firm that may seek an award (or

5       approval) of a fee by the Court shall file with Lead Counsel (or designee

6       established by Lead Counsel), a report summarizing, according to each

7       separate activity, the time and expenses spent by its attorneys, paralegals

8       or staff during the preceding month (and the ordinary billing rates of

9       such personnel in effect during the month) and the accumulated total of

10       the firm's time, hourly rates, and expenses to date;

11    3)  All Plaintiffs' counsel shall endeavor to keep fees reasonable and to

12       choose the most appropriate level of staffing for the tasks required in this

13       litigation; and

14    4)  Lead counsel shall be responsible for preparing any application for an

15       award (or approval) of fees and reimbursement of expenses by Plaintiffs,

16       consistent with the Rules and Orders of this Court.   Provided, the

17       provisions of this subparagraph do not limit the discretion of Lead

18       Counsel in basing an allocation of a fee award among Plaintiffs' counsel

19       based on hours, a percentage-based allocation, a combination of the two,

20       or any other reasonable method of allocation, consistent with the Rules

21       and Orders of this Court.

22  k.  To make and collect assessments (either personally or by designee) from some or

23    all of Plaintiffs' counsel for the purpose of paying the costs necessary to

24    prosecute the case;

25  l.  To ensure that work assignments are not given to any firm that has not promptly

26    submitted its time and expense records or paid its assessments;

27  m.  To employ and consult with experts;

28  n.  To call meetings of Plaintiffs' counsel when deemed appropriate;

HOWREY LLP

1        o.     To conduct settlement negotiations with defense counsel on behalf of all

2                Plaintiffs' counsel;

3        p.     To ensure that all Plaintiffs' counsel are kept informed of the progress of this

4                litigation as necessary; and

5        q.     To otherwise coordinate the work of Plaintiffs' counsel, and perform such other

6                duties as Lead Counsel deems necessary and appropriate based upon his

7                judgment and consideration or as authorized by further Order of the Court.

8      5.     *Duties of Liaison Counsel.*  Liaison Counsel shall be the contact between all Plaintiffs'

9 counsel and the Court.  Liaison Counsel shall forward any notices from the Court and

10 report upon any communications from the Court to Lead Counsel.

11      6.     *Duties and Powers of the Steering Committee.*  The Steering Committee shall be

12 consulted by Lead Counsel to assist in the responsible and efficient prosecution of the litigation as Lead

13 Counsel deems necessary and appropriate based upon his judgment and consideration.

14      7.     *Subcommittees.*  Lead Counsel and the Steering Committee may together select working

15 groups or subcommittees to assist in the responsible and efficient prosecution of the litigation as they

16 deem necessary and appropriate based upon their collective judgment and consideration.

17      8.     *Service.*  Lead and Liaison Counsel are hereby designated as counsel for all Plaintiffs in

18 the Consolidated Actions upon whom all notices, orders, pleadings, motions, discovery, and

19 memoranda relating to the Consolidated Actions shall be served, and Defendants shall serve papers on

20 all Plaintiffs in the Consolidated Actions by serving Lead and Liaison Counsel by electronic means in

21 compliance with the Rules and Orders of this Court.  Lead and Liaison Counsel will be responsible for

22 maintaining a master service list of all parties and their respective counsel.

23      9.     *Binding Effect.*  Any agreement reached between Defendant(s) and Lead Counsel or its

24 designee(s), shall be binding on all other Plaintiffs' and their Counsel in the Consolidated Actions in

25 MDL No. 2029.

26      10.     *Privileges Preserved.*  No communication between or among any of Plaintiffs' counsel

27 shall be taken as a waiver of any privilege or protection to which Plaintiffs would otherwise be

28 entitled.

HOWREY LLP

-6-

**STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029**

1    11.    *Applicability.*   This Order shall apply to all Consolidated Actions, Actions,

2   Transferred Actions, and Future Actions, including any and all actions later instituted in, related to cases

3   in, removed to, or transferred to MDL No. 2029, unless a plaintiff in such a case objects to the

4   applicability of this Order to its case by filing with the Court, within twenty-one (21) days after being

5   centralized in MDL No. 2029, an application for relief from this Order, and that application is granted

6   by the Court for good cause shown.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1  DATED:  May 13, 2009

2

3                                   Respectfully Submitted,

4                                   Robert G. Abrams
                                    Thomas A. Isaacson
                                    Peter A. Barile III
5                                   HOWREY LLP
                                    1299 Pennsylvania Avenue, N.W.
6                                   Washington, DC 20004
                                    Tel.: (202) 783-0800
7                                   Fax: (202) 383-6610

8                                   Paul Alexander
                                    HOWREY LLP
9                                   1950 University Avenue
                                    East Palo Alto, CA 94303
10                                  Tel.: (650) 798-3500
                                    Fax: (650) 798-3600
11
                                    Emily L. Maxwell
12                                  HOWREY LLP
                                    525 Market Street, Suite 3600
13                                  San Francisco, CA 94105
                                    Tel.: (415) 848-4947
14                                  Fax: (415) 848-4999

15                                  BY:   /s/ Robert G. Abrams

16                                  *Counsel for Plaintiffs* (Case Nos. 3:09-cv-0002; 0096;
                                    0236; 0274; 0361; 0553 & 0554)
17
                               ***Proposed Lead Counsel and Proposed Chair and Member of the
18                             Steering Committee for Plaintiffs in MDL No. 2029***

19                                  And attests in accordance with General Order
                                    No. 45 X. B. that concurrence in the filing of the
20                                  document has been obtained from each of the
                                    undersigned counsel:
21
                                    Guido Saveri
22                                  R. Alexander Saveri
                                    Melissa Shapiro
23                                  Cadio Zirpoli
                                    SAVERI & SAVERI, INC.
24                                  706 Sansome Street
                                    San Francisco, CA 94111
25                                  Tel.:  (415) 217-6810
                                    Fax:  (415) 217-6813
26
                                    *Counsel for Plaintiff* (Case No. 3:09-cv-0349)
27
                               ***Proposed Liaison Counsel and Proposed Member of the
28                             Steering Committee for Plaintiffs in MDL No. 2029***

HOWREY LLP
STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1           Joseph J. Tabacco, Jr.
               Christopher T. Heffelfinger
2           Todd A. Seaver
               BERMAN DEVALERIO
3           425 California Street, Suite 2100
               San Francisco, CA 94104
4           Tel.:  (415) 433-3200
               Fax:  (415) 433-6382
5

6           Manuel J. Dominguez
               Daniel A. Bushell
7           BERMAN DEVALERIO
               4280 Professional Center Drive, Suite 350
8           Palm Beach Gardens, FL 33410
               Tel: (561) 835-9400
9           Fax: (561) 835-0322

10         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-0111; 0138 &
              0445)

11         ***Proposed Member of the Steering Committee for Plaintiffs in MDL No. 2029***

12

13           Eugene A. Spector
               Jeffrey J. Corrigan
14           William G. Caldes
               Theodore M. Lieverman
15           Jay S. Cohen
               Jonathan M. Jagher
16           SPECTOR ROSEMAN KODROFF& WILLIS, P.C.
               1818 Market Street, Suite 2500
17           Philadelphia, PA 19103
               Tel.:  (215) 496-0300
18           Fax:  (215) 496-6611

19         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-0096; 0274;
              0361; 0553 & 0554)

20         ***Proposed Member of the Steering Committee for Plaintiffs in MDL No. 2029***

21

22           H. Laddie Montague, Jr.
               Merrill G. Davidoff
23           David F. Sorensen
               Peter Kohn
24           BERGER & MONTAGUE, P.C.
               1622 Locust Street
25           Philadelphia, PA 19103
               Tel.:  (215) 875-3010
26           Fax:  (215) 875-4604

27         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-0116 & 0156)

28         ***Proposed Member of the Steering Committee for Plaintiffs in MDL No. 2029***

HOWREY LLP

-9-

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

*Counsel for Plaintiff*

 O'Connor v. Wal-Mart.com USA LLC, et al., Case
No. C 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.: (310) 461-1426
Fax: (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.: (215) 914-2460
Fax: (215) 914-2462

*Counsel for Plaintiffs*

 Schmitz v. Wal-Mart.com USA LLC, et al., Case No.
C 09-0116 PJH
 Sivek v. Wal-Mart.com USA LLC, et al., Case C
09-0156 PJH

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier

3

COHEN MILSTEIN SELLERS & TOLL PPLC
1100 New York Avenue, N.W.

4

Suite 500, West Tower
Washington, DC 20005

5

Tel.: (202) 838-7797
Fax: (202) 838-7745

6

7

*Counsel for Plaintiffs*

8

 Lynch, et al. v. Wal-Mart.com USA LLC, et al., Case No. C 09-0138 PJH

9

Daniel E. Girard
Elizabeth C. Pritzker

10

GIRARD GIBBS LLP
601 California Street, Suite 1400

11

San Francisco, CA 94180
Tel.: (415) 981-4800

12

Fax: (415) 981-4846

13

*Counsel for Plaintiffs*

14

 Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH

15

 Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH
 Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

16

17

Bryan L. Clobes
Ellen Meriwether

18

Timothy Fraser
CAFFERTY FAUCHER LLP

19

1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

20

21

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200

22

Chicago IL 60602

23

*Counsel for Plaintiffs*

24

 Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH

25

26

27

28

-11-

1    Kevin Bruce Love
Michael E. Criden
2    CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
3    South Miami, FL 33143

4    *Counsel for Plaintiff*

5      Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

6    Robert C. Schubert
Willem F. Jonckheer
7    SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
8    Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
9    Tel.: (415) 788-4220
Fax: (415) 788-0161
10

11    *Counsel for Plaintiffs*

12      Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
      Landels, et al. v. Netflix, Inc., et al., Case No. C 09-
13    0340 PJH
      Melanie Miscioscia v. Netflix, Inc., et al., Case No. C
14    09-0377 PJH
      James Chatelain v. Netflix, Inc., et al., Case No. C 09-
15    0391 PJH

16    Judith L. Spanier
Jill S. Abrams
17    Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
18    212 East 39th Street
New York, New York 10016
19    Tel.: (212) 889-3700
Fax: (212) 684-5191
20

21    Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
22    701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309
23    Tel.: (954) 771-3740
Fax: (954) 771-3047

24    *Counsel for Plaintiffs*

25      Anthony, et al. v. Wal-Mart.com USA LLC, et al.,
Case No. C 09-0236 PJH

26

27

28

-12-

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1
Mary Jane Fait
Theodore T. Bell
2
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
3
55 West Monroe Street, Suite 1111
Chicago, IL 60603
4
*Counsel for Plaintiff*
5
    Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-
6
0244 PJH
7
Lee Albert
Brian Brooks
8
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
9
275 Madison Avenue, Suite 801
New York, New York 10016
10
Tel.:  (212) 682-1818
Fax:  (212) 682-1892
11
*Counsel for Plaintiff*
12
    Sheeler, Jr. v.  Wal-Mart.com USA LLC, et al., Case
13
No. C 09-0274 PJH
14
Michael F. Ram
Erica Craven-Green
15
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
16
San Francisco, CA 94111
Tel.:  (415) 433-4949
17
Fax:  (415) 433-7311
18
*Counsel for Plaintiff*
19
    Chapman v. Netflix, Inc., et al., Case No. C 09-0294
PJH
20
Alex C. Turan
21
MONTURA LAW GROUP
2070 N. Broadway, Suite 5492
22
Walnut Creek, CA 94596
Tel.:  (415) 308-0025
23
Fax:  (925) 256-9615
24
*Counsel for Plaintiff*
25
    Orozco v. Netflix, Inc., et al., Case No. C 09-0297 PJH
26
27
28
HOWREY LLP

1   Guy A. Wilson
    LAW OFFICES OF GUY A. WILSON
2   509 Orchard Street
    Santa Rosa, CA 95404
3   Tel.:  (707) 525-1277

4   Roy A. Katriel
    THE KATRIEL LAW FIRM
5   1101 30th Street
    Washington, DC 20007
6   Tel.:  (202) 625-4342

7   *Counsel for Plaintiffs*

8   Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

9

10  Marc H. Edelson
    EDELSON & ASSOCIATES, LLC
11  45 West Court Street
    Doylestown, PA 18901
    Tel.:  (215) 230-8043
12  Fax:  (215) 230-8735

13  *Counsel for Plaintiff*

14  Meyer v. Wal-Mart.com USA LLC, et al., Case No. C 09-0361 PJH

15

16  Douglas A. Millen
    FREED KANNER LONDON & MILLEN, LLC
17  2201 Waukegan Road, Suite 130
    Bannockburn, IL 60015
    Tel.: (224) 632-4500
18  Fax.: (224) 632-4521

19  Harry Shulman
    THE MILLS LAW FIRM
20  880 Las Gallinas Avenue, Suite 2
    San Rafael, CA 94903
21  Tel.:  415-455-1326
    Fax: 415-455-1327

22  *Counsel for Plaintiff*

23  Hirsch v. Netflix, Inc., et al., Case No. C 09-0375 PJH

24

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

David Pastor
GILMAN & PASTOR, LLP
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.: (617) 742-9700

4

5

6

Michael F. Germano
LAW OFFICES OF MICHAEL GERMANO, P.C.
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Tel.: (617) 367-5911

7

*Counsel for Plaintiff*

8

   *Melanie Miscioscia v. Netflix, Inc., et al.*, Case No. C 09-0377 PJH

9

10

11

12

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.: (310) 379-3410

13

14

15

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

16

*Counsel for Plaintiff*

17

   *James Chatelain v. Netflix, Inc., et al.*, Case No. C 09-0391 PJH

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

2

3

4

5

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

6

7

8

9

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

10

11

12

*Counsel for Plaintiff*

13

   Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

14

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

15

16

17

18

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

19

20

21

22

*Counsel for Plaintiffs*

23

   Weiner v. Wal-Mart.com USA LLC, et al., Case No. C 09-00398 PJH
   Millrood v. Wal-Mart.com USA LLC, et al.  Case No. C 09-00399 PJH

24

25

26

27

28

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel.: (215) 814-6750
Fax: (215) 814-6764

*Counsel for Plaintiff*

   *Weiner v. Wal-Mart.com USA LLC, et al.*, Case No. C
09-00398 PJH

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.: (215) 963-0600
Fax: (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

*Counsel for Plaintiff*

   *Millrood v. Wal-Mart.com USA LLC, et al.* Case No.
C 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 233-5535

*Counsel for Plaintiff*

   *Kober v. Wal-Mart.com USA LLC, et al.* Case No. C
09-00400 PJH

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2   Joseph Saveri
    Michele C. Jackson
3   Eric B. Fastiff
    Andrew S. Kingsdale
    LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
4   275 Battery Street, Suite 3000
    San Francisco, CA 94111
5   Tel.: (415) 956-1000
    Fax: (415) 956-1008

6
    *Counsel for Plaintiff*
7
      Lacabe v. Wal-Mart.com USA LLC, et al.  Case No. C
8   09-00402 PJH

9   Mindee J. Reuben
    WEINSTEIN KITCHENOFF & ASHER, LLC
10  1845 Walnut Street, Suite 1100
    Philadelphia, PA 19103
11  Tel.: (215) 545-7200
    Fax: (215) 535-6535

12
    *Counsel for Plaintiffs*
13
      Bruno, et al. v. Wal-Mart.com USA LLC, et al.  Case
14  No. C 09-00445 PJH

15  Edward A. Wallace
    Kenneth A. Wexler
16  WEXLER WALLACE, LLP
    55 West Monroe Street, Suite 3300
17  Chicago, IL 60603
    Tel: 312.346.2222
18  Fax: 312.346.0022

19  Mark J. Tamblyn
    Neha Duggal
20  WEXLER WALLACE, LLP
    455 Capitol Mall, Suite 231
21  Sacramento, CA 95814
    Tel.: 916-492-1100
22  Fax: 916-492-1124

23  *Counsel for Plaintiff*

24    Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Tel.: (561) 514-0904
Fax: (561) 514-0905

*Counsel for Plaintiff*

  *Parikh v. Netflix, Inc., et al.*  Case No. C 09-00496
PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.: (651) 287-2100
Fax: (651) 287-2103

*Counsel for Plaintiff*

  *Johnson v. Wal-Mart.com USA LLC, et al.*  Case No.
C 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.: (610) 940-4000
Fax: (610) 940-4007

*Counsel for Plaintiff*

  *Gannon v. Wal-Mart.com USA LLC, et al.*  Case No.
C 09-00554 PJH

1    Dianne M. Nast
Joseph F. Roda

2    Michele S. Burkholder
Daniel N. Gallucci

3    RODANAST, P.C.
801 Estelle Drive

4    Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000

5    Facsimile: (717) 892-1200

6    *Counsel for Plaintiff*

7      Williams v. Netflix, Inc., et al.  Case No. C 09-00678 PJH

8

9    Edward M. Gergosian
Robert J. Gralewski

10   William D. Harris
GERGOSIAN & GRALEWSKI LLP

11   655 West Broadway Suite 1410
San Diego CA 92101

12   Tel 619-237-9500
Fax 619-237-9555 fax

13   *Counsel for Plaintiff*

14     Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH

15

16   Matthew Schultz
Timothy D. Battin

17   Thomas M. Palumbo
STRAUS & BOIES, LLP

18   4041 University Drive, 5th Floor
Fairfax, Virginia  22030

19   Tel:  (703) 764-8700
Fax: (703) 764-8704

20   *Counsel for Plaintiff*

21     Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

22   Terry Gross
Adam C. Belsky

23   Monique Alonso
GROSS BELSKY ALSONSO LLP

24   180 Montgomery Street, Suite 2200
San Francisco, CA 94101

25   Tel.:  (415) 544-0200
Fax:  (415) 544-0201

26

27   *Counsel for Plaintiff*

28     Kra v. Netflix, Inc. et al., 3:09-cv-01499 JCS

1

2

3

4

Mario N. Alioto
Lauren C. Russel
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel.: (415) 563-7200
Fax: (415) 346-0679

5

6

7

8

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.: (415) 563-7200
Fax: (415) 346-0679

9

10

11

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.: (510) 652-2554
Fax: (510) 652-9308

12

*Counsel for Plaintiffs*

13

 *Belai v. Netflix, Inc. et al.*, 3:09-cv-01740 EMC

14

15

16

17

Mark A. Griffin
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 224-7553 office
(206) 623-3384 fax

18

*Counsel for Plaintiff*

19

 *MaGee v. Netflix, Inc., et al.*, C 09-1793 PJH
(formerly 2:09-cv-00070)
(transferred from Western District of Washington)

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

  Michalski, et al. v. Netflix, Inc., et al.,
0:09-cv-00158
(transferred from District of Minnesota)

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel.: (515) 223-4567
Fax:  (515) 223-8887

*Counsel for Plaintiffs*

  Boynton v. Wal-Mart.com USA LLC, et al.,
1:09-cv-00026
(transferred from District of New Hampshire)

  Mayer v. Wal-Mart.com USA LLC, et al.,
1:09-cv-00028
(transferred from District of Vermont)

-22-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen R. Fine
LAW OFFICES OF STEPHEN R. FINE
620 Chestnut Street
Manchester, NH 03104
Tel.: (603) 668-2343
Fax: (603) 626-0408

*Counsel for Plaintiff*

*Boynton v. Wal-Mart.com USA LLC, et al.,*
1:09-cv-00026
(transferred from District of New Hampshire)

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel.: (802) 862-0030
Fax: (802) 862-0060

*Counsel for Plaintiff*

*Mayer v. Wal-Mart.com USA LLC, et al.,*
1:09-cv-00028
(transferred from District of Vermont)

Daniel E. Becnel, Jr.
BECNEL LAW FIRM
Nghana Lewis Gauff
Matthew B. Moreland
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 office
(985) 536-6445 fax

*Counsel for Plaintiffs*

*Christina v. Netflix, Inc., et al.,*
3:09-cv-00059
(transferred from Middle District of Louisiana)

*Hotard v. Netflix, Inc., et al.,*
2:09-cv-01938
(transferred from Eastern District of Louisiana)

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John R. Wylie
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
(312) 427-3600 office
(312) 427-1850 fax

*Counsel for Plaintiff*

  Levin v. Wal-Mart.com USA LLC, et al.,
1:09-cv-00744
(transferred from Northern District of Illinois)

Archie C. Lamb, Jr.
THE LAMB FIRM, LLC
P.O. Box 2088
Birmingham, AL 35201
(205) 324-4644 office
(205) 324-4649 fax

*Counsel for Plaintiff*

  Touchton v. Netflix, Inc., et al.,
2:09-cv-00241
(transferred from Northern District of Alabama)

E. Kirk Wood, Jr.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238
(205) 612-0243 office
(205) 705-1223 fax

*Counsel for Plaintiff*

  Kopera v. Netflix, Inc., et al.,
2:09-cv-00242
(transferred from Northern District of Alabama)

Harry F. Bell, Jr.
William L. Bands, Jr.
BELL & BANDS, PLLC
P.O. Box 1723
Charleston, West Virginia 25326
(304) 345-1700 office
(304) 344-1956 fax

*Counsel for Plaintiff*

  Walters, et al. v. Netflix, Inc., et al.,
2:09-cv-00110
(transferred from Southern District of West Virginia)

STIPULATION AND [PROPOSED] PRETRIAL ORDER No. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Irwin B. Levin
Richard E. Shevitz
Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.:  (317) 636-6481
Fax:  (317) 636-2593

*Counsel for Plaintiff*

   Karatz v. Netflix, Inc., et al.,
1:09-cv-00136
(transferred from Southern District of Indiana)

Michael Goetz
MORGAN & MORGAN, P.A.
One Tampa City Center, Suite 700
Tampa, FL 33602
(813) 223-5505 office
(813) 223-5402 fax

Scott W. Weinstein
MORGAN & MORGAN, P.A.
One University Park
12800 University Drive
Fort Myers, FL 33906
(239) 433-6880 office
(239) 433-6836 fax

*Counsel for Plaintiff*

   Bowles v. Netflix, Inc., et al.,
8:09-cv-00250
(transferred from Middle District of Florida)

Andres F. Alonso
Jerrold S. Parker
David B. Krangle
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road, Suite 101
Great Neck, NY 11021
(516) 466-6500 office
(516) 466-6665 fax

*Counsel for Plaintiff*

   Shafeek v. Netflix, Inc., et al.,
1:09-cv-00617
(transferred from Eastern District of New York)

HOWREY LLP

**STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

  *Wagner v. Netflix, Inc., et al.,*
3:09-cv-00360
(transferred from Northern District of Ohio)

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

  *Jones v. Netflix, Inc., et al.,*
3:09-cv-00131
(transferred from Southern District of Illinois)

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

  *Ortiz-Cardona v. Netflix, Inc., et al.,*
3:09-cv-01157
(transferred from District of Puerto Rico)

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert M. Foote
Matthew Herman
Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333 office
(630) 845-8982 fax

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, IL 60174
(630) 862-1130 office
(630) 845-8982 fax

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.: (630) 232-4480
Fax: (630) 845-8982

*Counsel for Plaintiff*

   Cleary v. Wal-Mart.com USA LLC, et al.,
1:09-cv-01383
(transferred from Northern District of Illinois)

Paul W. Rebein
THE REBEIN LAW FIRM, PLLC
500 East Kennedy Blvd., Suite 100
Tampa, FL 33602
Tel.: (813) 356-0567
Fax: (813) 902-6538

*Counsel for Plaintiff*

   Spears v. Netflix, Inc., et al.,
8:09-cv-00665
(transferred from Middle District of Florida)

***Additional Counsel for Plaintiffs***

1    **[PROPOSED] ORDER**

2    The foregoing Stipulation and [Proposed] Order shall apply to any and all Consolidated

3    Actions, as provided above, in MDL No. 2029, including, but not limited to, the following cases:

4    1.   Resnick et al. v. Wal-Mart.com USA LLC, et al., 3:09-cv-00002 PJH

5    2.   O'Connor v. Wal-Mart.com USA LLC, et al., 3:09-cv-00096 PJH

6    3.   Endzweig v. Wal-Mart.com USA LLC, et al., 3:09-cv-00111 PJH

7    4.   Schmitz v. Wal-Mart.com USA LLC, et al., 3:09-cv-00116 PJH

8    5.   Lynch, et al. v. Wal-Mart.com USA LLC, et al., 3:09-cv-00138 PJH

9    6.   Groce, et al. v. Netflix, Inc., et al., 3:09-cv-00139 PJH

10   7.   Sivek v. Wal-Mart.com USA LLC, et al., 3:09-cv-00156 PJH

11   8.   Faris v. Netflix, Inc., et al., 3:09-cv-00180 PJH

12   9.   Slobodin v. Netflix, Inc., et al., 3:09-cv-00225 PJH

13   10.  Anthony, et al. v. Wal-Mart.com USA LLC, et al., 3:09-cv-00236 PJH

14   11.  Polk-Stamps v. Netflix, Inc., et al., 3:09-cv-00244 PJH

15   12.  Sheeler, Jr. v. Wal-Mart.com USA LLC, et al., 3:09-cv-00274 PJH

16   13.  Chapman v. Netflix, Inc., et al., 3:09-cv-00294 PJH

17   14.  Orozco v. Netflix, Inc., et al., 3:09-cv-00297 PJH

18   15.  Landels, et al. v. Netflix, Inc., et al., 3:09-cv-00340 PJH

19   16.  Grime v. Netflix, Inc., et al., 3:09-cv-00349 PJH

20   17.  Meyer v. Wal-Mart.com USA LLC, et al., 3:09-cv-00361 PJH

21   18.  Randall v. Wal-Mart.com USA LLC, et al., 3:09-cv-00368 PJH

22   19.  Hirsch v. Netflix, Inc., et al., 3:09-cv-00375 PJH

23   20.  Miscioscia v. Netflix, Inc., et al., 3:09-cv-00377 PJH

24   21.  Patras v. Netflix, Inc., et al., 3:09-cv-00378 PJH

25   22.  Chatelain v. Netflix, Inc., et al., 3:09-cv-00391 PJH

26   23.  Weiner v. Wal-Mart.com USA LLC, et al., 3:09-cv-00398 PJH

27   24.  Millrood v. Wal-Mart.com USA LLC, et al., 3:09-cv-00399 PJH

28   25.  Kober v. Wal-Mart.com USA LLC, et al., 3:09-cv-00400 PJH

HOWREY LLP

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND
OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

26. Lacabe v. Wal-Mart.com USA LLC, et al., 3:09-cv-00402 PJH

27. Roy v. Netflix, Inc., et al., 3:09-cv-00434 PJH

28. Bruno, et al. v. Wal-Mart.com USA LLC, et al., 3:09-cv-00445 PJH

29. Zaker v. Netflix, Inc., et al., 3:09-cv-00447 PJH

30. Parikh v. Netflix, Inc., et al., 3:09-cv-00496 PJH

31. Johnson v. Wal-Mart.com USA LLC, et al., 3:09-cv-00553 PJH

32. Gannon v. Wal-Mart.com USA LLC, et al., 3:09-cv-00554 PJH

33. Williams v. Netflix, Inc., et al., 3:09-cv-00678 PJH

34. Haddad v. Netflix, Inc., et al., 3:09-cv-00958 PJH

35. Wiebe v. Netflix, Inc., et al., 3:09-cv-01274 PJH

36. MaGee v. Netflix, Inc., et al., 3:09-cv-1793 PJH (formerly 2:09-cv-00070, transferred from Western District of Washington)

37. Touchton v. Netflix, Inc., et al., 2:09-cv-00241 (transferred from Northern District of Alabama)

38. Kopera v. Netflix, Inc., et al., 2:09-cv-00242 (transferred from Northern District of Alabama)

39. Bowles v. Netflix, Inc., et al., 8:09-cv-00250 (transferred from Middle District of Florida)

40. Spears v. Netflix, Inc., et al., 8:09-cv-00665 (transferred from Middle District of Florida)

41. Levin v. Wal-Mart.com USA LLC, et al., 1:09-cv-00744 (transferred from Northern District of Illinois)

42. Cleary v. Wal-Mart.com USA LLC, et al., 1:09-cv-01383 (transferred from Northern District of Illinois)

43. Jones v. Netflix, Inc., et al., 3:09-cv-00131 (transferred from Southern District of Illinois)

44. Karatz v. Netflix, Inc., et al., 1:09-cv-00136 (transferred from Southern District of Indiana)

45. Hotard v. Netflix, Inc., et al., 2:09-cv-01938 (transferred from Eastern District of Louisiana)

46. Christina v. Netflix, Inc., et al., 3:09-cv-00059 (transferred from Middle District of Louisiana)

47. Michalski, et al. v. Netflix, Inc., et al., 0:09-cv-00158 (transferred from District of Minnesota)

48. Boynton v. Wal-Mart.com USA LLC, et al., 1:09-cv-00026 (transferred from District of New Hampshire)

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029

49. Shafeek v. Netflix, Inc., et al., 1:09-cv-00617 (transferred from Eastern District of New York)

50. Wagner v. Netflix, Inc., et al., 3:09-cv-00360 (transferred from Northern District of Ohio)

51. Ortiz-Cardona v. Netflix, Inc., et al., 3:09-cv-01157 (transferred from District of Puerto Rico)

52. Mayer v. Wal-Mart.com USA LLC, et al., 1:09-cv-00028 (transferred from District of Vermont)

53. Walters, et al. v. Netflix, Inc., et al., 2:09-cv-00110 (transferred from Southern District of West Virginia)

54. Kra v. Netflix, Inc., et al., 3:09-cv-01499 PJH (related case motion granted; centralization pending)

55. Belai v. Netflix, Inc., et al., 3:09-cv-01740 EMC (related case motion filed; centralization pending)

**IT IS SO ORDERED.**

DATED: __5/15/09_____

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2 APPOINTING LEAD COUNSEL AND LIAISON COUNSEL AND OTHERWISE ESTABLISHING ORGANIZATIONAL STRUCTURE FOR ALL PLAINTIFFS AND THEIR COUNSEL IN MDL No. 2029