| | |
|---|---|
| Robert G. Abrams<br>Thomas A. Isaacson<br>Peter A. Barile III<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 783-0800<br>Fax: (202) 383-6610<br><br>Paul Alexander<br>HOWREY LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Tel.: (650) 798-3500<br>Fax: (650) 798-3600<br><br>Emily L. Maxwell<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel.: (415) 848-4947<br>Fax: (415) 848-4999<br>*Lead Class Counsel*<br><br>Guido Saveri<br>R. Alexander Saveri<br>Melissa Shapiro<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel.: (415) 217-6810<br>Fax: (415) 217-6813<br>*Liaison Class Counsel*<br><br>[Additional counsel on signature page.] | Jonathan M. Jacobson<br>Sara Ciarelli Walsh<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel.: (212) 999-5800<br>Fax: (212) 999-5899<br>*Counsel for Defendant Netflix, Inc.*<br><br>Neal Manne<br>Richard Wolf Hess<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: (713) 651-9366<br>Fax: (713) 654-6666<br>*Counsel for Defendant Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC*<br><br>[Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. M:09-CV-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton<br><br>STIPULATION AND [~~PROPOSED~~] PRETRIAL ORDER NO. 3 RE CERTAIN PROCEDURAL GUIDELINES TO BE FOLLOWED IN MDL No. 2029 <u>AS MODIFIED BY THE COURT</u> |

WHEREAS, by Order dated April 10, 2009, the Judicial Panel on Multidistrict Litigation ("JPML") centralized all cases in MDL No. 2029, *In re Online DVD Antitrust Litigation*, before this Court ("JPML Order");

WHEREAS, the Court entered the JPML Order on April 15, 2009, creating MDL Master Docket M:09-CV-2029 PJH ("Master Docket"), to which all actions subject to that Order have been or will be centralized in this Court pursuant to 28 U.S.C. § 1407;

WHEREAS, the JPML issued a Conditional Transfer Order ("CTO-1"), which, upon its entry, shall transfer those Tag Along Cases listed therein for centralization in this Court pursuant to 28 U.S.C. § 1407;

WHEREAS the JPML may issue subsequent conditional transfer orders, transferring other actions to this Court as Tag Along Actions ("Other CTOs") from time to time;

WHEREAS, by Order dated April 30, 2009, all related cases under Civil Local Rule 3-12 whenever filed shall be centralized in this Court pursuant to 28 U.S.C. § 1407 ("Related Case Order");

WHEREAS, all cases subject to one or more of the JPML Orders; CTO 1, Other CTOs, or the Related Case Order have or will be centralized in the Master Docket for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("Consolidated Actions");

The undersigned do hereby agree and stipulate that upon the entry of this [Proposed] Order:

1. The terms of this Order shall apply to all Consolidated Actions.

2. When a Consolidated Action is a case filed in, removed to, related to, or transferred to this Court, the Clerk of the Court shall place a copy of this Order in the separate file for such action and make an appropriate entry in the Master Docket.

3. Counsel shall call to the attention of the Court and the Clerk the filing, relation, or transfer of any case which might properly be centralized with the Consolidated Actions ("New Action"). Mailing or other delivery of a copy of this Order by Defendants' counsel or Plaintiffs' counsel, as appropriate, to the counsel in any New Action shall constitute valid notice for purposes of establishing its applicability to such action in accordance with this Order.

4. This Order shall apply to all New Actions, unless a plaintiff in such a case objects to the applicability of this Order to its case by filing with the Court, within twenty-one (21) days after being

centralized in MDL No. 2029, an application for relief from this Order, and that application is granted by the Court for good cause shown.

5. Any operative Consolidated Amended Complaint filed in the Consolidated Actions shall serve to bind all Plaintiffs that are party to any Consolidated Action or any New Action purporting to represent a class of Netflix or Blockbuster Online subscribers, or both, such as the case may be, which is similar in kind or substance to that defined in any operative Consolidated Amended Complaint pending in MDL No. 2029.

6. All pleadings, motions, and other court papers, hereafter filed in the Master Docket shall bear the following caption:

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH<br>MDL No. 2029<br>Hon. Phyllis J. Hamilton |
|---|---|
| **This document relates to:** | **NAME OF FILING** |

7. When a pleading or paper is intended to be applicable to all actions to which this Order is applicable, the words "ALL ACTIONS" shall appear immediately after the words "This document relates to:" in the caption set out above.

8. When a pleading or paper is intended to be applicable only to some, but not all, of the Consolidated Actions, this Court's individual docket number and case caption for each action to which the pleading or paper is intended to be applicable shall appear immediately after the words "This Document Relates To:" in the caption described above.

9.      All filing and service shall be made by electronic means in compliance with the Rules and Orders of this Court. When a pleading or paper is filed applicable to "ALL ACTIONS," said filing need be made only once in the Master Docket; no further copies need be filed or other docket entries made.

10.     When a document is filed and is not applicable to ALL ACTIONS, said pleading or paper shall be filed in both the Master Docket and the individual docket(s) of the Action or Actions to which the document pertains. At the time of electronic filing in accordance with the Rules of this Court, the parties will submit one additional hard copy of each document to Chambers. Copies of any Proposed Orders also shall be sent via e-mail to Chambers in Microsoft Word format to pjhPO@cand.uscourts.gov.

11.     Any attorney not a member of the bar of this Court representing a party in any of the Consolidated Actions, who is a member in good standing of the bar of the highest court of any state, territory, or the District of Columbia, is admitted *pro hac vice* in the Consolidated Actions., upon the filing of a declaration that he or she agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and payment of admission fee.

DATED: July 2, 2009

Respectfully Submitted,

/s/ Robert G. Abrams
Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Lead Class Counsel for Plaintiffs and the Proposed Class*

*Who attest in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

  Guido Saveri
  R. Alexander Saveri
  Melissa Shapiro
  Cadio Zirpoli
  SAVERI & SAVERI, INC.
  706 Sansome Street
  San Francisco, CA 94111
  Tel.: (415) 217-6810
  Fax: (415) 217-6813

***Liaison Class Counsel for Plaintiffs and the Proposed Class***

  Joseph J. Tabacco, Jr.
  Christopher T. Heffelfinger
  Todd A. Seaver
  BERMAN DEVALERIO
  425 California Street, Suite 2100
  San Francisco, CA 94104
  Tel.: (415) 433-3200
  Fax: (415) 433-6382

  Manuel J. Dominguez
  Daniel A. Bushell
  BERMAN DEVALERIO
  4280 Professional Center Drive, Suite 350
  Palm Beach Gardens, FL 33410
  Tel: (561) 835-9400
  Fax: (561) 835-0322

  Eugene A. Spector
  Jeffrey J. Corrigan
  William G. Caldes
  Theodore M. Lieverman
  Jay S. Cohen
  Jonathan M. Jagher
  SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
  1818 Market Street, Suite 2500
  Philadelphia, PA 19103
  Tel.: (215) 496-0300
  Fax: (215) 496-6611

  H. Laddie Montague, Jr.
  Merrill G. Davidoff
  David F. Sorensen
  Peter Kohn
  BERGER & MONTAGUE, P.C.
  1622 Locust Street
  Philadelphia, PA 19103
  Tel.: (215) 875-3010
  Fax: (215) 875-4604

***Members of the Steering Committee for Plaintiffs***

Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Keith E. Eggleton
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

*Counsel for Defendant Netflix, Inc.*

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Genevieve Vose
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

*Counsel for Defendant Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC*

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

DATED: 7/7/09

_____
HONORABLE
UNITED

*It Is So Ordered*
/s/ Judge Phyllis J. Hamilton