| | |
|---|---|
| Robert G. Abrams<br>Thomas A. Isaacson<br>Peter A. Barile III<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 783-0800<br>Fax: (202) 383-6610<br><br>Paul Alexander<br>HOWREY LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Tel.: (650) 798-3500<br>Fax: (650) 798-3600<br><br>Emily L. Maxwell<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel.: (415) 848-4947<br>Fax: (415) 848-4999<br>***Lead Class Counsel***<br><br>Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel.: (415) 217-6810<br>Fax: (415) 217-6813<br>***Liaison Class Counsel*** | Jonathan M. Jacobson<br>Sara Ciarelli Walsh<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel.: (212) 999-5800<br>Fax: (212) 999-5899<br>***Counsel for Defendant Netflix, Inc.***<br><br>Neal Manne<br>Richard W. Hess<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: (713) 651-9366<br>Fax: (713) 654-6666<br>***Counsel for Defendants Wal-Mart Stores, Inc.<br>and Walmart.com USA LLC*** |
| [Additional counsel on signature page.] | [Additional counsel on signature page.] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ONLINE DVD RENTAL<br>ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~]<br>PRETRIAL ORDER NO. 4 REGARDING<br>EXPERT DISCOVERY TO BE<br>FOLLOWED IN MDL No. 2029** |

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXPERT DISCOVERY
MDL No. 2029
960437v1/011148

The Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, relating to both class certification and the merits, and hereby agree and submit this stipulation and proposed order:

1. Within 7 business days of any party serving any expert reports and/or expert declarations in this litigation pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce: the data or other information ***relied upon*** by the expert in forming the expert's opinions; any exhibits that will be used to summarize or support the expert's opinions; the witness's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the previous four years, the witness has testified as an expert at trial or by deposition; a statement of the compensation to be paid for the study and testimony in the case. Data or other information ***relied upon*** shall include, but is not limited to, underlying data, spreadsheets, computerized regression analysis and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information should be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery, identification by Bates number is sufficient. As to other documents relied upon by the expert, documents that are publicly available need not be produced absent specific request.

2. The following types of information shall *not* be subject of any form of discovery:

(1) the content of communications among and between: (a) counsel and the expert and/or the expert's staff and/or supporting firms; (b) counsel and any non-testifying expert consultant and/or the consultant's staff; (c) the expert and other experts and/or other non-testifying expert consultants; (d) experts and their staff and/or supporting firms; (e) non-testifying expert consultants and their staffs; (f) the respective staffs and/or supporting firms of experts or non-testifying expert consultants and the staffs and/or supporting firms of other experts or non-testifying expert consultants.

(2) notes, drafts, written communications or other records of preliminary work created by, or for, experts or non-testifying expert consultants.

1

**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY**
**MDL No. 2029**
960437v1/011148

The foregoing exclusions from discovery will not apply to any information, communications or documents upon which the expert *relies* as a basis for his or her opinion.

3. This Stipulation shall be effective only upon agreement of Plaintiffs and Defendants.

Dated: Aug 20, 2009

Respectfully Submitted,

/s/ Robert G. Abrams
Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

**Lead Class Counsel for Plaintiffs and the Proposed Class**

*Who attest in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813

**Liaison Class Counsel for Plaintiffs and the Proposed Class**

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXPERT DISCOVERY
MDL No. 2029
960437v1/011148

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
Daniel A. Bushell
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

*Members of the Steering Committee for Plaintiffs*

Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

3
**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY**
**MDL No. 2029**
960437v1/011148

|   |   |
|---|---|
| 1 | Keith E. Eggleton |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 2 | 650 Page Mill Road |
|   | Palo Alto, Ca 94304-1050 |
| 3 | Tel: (650) 493-9300 |
|   | Fax: (650) 565-5100 |
| 4 | |
|   | Scott Andrew Sher |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
|   | 1700 K Street, NW, Fifth Floor |
| 6 | Washington, DC 20006 |
|   | Tel: (202) 973-8800 |
| 7 | Fax: (202) 973-8899 |

*Counsel for Defendant Netflix, Inc.*

Neal Manne
Richard W. Hess
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Genevieve Vose
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

Kathryn P. Hoek
Stephen E. Morrissey
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

*Counsel for Defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: August 21, 2009

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

5

STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
MDL No. 2029
960437v1/011148