UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING BLOCKBUSTER SUBSCRIBERS' MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER DENIAL OF LEAVE TO AMEND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |

Having reviewed and given consideration to the Blockbuster Plaintiffs' Motion for Leave to file a Motion to Reconsider the Denial of Leave to Amend the Consolidated Amended Class Action Complaint, the Court hereby grants the Blockbuster Plaintiffs' Motion.

**Alternative #1**: The Blockbuster Plaintiffs' shall have 15 days from the date of this Order to file a Motion to Reconsider the Denial of Leave to Amend the Consolidated Amended Class Action Complaint.

**Alternative #2**: The Court also finds that it is not necessary for the Blockbuster Plaintiffs to file a Motion to Reconsider the Denial of Leave to Amend. The Blockbuster Plaintiffs may proceed directly with the requested amendment. They shall have 30 days from the date of this Order to file a Consolidated Second Amended Class Action Complaint.

**IT IS SO ORDERED.**

DATED: _____

_____
**Honorable Phyllis J. Hamilton**
**United States District Judge**