UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. M 09-2029 PJH<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL ORDER NO. 4** |

It is hereby stipulated between and among the parties hereto, by and through their respective counsel of record, that Plaintiffs' Motion for Class Certification, previously due to be filed on February 19, 2010, shall be filed instead on or before March 19, 2010, that Oppositions, previously due to be filed on April 20, 2010, shall be filed instead on or before May 18, 2010 and Replies, previously due on June 4, 2010, shall be filed instead on or before July 2, 2010. The hearing shall occur on September 1, 2010 or such other date as the Court may set. Good cause exists for this modification to Pretrial Order No. 4 in that the additional time is needed to permit review of data and documents in order to prepare this motion. No previous changes have been requested or ordered with respect to this Motion. All other dates in Pretrial Order No. 4 shall remain unchanged.

STIPULATION AND [PROPOSED] ORDER
MODIFYING PRETRIAL ORDER NO. 4
Case No. C 09-0002 PJH

DM_US:23053567_1

| | |
|---|---|
| Dated: January 19, 2010 | HOWREY LLP |
| | By:     /s/ Paul Alexander<br>       Paul Alexander |
| | Paul Alexander (CA Bar No. 49997)<br>HOWREY LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Tel.: (650) 798-3500<br>Fax: (650) 798-3600 |
| | Robert G. Abrams (Admitted *Pro Hac Vice*)<br>Thomas A. Isaacson (Admitted *Pro Hac Vice*)<br>Peter A. Barile III (Admitted *Pro Hac Vice*)<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 783-0800<br>Fax: (202) 383-6610 |
| | Emily L. Maxwell (CA Bar No. 185646)<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel.: (415) 848-4947<br>Fax: (415) 848-4999 |
| | *Counsel for Plaintiffs* |
| Dated: January 19, 2010 | WILSON SONSINI GOODRICH & ROSATI |
| | By:     /s/ Sara Ciarelli Walsh<br>       Sara Ciarelli Walsh |
| | Sara Ciarelli Walsh, (Admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899 |
| | *Attorneys for Defendant Netflix, Inc.* |

STIPULATION AND [PROPOSED] ORDER
MODIFYING PRETRIAL ORDER NO. 4
Case No. C 09-0002 PJH

1

DM_US:23053567_1

| | | |
|---|---|---|
| 1 | Dated: January 19, 2010 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By: /s/ Richard W. Hess |
| 4 | | Richard W. Hess |
| 5 | | Richard W. Hess, (Admitted *Pro Hac Vice*) |
| | | SUSMAN GODFREY L.L.P. |
| 6 | | 1000 Louisiana Street, Suite 5100 |
| | | Houston, Texas 77002 |
| 7 | | Tel: (713) 651-9366 |
| | | Fax: (713) 654-6666 |
| 8 | | |
| 9 | | Attorneys *for Defendants Wal-Mart Stores, Inc.* |
| | | *and Walmart.com USA LLC* |

### FILER'S ATTESTATION UNDER GENERAL ORDER NO. 45, § X.B

As the registered ECF User and the filer of this Stipulation, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document. I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing statement is true and correct. Executed in East Palo Alto, California.

Dated: January 19, 2010

HOWREY LLP

By: /s/ Paul Alexander
　　　Paul Alexander

Paul Alexander (CA Bar No. 49997)
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

*Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER
MODIFYING PRETRIAL ORDER NO. 4
Case No. C 09-0002 PJH

2

DM_US:23053567_1

**ORDER**

The Stipulation of the parties for an Order modifying Pretrial Order No. 4 with respect to the Motion for Class Certification having been considered by the Court and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification in this action shall be filed on or before March 19, 2010, that Oppositions shall be filed on or before May 18, 2010 and Replies shall be filed on or before July 2, 2010. The hearing on the Motion for Class Certification shall occur on September 1, 2010.

Dated: January 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*