**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Case No. M 09-2029 PJH** <br><br> **Judge: Hon. Phyllis J. Hamilton** |
| **This document relates to:** <br><br> **ALL ACTIONS** | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING PROTECTIVE ORDER** |

WHEREAS, a Stipulation and Protective Order was entered by the Court on September 21, 2009 (Document No. 82)("Protective Order"), which, among other things, placed limits on the disclosure of any information or item designated "HIGHLY CONFIDENTIAL" pursuant to the terms of the Protective Order;

WHEREAS, the parties have issued subpoenas to several non-parties to this case requesting the production of documents, including documents expected to be designated as "HIGHLY CONFIDENTIAL" pursuant to the terms of the Protective Order;

WHEREAS, Blockbuster, Inc., to which a document subpoena was issued, is a competitor with one or more of the defendants in this case, and has sought additional protection regarding the disclosure of "HIGHLY CONFIDENTIAL" information to persons who participate in or have responsibility for competitive strategy or decisions of such defendants; and

WHEREAS, after consultation and negotiation, the parties agree that good cause exists to add such a limitation with regard to "HIGHLY CONFIDENTIAL" documents produced by Blockbuster, Inc. to defendant(s), and that such limitation will facilitate the production of such information in this case;

THEREFORE, it is hereby stipulated between and among the parties hereto, by and through their respective counsel of record, that the Protective Order shall be modified by adding subparagraph 8.4, which shall read as follows:

8.4    Additional Limits on Disclosure of "HIGHLY CONFIDENTIAL" Information Produced by Blockbuster Inc.  Unless otherwise ordered by the Court or permitted in writing by Blockbuster Inc., a Receiving Party may disclose any information or item produced by non-party Blockbuster Inc. and designated by it as "HIGHLY CONFIDENTIAL" only to:

(a)    the Receiving Party's Outside Counsel of record in this action, as well as employees of said counsel to whom it is reasonably necessary to disclose the information for this litigation;

(b)    In-House Counsel of a Receiving Party to whom disclosure is reasonably necessary for this litigation, provided however, that such In-House Counsel of a Receiving Party does not participate in or have responsibility for competitive strategy or competitive decisions of the Receiving Party;

(c)    experts and/or consultants (as defined in this Order) (1) to whom disclosure is reasonably necessary for this litigation, and (2) who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A);

(d)    the Court and its personnel;

(e)    court reporters, their staffs, and professional vendors to whom disclosure is reasonably necessary for this litigation;

(f)    current employees of Blockbuster Inc.;

(g)    any author, addressees or recipients, or any other person who has accessed the document in the course of his or her employment; and

HOWREY LLP

(h)     any other person to whom Blockbuster Inc. agrees in writing or on the record, or any other person to whom the Court compels access to the Blockbuster Inc.'s HIGHLY CONFIDENTIAL Information.

DATED: February 24, 2010

Respectfully Submitted,

_/ s / Robert G. Abrams_

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

**_Lead Class Counsel for Plaintiffs and the Proposed Class_**

_Who attest in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:_

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.:  (415) 217-6810
Fax:  (415) 217-6813

**_Liaison Class Counsel for Plaintiffs and the Proposed Class_**

JOINT STIPULATION REGARDING PROTECTIVE ORDER

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
Daniel A. Bushell
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

*Members of the Steering Committee for Plaintiffs*

*/s/ Sara Ciarelli Walsh*
Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

JOINT STIPULATION REGARDING PROTECTIVE ORDER

Keith E. Eggleton
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

*Counsel for Defendant Netflix, Inc.*

*/s/Genevieve Vose*
_____

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Genevieve Vose
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

*Counsel for Defendant Wal-Mart Stores, Inc. and Walmart.com USA LLC*

HOWREY LLP

JOINT STIPULATION REGARDING PROTECTIVE ORDER

# ORDER

The Stipulation of the parties for an Order modifying the Protective Order having been considered by the Court and good cause appearing,

IT IS HEREBY ORDERED that the Protective Order shall be modified by adding subparagraph 8.4, which shall read as follows:

8.4    <u>Additional Limits on Disclosure of "HIGHLY CONFIDENTIAL" Information Produced by Blockbuster Inc.</u>  Unless otherwise ordered by the Court or permitted in writing by Blockbuster Inc., a Receiving Party may disclose any information or item produced by non-party Blockbuster Inc. and designated by it as "HIGHLY CONFIDENTIAL" only to:

(a)    the Receiving Party's Outside Counsel of record in this action, as well as employees of said counsel to whom it is reasonably necessary to disclose the information for this litigation;

(b)    In-House Counsel of a Receiving Party to whom disclosure is reasonably necessary for this litigation, provided however, that such In-House Counsel of a Receiving Party does not participate in or have responsibility for competitive strategy or competitive decisions of the Receiving Party;

(c)    experts and/or consultants (as defined in this Order) (1) to whom disclosure is reasonably necessary for this litigation, and (2) who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A);

(d)    the Court and its personnel;

(e)    court reporters, their staffs, and professional vendors to whom disclosure is reasonably necessary for this litigation ;

(f)    current employees of Blockbuster Inc.;

(g)    any author, addressees or recipients, or any other person who has accessed the document in the course of his or her employment; and

HOWREY LLP

(h)  any other person to whom Blockbuster Inc. agrees in writing or on the record, or any other person to whom the Court compels access to the Blockbuster Inc.'s HIGHLY CONFIDENTIAL Information.

Dated:_____  2/25/10

The _____. Hamilton

IT IS SO ORDERED

Judge Phyllis J. Hamilton

JOINT STIPULATION REGARDING PROTECTIVE ORDER

HOWREY LLP