NEAL S. MANNE (94101)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH <br><br> MDL No. 2029 <br><br> Hon. Phyllis J. Hamilton |
| This document relates to: <br><br> ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON CLASS CERTIFICATION** |

Due to the need to schedule the deposition of Plaintiffs' expert, John C. Beyer, on May 11, 2010, the parties have, in the spirit of cooperation, agreed to the following extensions of the briefing on class certification:

| | **Previous Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 5/18/2010 | 5/28/2010 |
| Plaintiffs' Reply on Class Certification | 7/2/2010 | 7/12/2010 |

-1-

1039733v1/011148

The parties respectfully request that the Court amend the scheduling order to incorporate these revised deadlines.

Dated: April 29, 2010

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: /s/ *Genevieve Vose*
    Neal S. Manne
    Richard W. Hess
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    Stephen E. Morrissey
    Kathryn P. Hoek
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

    Genevieve Vose
    1201 Third Avenue, Suite 3800
    Seattle, WA 98101
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883

    *Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: /s/ *Sara Ciarelli Walsh*
    Jonathan M. Jacobson
    Sara Ciarelli Walsh
    1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
    Tel.: (212) 999-5800
    Fax: (212) 999-5899
    Email: jjacobson@wsgr.com

1039733v1/011148

|   |   |
|---|---|
| 1 | Howrey LLP |
| 2 |   |
| 3 | By: /s/ Paul Alexander<br>　　　Paul Alexander |
| 4 | Paul Alexander |
| 5 | 1950 University Avenue<br>4th Floor |
| 6 | East Palo Alto, CA 94303<br>Tel.: (650) 798-3500 |
| 7 | Fax: (650) 798-3600 |
| 8 | Robert G. Abrams<br>Thomas A. Isaacson |
| 9 | Peter A. Barile III<br>Howrey LLP |
| 10 | 1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| 11 | Tel: (202) 783-0800<br>Fax: (202) 383-6610 |
| 12 |   |
| 13 | Emily L. Maxwell<br>Howrey LLP |
| 14 | 525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel: (415) 848-4947 |
| 15 | Fax: (415) 848-4999 |
| 16 | ***Lead Counsel for Plaintiffs and the Proposed Class*** |
| 17 |   |
| 18 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. |
| 19 | Dated  May 6, 2010  . |
| 20 |   |
| 21 | _____<br>HONORABLE PHYLLIS J. HAMILTON |
| 22 | IT IS SO ORDERED<br>Judge Phyllis J. Hamilton |