**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

August 27, 2010

*VIA ECF*

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
Courtroom 3, 3rd Floor
1301 Clay Street,
Oakland, CA 94612-5212

      Re:   *In Re Online DVD Rental Antitrust Litigation,*
                  **Master File No. 4:09-md-2029 PJH**

Your Honor:

     We are pleased to inform you that Class Plaintiffs in both the Netflix case and the Blockbuster case have entered into a settlement agreement with defendants Wal-Mart Stores, Inc. and Walmart.com LLC. At the appropriate time, Class Plaintiffs intend to file a motion for preliminary approval of the settlement.

                                       Sincerely

                                       <u>/s/ *Guido Saveri*</u>
                                       Guido Saveri
                                       Liaison Counsel

Netflix.026