1  NEAL S. MANNE (94101)
   SUSMAN GODFREY L.L.P.
2  1000 Louisiana, Suite 5100
   Houston, Texas 77002
3  Telephone: (713) 651-9366
   Facsimile: (713) 654-6666
4  nmanne@susmangodfrey.com
   rhess@susmangodfrey.com
5
   *Attorneys for Defendants Walmart.com USA LLC*
6  *and Wal-Mart Stores, Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. M:09-CV-2029 PJH |
|----|----------------------------------------------|----------------------------------|
| 12 |                                              | MDL No. 2029                     |
| 13 |                                              | Hon. Phyllis J. Hamilton         |
| 14 |                                              |                                  |
| 15 | This document relates to:                    | **PLAINTIFFS' AND WAL-MART DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR STAY AND BIFURCATION OF PROCEEDINGS BASED ON PROPOSED SETTLEMENT PURSUANT TO CIVIL LOCAL RULE 7-11; [PROPOSED] ORDER** |
| 16 | ALL ACTIONS                                  |                                  |
| 17 |                                              |                                  |
| 18 |                                              |                                  |

19

20

21

22

23

24

25

26

27

28

-1-

1266470v1/011870

1

2  Plaintiffs and defendants Walmart.com USA LLC and Wal-Mart Stores, Inc. (collectively,
3  the "Wal-Mart Defendants") respectfully request a stay of all pending motions, deadlines, and
4  other proceedings pertaining to the Wal-Mart Defendants, including proceedings pertaining to
5  Plaintiffs' motion for class certification, pending preliminary and final approval by the Court of
6  the settlement reached between Plaintiffs and the Wal-Mart Defendants on August 27, 2010.
7  Additionally, Plaintiffs and the Wal-Mart Defendants request bifurcation of proceedings involving
8  the Wal-Mart Defendants from those involving Netflix.

9  Nothing in this motion is intended to or will affect Netflix, and Netflix has confirmed that
10 it does not oppose the requested relief.

11 The requested relief would serve the public policy in favor of settlement by facilitating the
12 parties' settlement and by preserving the status quo pending proceedings relating to preliminary
13 and final approval of the settlement.

14 Dated: August 30, 2010                           Respectfully submitted,

15                                                 SUSMAN GODFREY L.L.P.

16

17                                                 By: /s/ *Stephen E. Morrissey*
                                                       Neal S. Manne
18                                                     Richard W. Hess
                                                       1000 Louisiana Street, Suite 5100
19                                                     Houston, Texas 77002
                                                       Telephone: (713) 651-9366
20                                                     Facsimile: (713) 654-6666

21
                                                       Marc M. Seltzer
22                                                     Stephen E. Morrissey
                                                       Kathryn P. Hoek
23                                                     1901 Avenue of the Stars, Suite 950
                                                       Los Angeles, CA 90067
24                                                     Telephone: (310) 789-3100
                                                       Facsimile: (310) 789-3150
25

26                                                     Genevieve Vose
                                                       1201 Third Avenue, Suite 3800
27                                                     Seattle, WA 98101
                                                       Telephone: (206) 516-3880
28                                                     Facsimile: (206) 516-3883

-2-

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

Howrey LLP

By: <u>/s/ Paul Alexander (with permission)</u>
Paul Alexander

Paul Alexander
1950 University Avenue
4th Floor
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Emily L. Maxwell
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4947
Fax: (415) 848-4999

**Lead Counsel for Plaintiffs and the Proposed Class**

**[PROPOSED] ORDER**

The unopposed administrative motion by Plaintiffs and the Wal-Mart Defendants to stay proceedings against the Wal-Mart Defendants and bifurcate the claims against the Wal-Mart Defendants from those against Netflix is hereby GRANTED.  In light of the settlement reached between Plaintiffs and Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc. (collectively, the Wal-Mart Defendants) on August 27, 2010, all proceedings between Plaintiffs and the Wal-Mart Defendants, including the pending motion for class certification, are hereby stayed pending proceedings relating to preliminary and final approval of the settlement. Additionally, Plaintiffs' claims against the Wal-Mart Defendants are hereby bifurcated from those against Defendant Netflix, Inc. ("Netflix"); all deadlines relating to Plaintiffs' claims against Netflix shall remain in place absent further order of the Court. If the settlement between Plaintiffs and the Wal-Mart Defendants ultimately is not approved, Plaintiffs and the Wal-Mart Defendants shall return to their status quo as of August 27, 2010.

IT IS SO ORDERED.

Dated _____.

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1266470v1/011870