**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ONLINE DVD RENTAL
ANTITRUST LITIGATION

_____/

This documents relates to:

ALL ACTIONS

_____/

Case No.  M:09-02029 PJH (JCS)
MDL No. 2029

**ORDER DENYING WITHOUT
PREJUDICE SEALED JOINT LETTER
BRIEF [Docket No. 194]**

On August 25, 2010, Plaintiffs and Wal-Mart Defendants filed under seal a Joint Discovery
Letter.

On August 30, 2010, the parties advised the Court that Plaintiffs and Wal-Mart Defendants
have settled this matter.

IT IS HEREBY ORDERED that the sealed Joint Discovery Letter is DENIED without
prejudice.

IT IS SO ORDERED.

Dated:  August 31, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge