

Peter A. Barile III
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
Direct: +1 202.383.6941
Fax: +1 202.318.8394
BarileP@howrey.com

September 3, 2010

**VIA ECF**

Hon. Joseph C. Spero
Courtroom A, 15th Floor
U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

      Re: *In re Online DVD Rental Antitrust Litigation*, No. 4:09-md-2029 PJH (JCS)

Dear Judge Spero:

      Plaintiffs and Defendant Netflix respectfully request a one week extension of time as to the filing of our joint letter brief to Court following the September 1, 2010 in-person meet and confer of lead trial counsel pursuant to the Court's Notice of Reference and Order re Discovery Procedures (Dkt. 46, July 14, 2009) ("Order").

      In accordance with Paragraph 1 of the Order, lead trial counsel for the parties, Robert Abrams for Plaintiffs and Jonathan Jacobson for Netflix, met in person, along with other counsel, on the agreed date of September 1, 2010, when both lead counsel were in Oakland for a class certification hearing in this matter. The parties had a very productive meet and confer, during which a number of issues were resolved and/or narrowed. Counsel wish to continue to work together during the coming week following the holiday weekend to resolve their outstanding disputes, which concern a number of issues that require further collaboration as to technical and other issues.

      Under Paragraph 2 of the Order, which calls for a joint letter to be submitted within five calendar days of the in-person meet and confer, the joint letter is due on Tuesday, September 7, 2010. So as to facilitate further narrowing of the disputes between the parties prior to bringing them to the Court's attention, the parties request an extension of one week, until Tuesday September 14, 2010, for the parties to file their joint letter brief setting forth any disputes that may remain at that time.

                                                    Respectfully Submitted,

By: /s/ Dylan Liddiard                               By: /s/ Peter A. Barile
Wilson, Sonsini, Goodrich & Rosati PC          Howrey LLP
650 Page Mill Road                                  1299 Pennsylvania Avenue, N.W.
Palo Alto, CA 94304                               Washington, DC 20004
Tel.: (650) 493-9300                               Tel.: (202) 783-0800
Fax: (650) 493-6811                               Fax: (202) 383-6610

*Counsel for Defendant*                              *Counsel for Plaintiffs*

Dated: 9/7/10

[IT IS SO ORDERED — Judge Joseph C. Spero, signed]