1  Robert G. Abrams  (*pro hac vice*)
   Thomas A. Isaacson  (*pro hac vice*)
2  Peter A. Barile III  (*pro hac vice*)
   HOWREY LLP
3  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
4  Tel.: (202) 783-0800
   Fax: (202) 383-6610
5  abramsr@howrey.com
   isaacsont@howrey.com
6  barilep@howrey.com

7  Paul Alexander  (49997)                    Guido Saveri  (22349)
   HOWREY LLP                                 R. Alexander Saveri  (173102)
8  1950 University Avenue                     Lisa Saveri  (112043)
   East Palo Alto, CA 94303                   Cadio Zirpoli  (179108)
9  Tel.: (650) 798-3500                       Melissa Shapiro  (242724)
   Fax: (650) 798-3600                        SAVERI & SAVERI, INC.
10 alexanderp@howrey.com                      706 Sansome Street
                                              San Francisco, CA 94111
11 Emily L. Maxwell  (185646)                 Tel.: (415) 217-6810
   HOWREY LLP                                 Fax: (415) 217-6813
12 525 Market Street, Suite 3600              guido@saveri.com
   San Francisco, CA 94105                    rick@saveri.com
13 Tel.: (415) 848-4947                       lisa@saveri.com
   Fax: (415) 848-4999                        cadio@saveri.com
14 maxwelle@howrey.com                        melissa@saveri.com

15 *Lead Counsel for Plaintiffs and the Proposed*    *Liaison Counsel for Plaintiffs and the*
   *Class*                                           *Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH**<br><br>**MDL No. 2029**<br><br>**Hon. Phyllis J. Hamilton** |
| **This document relates to:**<br><br>**ALL ACTIONS** | **MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding:

- THE NETFLIX CLASS PLAINTIFFS' RESPONSE TO NETFLIX'S PRE-ARGUMENT SUBMISSION AND RELATED PAPERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;

- THIRD DECLARATION OF PETER A. BARILE III IN SUPPORT OF PLAINTIFFS' RESPONSE TO NETFLIX'S PRE-ARGUMENT SUBMISSION AND RELATED PAPERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (AND EXHIBITS 89-95 THERETO); and

- DECLARATION OF PETER A. BARILE III IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

These documents were not electronically filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Conditionally lodged under seal with the Clerk pursuant to Civil Local Rule 79-5 and General Order No. 62, effective May 10, 2010, until further order of the Court.

DATED: September 8, 2010.          Respectfully Submitted,

  /s/ Robert G. Abrams
Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

HOWREY LLP

1

MANUAL FILING NOTIFICATION; Case No. 4:09-md-2029 PJH

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

***Lead Counsel for the Proposed Class***

Guido Saveri
R. Alexander Saveri
Lisa Saveri
Cadio Zirpoli
Melissa Shapiro
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813

***Liaison Counsel for the Proposed Class***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street

| | |
|---|---|
| 1 | Philadelphia, PA 19103<br>Tel.: (215) 875-3010<br>Fax: (215) 875-4604 |
| 2 | |
| 3 | ***Additional Members of the Steering Committee for the Proposed Class in MDL No. 2029*** |