

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

September 14, 2010

**VIA ECF**
Hon. Joseph C. Spero
Courtroom A, 15th Floor
U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

  Re: In re Online DVD Rental Antitrust Litigation, No. 4:09-md-2029 PJH (JCS)

Dear Judge Spero:

  Plaintiffs and Defendant Netflix respectfully request an additional two-day extension of time as to the filing of our joint letter brief following the September 1, 2010 in-person meet and confer of lead trial counsel pursuant to the Court's Notice of Reference and Order re Discovery Procedures (Dkt. 46, July 14, 2009) ("Order"). On September 7, 2010, the Court granted a one-week extension for the filing of the joint letter. Since that time, the parties have continued to diligently meet and confer in order to avoid bringing the matter before this Court.

  As explained in the parties' previous submission (Dkt. 207), lead trial counsel for the parties, Robert Abrams for Plaintiffs and Jonathan Jacobson for Netflix, met in person, along with other counsel, on the agreed date of September 1, 2010, when both lead counsel were in Oakland for a class certification hearing in this matter. The parties had a very productive meet and confer, during which a number of issues were resolved and/or narrowed. Counsel wish to continue to work together during the coming week following the holiday weekend to resolve their outstanding disputes, which concern a number of issues that require further collaboration as to technical and other issues. Those discussions are ongoing as the parties continue to actively discuss these matters and exchange proposals.

  Accordingly, the parties request an extension of two-days, until Thursday, September 16, 2010, for the parties to file their joint letter brief setting forth any disputes that may remain at that time.

  Respectfully Submitted,

By: /s/ **Dylan Liddiard**
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

Counsel for Defendant Netflix

By: /s/ **Matthew Ruan**
Berman DeValerio
One California Street, Suite 900
San Francisco, CA 94111
Phone: (415) 433-3200
Fax: (415) 433-6382

Counsel for Plaintiffs

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: 9/16/10