Gerald E. Hawxhurst (Bar No. 220327)
 jhawxhurst@bmchlaw.com
Diyari Vazquez (Bar No. 222461)
 dvazquez@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California  90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Michael L. Raiff (pro hac vice forthcoming)
Daniel Kelly (pro hac vice forthcoming)
VINSON & ELKINS, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201
Telephone:     (214) 220-7705
Facsimile:     (214) 999-7705
E-mail:  mraiff@velaw.com
E-mail:  dkelly@velaw.com

Attorneys for Non-Party Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | RELATES TO CASE NO.:  4:09-MD- 2029 PJH (N.D. CAL)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY BLOCKBUSTER INC.'S REQUEST TO FILE A SUPPLEMENTAL DECLARATION** |
|---|---|

1   THE COURT, having considered non-party Blockbuster Inc.'s ("Blockbuster") request for
2  leave to file the Declaration of Prashanth S. Athota in support of Blockbuster's submission on
3  October 7, 2010, and finding good cause therein, HEREBY ORDERS THAT the Declaration of
4  Prashanth S. Athota shall be filed in accordance with the Court's order on Blockbuster's motion to
5  file the Athota Declaration under seal.

6

7   IT IS SO ORDERED.

8
    Dated: October _13_, 2010
9                                              _____
                                               United States ~~District~~ Court Judge
10                                                            Magistrate

[DENIED stamp — Judge Joseph C. Spero]

-1-

[PROPOSED] ORDER