UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION _____/ <br><br>This documents relates to:<br><br>ALL ACTIONS<br>_____/ | Case No.  M:09-02029 PJH (JCS)<br>MDL No. 2029<br><br>**ORDER GRANTING IN PART, DENYING IN PART JOINT DISCOVERY DISPUTE TO COMPEL DEPOSITIONS FROM NON PARTY BLOCKBUSTER [Docket No. 210]** |

On September 3, 2010, Plaintiffs and non-party Blockbuster filed a Joint Discovery Letter to Compel Depositions from non-party Blockbuster current and former executives.

On October 4, 2010, a telephonic hearing was held. For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that the following depositions occur:

1. The deposition of Shane Evangelist shall not exceed two deposition days. Hours to be divided one-half ( ½ )to Plaintiff , and one -half ( ½) to Defendant.

2. The deposition of John Antioco shall be no more than three (3) hours divided one-half (½) to Plaintiff , and one-half (½) to Defendant.

3. The deposition of Edward Stead shall no more than three (3) hours divided one-half (½) to Plaintiff,  and one-half ( ½) to Defendant.

4. The deposition of James Keyes is denied without prejudice to further showing.

All depositions shall be completed by the close of discovery.  Parties to meet and confer to set deposition dates.

IT IS SO ORDERED.

Dated:  October 14, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge