# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION     MDL No. 2029

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–3)

On April 10, 2009, the Panel transferred 1 civil actions to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 609 F.Supp.2d 1376 (J.P.M.L. 2009). Since that time, 18 additional actions have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Phyllis J Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435–36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of April 10, 2009, and, with the consent of that court, assigned to the Honorable Phyllis J Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 25, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION  MDL No. 2029

## SCHEDULE CTO–3 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| TEXAS NORTHERN | | | |
| TXN | 3 | 10–00111 | In re: Rule 45 Deposition Subpoenas served on Antioco and Stead |
| TXN | 3 | 10–00114 | In Re Rule 45 Deposition Subpoena served on James W Keyes |