**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ONLINE DVD RENTAL
ANTITRUST LITIGATION

_____/

This documents relates to:

ALL ACTIONS

_____/

Case No.  M:09-02029 PJH (JCS)
MDL No. 2029

**ORDER DENYING WITHOUT
PREJUDICE SEALED  LETTER
REGARDING DISCOVERY DISPUTE
WITH BLOCKBUSTER**

        IT IS HEREBY ORDERED that the Sealed Letter Regarding Discovery Dispute with

Blockbuster is DENIED without prejudice.  Parties shall file a Joint Discovery Letter with the Court,

not to exceed ten (10) pages.

        IT IS SO ORDERED.

Dated:  December 15, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge