1 | JONATHAN M. JACOBSON, State Bar No. 1350495 (NY)
WILSON SONSINI GOODRICH & ROSATI
2 | Professional Corporation
1301 Avenue of the Americas, 40th Floor
3 | New York, NY 10019
Tel: (212) 999-5800
4 | Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

5

6 | KEITH EGGLETON, State Bar No. 159842
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 | 650 Page Mill Road
Palo Alto, CA 94304
8 | Tel: (650) 493-9300
Facsimile: (650) 565-5100
9 | Email: keggleton@wsgr.com

10 | *Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. 4:09-md-2029 PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH WAL-MART** |
| ALL ACTIONS | |

1  WHEREAS, on December 14, 2010, Plaintiffs in this action filed a Motion for Preliminary Approval of Class Action Settlement with Wal-Mart Defendants and Certification of Sub-Classes for Purposes of Settlement ("the Motion");

WHEREAS, the Motion was originally noticed for a hearing date of January 19, 2011;

WHEREAS, Plaintiffs and Netflix have agreed to seek an order extending the hearing and briefing schedule for the Motion;

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree, and hereby request an order as follows:

1.  The Motion shall be heard on February 9, 2011 at 9:00 am, or as soon thereafter as the Court will permit.

2.  Oppositions to the Motion, if any, shall be filed by January 12, 2011.

3.  Replies in support of the Motion, if any, shall be filed by January 26, 2011.

IT IS SO STIPULATED.

Dated:  December 17, 2010            HOWREY LLP

By:  /s/ Robert G. Abrams
       Robert G. Abrams

*Attorneys for Plaintiffs*

Dated: December 17, 2010             WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

By:  /s/ Jonathan M. Jacobson
       Jonathan M. Jacobson

*Attorneys for Defendant Netflix, Inc.*

STIPULATION AND [PROPOSED] ORDER RE:           -1-
BRIEFING SCHED. ON PLTFS.' MOT. FOR PRELIM.
APP'L OF CLASS SETTLEMENT WITH WAL-MART
CASE NO. 09-2029 PJH

**O R D E R**

PURSUANT TO STIPULATION,

1. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Wal-Mart Defendants and Certification of Sub-Classes for Purposes of Settlement shall be heard on February 9, 2011 at 9:00 am.

2. Oppositions to the Motion, if any, shall be filed by January 12, 2011.

3. Replies in support of the Motion, if any, shall be filed by January 26, 2011.

IT IS SO ORDERED.

DATED: _____     _____
                                   THE HON. PHYLLIS J. HAMILTON
                                   UNITED STATES DISTRICT JUDGE

**DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

Dated: December 17, 2010                    By:   /s/ Dylan J. Liddiard
                                                  Dylan J. Liddiard

STIPULATION AND [PROPOSED] ORDER RE:                -3-
BRIEFING SCHED. ON PLTFS.' MOT. FOR PRELIM.
APP'L OF CLASS SETTLEMENT WITH WAL-MART
CASE NO. 09-2029 PJH