JONATHAN M. JACOBSON, State Bar No. 1350495 (NY)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

KEITH EGGLETON, State Bar No. 159842
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. 4:09-md-2029 PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| This document relates to: ALL ACTIONS | **STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER RE: HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH WAL-MART** |

1  WHEREAS, on December 14, 2010, Plaintiffs in this action filed a Motion for Preliminary Approval of Class Action Settlement with Wal-Mart Defendants and Certification of Sub-Classes for Purposes of Settlement ("the Motion");

WHEREAS, the Motion was originally noticed for a hearing date of January 19, 2011;

WHEREAS, Plaintiffs and Netflix have agreed to seek an order extending the hearing and briefing schedule for the Motion;

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree, and hereby request an order as follows:

1. The Motion shall be heard on February 9, 2011 at 9:00 am, or as soon thereafter as the Court will permit.

2. Oppositions to the Motion, if any, shall be filed by January 12, 2011.

3. Replies in support of the Motion, if any, shall be filed by January 26, 2011.

IT IS SO STIPULATED.

Dated:  December 17, 2010                    HOWREY LLP

                                             By:   /s/ Robert G. Abrams
                                                   Robert G. Abrams

                                             *Attorneys for Plaintiffs*

Dated: December 17, 2010                     WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation

                                             By:   /s/ Jonathan M. Jacobson
                                                   Jonathan M. Jacobson

                                             *Attorneys for Defendant Netflix, Inc.*

STIPULATION AND [PROPOSED] ORDER RE:                -1-
BRIEFING SCHED. ON PLTFS.' MOT. FOR PRELIM.
APP'L OF CLASS SETTLEMENT WITH WAL-MART
CASE NO. 09-2029 PJH

**O R D E R**

PURSUANT TO STIPULATION,

1. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Wal-Mart Defendants and Certification of Sub-Classes for Purposes of Settlement shall be heard on February 9, 2011 at 9:00 am.

2. Oppositions to the Motion, if any, shall be filed by January 12, 2011.

3. Replies in support of the Motion, if any, shall be filed by January 26, 2011.

IT IS SO ORDERED.

DATED: 12/21/10

_____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER RE:           -2-
BRIEFING SCHED. ON PLTFS.' MOT. FOR PRELIM.
APP'L OF CLASS SETTLEMENT WITH WAL-MART
CASE NO. 09-2029 PJH

**DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

Dated: December 17, 2010                           By:  /s/ Dylan J. Liddiard
                                                        Dylan J. Liddiard