UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH (JCS)<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton<br>Hon. Joseph C. Spero |
| **This document relates to:**<br><br>**ALL ACTIONS** | [~~PROPOSED~~] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d) |

[~~PROPOSED~~] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d); Case No. 4:09-md-2029 PJH (JCS)

1  This matter came before the Court upon a joint letter between Plaintiffs and Netflix, Inc. dated
2  January 13, 2011 in which, as relevant to this Order, Netflix sought production of unredacted copies of
3  retainer agreements between named plaintiffs and their counsel. Pursuant to Federal Rule of Evidence
4  502(d), it is hereby ordered that the production of any such unredacted retainer agreements shall not
5  constitute a waiver of any attorney-client, work product, or any other privilege or protection applicable
6  to the unredacted material, if any, produced in response to the joint letter or this Court's action thereon.

**IT IS SO ORDERED.**

Dated: __January 19, 2011_____          _____
                                          Honorable Joseph C. Spero
                                          United States Magistrate Judge

---

1

[PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d); Case No. 4:09-md-2029 PJH (JCS)