1  Joseph J. Tabacco, Jr. (SBN 75484)
   Christopher T. Heffelfinger (SBN 118058)
2  Todd A. Seaver (SBN 271067)
   Matthew Ruan (SBN 264409)
3  **BERMAN DEVALERIO**
   One California Street, Suite 900
4  San Francisco, CA 94111
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382
   Email: jtabacco@bermandevalerio.com
6         cheffelfinger@bermandevalerio.com
          tseaver@bermandevalerio.com
7         mruan@bermandevalerio.com

8  Manuel J. Dominguez
   **BERMAN DEVALERIO**
9  3507 Kyoto Gardens Drive, Suite 200
   Palm Beach Gardens, FL 33410
10 Telephone: (561) 835-9400
   Facsimile: (561) 835-0322
11 Email: jdominguez@bermandevalerio.com

12 *Counsel for Plaintiffs & the Proposed Class*

13 Keith Eggleton (SBN 159842)          Jonathan M. Jacobson (*pro hac vice*)
   Dylan J. Liddiard (SBN 203055)       **WILSON SONSINI GOODRICH & ROSATI, PC**
14 **WILSON SONSINI GOODRICH & ROSATI, PC**  1301 Avenue of the Americas, 40th Floor
   650 Page Mill Road                   New York, NY 10019
15 Palo Alto, CA 94304                  Telephone (212) 999-5800
   Telephone: (650) 493-9300            Facsimile: (212) 999-5899
16 Facsimile: (650) 565-5100            Email: jjacobson@wsgr.com
   Email: keggleton@wsgr.com
17        dliddiard@wsgr.com            *Counsel for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| **This document relates to:**  **ALL ACTIONS** | **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING EXPERT DISCOVERY AND BRIEFING SCHEDULE** |

1  The undersigned parties hereby stipulate to an adjustment of the following deadlines contained
2  in the Court's February 16, 2011 Order Extending Expert Discovery and Briefing Schedule (ECF No.
3  336):

4  1.  Rebuttal expert disclosures from March 29, 2011 to April 6, 2011;

5  2.  Dispositive motions from May 7, 2011 to May 11, 2011;

6  3.  Oppositions to dispositive motions from June 15, 2011 to June 17, 2011;

7  4.  Replies from July 20, 2011 to July 22, 2011; and

8  5.  Any *Daubert* motions shall be briefed on the same schedule as the above-described schedule for dispositive motions.

10 DATED: March 16, 2011                Respectfully submitted,

                                        BY:   /s/ Matthew Ruan
                                              Matthew Ruan

                                        Joseph J. Tabacco, Jr.
                                        Christopher T. Heffelfinger
                                        Todd A. Seaver
                                        **BERMAN DEVALERIO**
                                        One California Street, Suite 900
                                        San Francisco, CA 94111
                                        Telephone: (415) 433-3200
                                        Facsimile: (415) 433-6382
                                        Email: jtabacco@bermandevalerio.com
                                               cheffelfinger@bermandevalerio.com
                                               tseaver@bermandevalerio.com
                                               mruan@bermandevalerio.com

                                        Manuel J. Dominguez
                                        **BERMAN DEVALERIO**
                                        3507 Kyoto Gardens Drive, Suite 200
                                        Palm Beach Gardens, FL 33410
                                        Telephone: (561) 835-9400
                                        Facsimile: (561) 835-0322
                                        Email: jdominguez@bermandevalerio.com

| | |
|---|---|
|1| BY:   /s/ Dylan J. Liddiard |
|2|       Dylan J. Liddiard |
|3| Keith Eggleton |
| | **WILSON SONSINI GOODRICH & ROSATI, PC** |
| | 650 Page Mill Road |
|4| Palo Alto, CA 94304 |
| | Telephone: (650) 493-9300 |
|5| Facsimile: (650) 565-5100 |
| | Email: keggleton@wsgr.com |
|6|       dliddiard@wsgr.com |
|7| Jonathan M. Jacobson |
| | **WILSON SONSINI GOODRICH & ROSATI, PC** |
|8| 1301 Avenue of the Americas, 40th Floor |
| | New York, NY 10019 |
|9| Telephone (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
|10| Email: jjacobson@wsgr.com |
|11| *Counsel for Defendant Netflix, Inc.* |

**IT IS SO ORDERED.**

DATED: __4/18/11__            _____
                                                           HONORABLE PHYLLIS J. HAMILTON
                                                           UNITED STATES DISTRICT COURT JUDGE

**E-FILING SIGNATURE ATTESTATION**

    I, Matthew Ruan, am the ECF User whose ID and password was used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY AND BRIEFING SCHEDULE**. In compliance with General Order 45 ¶ X.B., I hereby attest that Dylan J. Liddiard, counsel for Defendant Netflix, Inc., concurred in this filing. A record of such concurrence will be maintained for production to or inspection by the Court if so ordered until one year after final resolution of the above-captioned action.

DATED: March 16, 2011            BY:   /s/ Matthew Ruan
                                                                  Matthew Ruan