# EXHIBIT C
## PART 2

# INVOICES CONT.



# Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|------|---------|
| 10/21/2009 | 29454 |

**PAID**
**11/27/2009**

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 09106115 | due upon rec... | DT | 2nd Reference | Shea Savage | 20033-519 |

| Qty | Description | | Amount |
|-----|-------------|--|--------|
| | Pickup Date: 10/16/09 | | |
| 955 | Standard Litigation Copying - @$.12/page | 4103 - Standard L... | 114.60T |
| 62 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 15.50T |
| 5 | 1" Regular Binder @ $5/each | 4132 - 1" Regular... | 25.00T |
| | CA Sales Tax | | 14.35 |

| | | |
|--|--|--|
| | | $169.45 |
| The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms. | **Payments/Credits** | $-169.45 |
| Received & Approved          Date | **Balance Due** | $0.00 |

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 9/15/2010 | 33914 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10096067 | due upon receipt | DT | | Joyce Hill | 20033.519 |

| Case Name | | 2nd Reference | copy of tabs 1 - 150 |
|-----------|---|---------------|----------------------|
| | Netflix | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| 729 | Heavy Litigation Copying - @ $.15/page | 4104 - Heavy Litig... | 109.35T |
| 160 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 40.00T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | | |
|---|---|---|
| **Subtotal** | | $149.35 |
| **Sales Tax (9.25%)** | | $13.81 |

| Received & Approved | Date | **TOTAL** | **$163.16** |
|---------------------|------|-----------|-------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees, legal fees, court costs and any other related costs associated with the collection of a past due balance.



# Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|------|---------|
| 9/21/2010 | 34003 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10096043 | due upon receipt | DT | | Joyce Hill | 20033-519 |

| Case Name | Netflix | 2nd Reference | | Netflix Prints | |
|-----------|---------|---------------|--|----------------|--|

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| 1,390 | Pickup Date: 9/9/10<br>Native Reconstructed Blowbacks @ $.12/page | 4213 - Native Rec... | 166.80T |

| | | |
|--|--|--|
| The American Legal Reprographics - PA, LLC<br>d/b/a TERIS customer is ultimately responsible<br>*for payment within our terms.* | **Subtotal** | $166.80 |
| | **Sales Tax (9.25%)** | $15.43 |
| Received & Approved                    Date | **TOTAL** | **$182.23** |

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|---|---|
| 9/30/2010 | 34124 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 10096107 | due upon receipt | DT | | M. Koroman | 20033-519 |

| Case Name | | 2nd Reference | | | |
|---|---|---|---|---|---|
| | Netflix | | Scan Depositions | | |

| Qty | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date: 9/24/10 | | |
| 1,995 | Heavy Litigation Scanning -  @ $.15/page | 4204 - Heavy Litig... | 299.25T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| **Subtotal** | $299.25 |
| **Sales Tax (9.25%)** | $27.68 |

| Received & Approved | Date | **TOTAL** | **$326.93** |
|---|---|---|---|



# TERIS

www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 9/30/2010 | 34132 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10096103 | due upon receipt | DT | | Joyce Hill | 20033-519 |

| Case Name | | | 2nd Reference | | Print Ex |
|-----------|---|---|---------------|---|----------|
| | Netflix | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 9/23/10 | | |
| 1.5 | Special Handling Time (To create tabs and place in order) @ $45/hour | 4225 - Special Ha... | 67.50T |
| 1,995 | Native Reconstructed Blowbacks @ $.08/page | 4213 - Native Rec... | 159.60T |
| 221 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 55.25T |
| 54 | Custom Divider Tabs @ $.50/each | 4116 - Custom Di... | 27.00T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
*for payment within our terms.*

| | |
|---|---|
| **Subtotal** | $309.35 |
| **Sales Tax (9.25%)** | $28.61 |

| Received & Approved | Date | **TOTAL** | **$337.96** |
|---------------------|------|-----------|-------------|

*Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.*



# Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|------|---------|
| 10/12/2010 | 34477 |

Bill To

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

Please Pay

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10106068 | due upon receipt | DT | | Shea Savage | 20033.519 |

| Case Name | | | 2nd Reference | Netflix Prod | |
|-----------|---|---|---------------|--------------|---|
| | Netflix | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 10/14/10<br>Media Volume Name: NETFLIX_BRINTON_001,<br>NETFLIX_CRAWFORD2_001,<br>NETFLIX_STORAGE2_001<br>Bates Range: NETFLIX_STORAGE2000001,<br>NETFLIX_CRAWFORD2000001,<br>NETFLIX_BRINTON000001<br>       NETFLIX_STORAGE2008063,<br>NETFLIX_CRAWFORD2011396,<br>NETFLIX_BRINTON002447 | | |
| 2 | Mid-Level Tech Time (Manually Create Custom Load File, Data Analysis, and Custom Reporting @ $75/hour (To Prepare Custom Dat file from Pre Existing Database) | 4226 - Mid-Level ... | 150.00T |
| 8,063 | Heavy Litigation Scanning - @ $.12/page | 4204 - Heavy Litig... | 967.56T |
| 13,843 | File Conversion to Tiff Image @ $.04/page | 4305 - File Conve... | 553.72T |
| 21,906 | Image Endorsing (Bates Numbers and/or Annotations) @ $.01/page | 4218 - Image End... | 219.06T |
| 8,063 | OCR - Optical Character Recognition @ $.04/page | 4229 - OCR - Opti... | 322.52T |
| 2,989 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 239.12T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| Subtotal | $2,451.98 |
| Sales Tax (9.25%) | $226.81 |

Received & Approved        Date

| | |
|---|---|
| **TOTAL** | **$2,678.79** |

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees, legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/18/2010 | 34334 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10106053 | due upon receipt | DT | | Tony/Shea | 20033519 |

| Case Name | Netflix | | 2nd Reference | | |
|-----------|---------|--|---------------|--|--|

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| 10,633 | Pickup Date: 10/12/10<br>2nd Reference: Copy yellow, green, and purple flags<br><br>Heavy Litigation Copying - @ $.15/page | 4104 - Heavy Litig... | 1,594.95T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|--|--|
| Subtotal | $1,594.95 |
| Sales Tax (9.25%) | $147.53 |

| Received & Approved | Date | TOTAL | $1,742.48 |
|---------------------|------|-------|-----------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|---|---|
| 10/18/2010 | 34337 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 10106059 | due upon receipt | DT | | Joyce H | 20033-5/9 |

| Case Name | | | 2nd Reference | Copies of "redacted" Docs | |
|---|---|---|---|---|---|
| | Netflix | | | | |

| Qty | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date:  10/13/10 | | |
| 1,232 | Heavy Litigation Copying - @ $.15/page | 4104 - Heavy Litig... | 184.80T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| Subtotal | $184.80 |
| Sales Tax (9.25%) | $17.09 |

| Received & Approved | Date | TOTAL | $201.89 |
|---|---|---|---|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/18/2010 | 34338 |

www.teris.com

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10106063 | due upon receipt | DT | | Mariana K | 20033.519 |

| Case Name | | 2nd Reference | | | |
|-----------|--|---------------|--|--|--|
| | Netflix | | Clean copies of redacted docs | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 10/14/10 | | |
| 444 | Standard Litigation Copying - @$.12/page | 4103 - Standard L... | 53.28T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
*for payment within our terms.*

| | |
|--|--|
| **Subtotal** | $53.28 |
| **Sales Tax (9.25%)** | $4.93 |

| Received & Approved | Date | **TOTAL** | **$58.21** |
|---------------------|------|-----------|------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/26/2010 | 34508 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10106122 | due upon receipt | DT | | Joyce Hill | 20033.519 |

| Case Name | | 2nd Reference | | | S Evangelist Depo Prep |
|-----------|--|---------------|--|--|------------------------|
| Netflix | | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 10/25/10 | | |
| 3,400 | Heavy Litigation Copying - @ $.15/page | 4104 - Heavy Litig... | 510.00T |
| 46 | Custom Labels @ $1.00/label | 4135 - Custom La... | 46.00T |
| 46 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 11.50T |
| 46 | Manila Folder (Letter) @ $1/each | 4139 - Manila Fol... | 46.00T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|--|--|
| Subtotal | $613.50 |
| Sales Tax (9.25%) | $56.75 |

| Received & Approved | Date | **TOTAL** | **$670.25** |
|---------------------|------|-----------|-------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/29/2010 | 34596 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10106142 | due upon receipt | DT | | Joyce Hill | 20033.519 |

| Case Name | | 2nd Reference | |
|-----------|--|---------------|--|
| Netflix | | | Netflix exhibits 1-1004 |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 10/28/10 | | |
| 6,203 | Reconstructed Blowbacks @ $.08/page | 4213 - Native Rec... | 496.24T |
| 981 | Alpha or Numeric Tabs @ $.50/each | 4115 - Alpha or N... | 490.50T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | Amount |
|--|--------|
| **Subtotal** | $986.74 |
| **Sales Tax (9.25%)** | $91.27 |

| Received & Approved | Date | **TOTAL** | **$1,078.01** |
|---------------------|------|-----------|---------------|

Past due balances may be turned over to a collection agency and clients are responsible for any
legal fees, court costs and any other related costs associated with the collection of a pa



www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
| --- | --- |
| 12/31/2010 | 35316 |

Bill To

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

Please Pay

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
| --- | --- | --- | --- | --- | --- |
| 10126046 | due upon receipt | DT | | Mariana K | 20033.519 |

| Case Name | | | 2nd Reference | Print Netflix Ranges | |
| --- | --- | --- | --- | --- | --- |
| | Netflix | | | | |

| Qty | Description | Item | Amount |
| --- | --- | --- | --- |
| | Pickup Date: 12/8/10 | | |
| 901 | Reconstructed Blowbacks @ $.12/page | 4213 - Native Rec... | 108.12T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
| --- | --- |
| Subtotal | $108.12 |
| Sales Tax (9.25%) | $10.00 |

| Received & Approved | Date | TOTAL | **$118.12** |
| --- | --- | --- | --- |

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



# Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|------|---------|
| 12/31/2010 | 35319 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 10126057 | due upon receipt | DT | | Shea S | 20033.519 |

| Case Name | | | 2nd Reference | | Multiple Productions |
|-----------|--|--|---------------|--|----------------------|
| | Netfilx | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 12/9/10 | | |
| 2 | Mid-Level Tech Time (Time to Create Custom Deliverables from Original Dat Base & Natives) @ $125/hour | 4226 - Mid-Level ... | 250.00T |
| 1,214 | File Conversion to Tiff Image - w-Searchable Text, Metadata, and Native Link (Priced unpacked, non de-duplicated, post extension reduction) @ $.04/page | 4305 - File Conve... | 48.56T |
| 1,214 | Image Endorsing (Bates Numbers and/or Annotations) @ $.01/page | 4218 - Image End... | 12.14T |

| | | |
|--|--|--|
| The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms. | **Subtotal** | $310.70 |
| | **Sales Tax (9.25%)** | $28.74 |
| Received & Approved                    Date | **TOTAL** | **$339.44** |

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



**TERIS**
www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 1/18/2011 | 35530 |

| Please Pay |
|------------|
| TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974 |

| Bill To |
|---------|
| Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11016071 | due upon receipt | DT | | Shea S | 200633.519 |

| Case Name | Netflix | 2nd Reference | Netflix Fact Chron |
|-----------|---------|---------------|--------------------|

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 1/14/11 | | |
| 2,867 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 229.36T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| Subtotal | $229.36 |
| Sales Tax (9.25%) | $21.22 |

| Received & Approved | Date | **TOTAL** | **$250.58** |
|---------------------|------|-----------|-------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



# Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|---|---|
| 1/18/2011 | 35531 |

Please Pay

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

Bill To

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 11016050 | due upon receipt | DT | | Joyce H | 20033.519 |

| Case Name | Netflix | | 2nd Reference | Walmart Event Binders | |
|---|---|---|---|---|---|

| Qty | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date: 1/12/11 | | |
| 970 | Heavy Litigation Scanning - @ $.15/page | 4204 - Heavy Litig... | 145.50T |
| 1,940 | Reconstructed Blowbacks @ $.12/page | 4213 - Native Rec... | 232.80T |
| 160 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 40.00T |

| | | |
|---|---|---|
| The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms. | **Subtotal** | $418.30 |
| | **Sales Tax (9.25%)** | $38.69 |

| Received & Approved | Date | **TOTAL** | **$456.99** |
|---|---|---|---|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|---|---|
| 1/18/2011 | 35529 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 11016044 | due upon receipt | CG | | Joyce H | 20033.519 |

| Case Name | | Netflix | 2nd Reference | NFLX Transcripts & Ex | |
|---|---|---|---|---|---|

| Qty | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date: 1/11/11 | | |
| 28,736 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 2,298.88T |
| 1,043 | Custom Divider Tabs @ $.50/each | 4116 - Custom Di... | 521.50T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| **Subtotal** | $2,820.38 |
| **Sales Tax (9.25%)** | $260.89 |

| Received & Approved | Date | **TOTAL** | **$3,081.27** |
|---|---|---|---|



# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 1/19/2011 | 35560 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11016052 | due upon receipt | DT | | Mariana K | 20033.519 |

| Case Name | Netflix | 2nd Reference | Print from FTP |
|-----------|---------|---------------|----------------|

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 1/12/11 | | |
| 2,328 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 186.24T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| **Subtotal** | $186.24 |
| **Sales Tax (9.25%)** | $17.23 |

| Received & Approved | Date | **TOTAL** | **$203.47** |
|---------------------|------|-----------|-------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 1/31/2011 | 35789 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11016079 | due upon receipt | DT | | Shea S | 20033.519 |

| Case Name | | | 2nd Reference | Print Docs from FTP & Email | |
|-----------|---|---|---------------|-----------------------------|---|
| | Netflix | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 1/18/11 | | |
| 3,255 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 260.40T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | |
|---|---|
| **Subtotal** | $260.40 |
| **Sales Tax (9.25%)** | $24.09 |

| Received & Approved | Date | **TOTAL** | **$284.49** |
|---------------------|------|-----------|-------------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.


www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 1/31/2011 | 35800 |

**Please Pay**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11016116 | due upon receipt | DT | | Joyce H | 20033.519 |

| Case Name | | | 2nd Reference | Print from FTP - Gundlach | |
|-----------|--|--|---------------|---------------------------|--|
| | Netflix | | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 1/25/11 | | |
| 1,698 | Reconstructed Blowbacks @ $.08/page | 4213 - Native Rec... | 135.84T |
| 293 | Blowbacks - Color @ $.60/page | 4214 - Blowbacks... | 175.80T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | | |
|--|--|--|
| Subtotal | | $311.64 |
| Sales Tax (9.25%) | | $28.83 |

| Received & Approved | Date | TOTAL | $340.47 |
|---------------------|------|-------|---------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.

 **TERIS**
www.teris.com

# Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 1/31/2011 | 35810 |

Please Pay

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA 94306
Tel: (650) 213-9922
Tax ID# 30-0067974

Bill To

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11016078 | due upon receipt | DT | | Joyce H | 20033.519 |

| Case Name | | | 2nd Reference | Netflic Transcripts/Exhibits |
|-----------|--|--|---------------|------------------------------|
| | Netflix | | | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 1/19/11 | | |
| 1,384 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 110.72T |
| 83 | Custom Divider Tabs @ $.50/each | 4116 - Custom Di... | 41.50T |

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms.

| | Amount |
|--|--------|
| **Subtotal** | $152.22 |
| **Sales Tax (9.25%)** | $14.08 |
| **TOTAL** | **$166.30** |

Received & Approved                    Date

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.

 **TERIS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2010 | 65207 |


PAID
02/15/2010

| **Bill To** | **Please Pay** |
|-------------|----------------|
| Wilson, Sonsini, Goodrich & Rosati<br>1 Market Spear St Tower<br>Suite 3300<br>San Francisco, CA 94111<br>415-947-2000 | TERIS - San Francisco<br>268 Lambert Street<br>Palo Alto, CA 94306<br>(415) 777-4449<br>Tax ID # 94-3364812 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1002701800 | Due Upon Receipt | KP | 2/8/2010 | Fred Saulo | 20033-519 |

| Qty | Description | Amount |
|-----|-------------|--------|
| | RE: Scan and BB x 1 with tabs; match binders; covers and spines<br>Volume: NetFlx2.09DocRev | |
| 1,549 | Extremely Heavy Litigation Scanning - Extensive Handling and/or Glass Placement of Docs @ $.23/page | 356.27T |
| 1,549 | Reconstructed Blowbacks @ $.12/page | 185.88T |
| 1 | Master DVD (Produced with project) | 45.00T |
| 1 | Archive CD/DVD (produced with project) | 10.00T |
| 40 | Custom Divider Tabs @ $.75/each | 30.00T |
| 10 | 1" Regular Binder | 85.00T |
| 2 | 2" Regular Binder | 30.00T |
| 1 | 5" View Binder (D-Ring) | 40.00T |
| 13 | Custom Spines Created @ $1.50/spine | 19.50T |
| 13 | Custom Covers Created @ $1.50/cover | 19.50T |
| | Subtotal | 821.15 |

| **\*\*Thank You For Your Business\*\*** | Sales Tax (9.5%) | $78.01 |
|------------------------------------------|------------------|--------|
| The American Legal Reprographics, LLC d/b/a TERIS customer is ultimately responsible for payment with in our terms. | **Total** | $899.16 |

 **TERIS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2010 | 65215 |


PAID
02/22/2010

**Bill To**

Wilson, Sonsini, Goodrich & Rosati
1 Market Spear St Tower
Suite 3300
San Francisco, CA 94111
415-947-2000

**Please Pay**

TERIS - San Francisco
268 Lambert Street
Palo Alto, CA 94306
(415) 777-4449
Tax ID # 94-3364812

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1002703000 | Due Upon Receipt | KP | 2/8/2010 | Fred Saulo | 20033-519 |

| Qty | Description | Amount |
|-----|-------------|--------|
| | RE: Convert 8 VHS to DVD | |
| 8 | VHS to DVD Conversion @ $70/conversion | 560.00T |
| | Subtotal | 560.00 |

| **\*\*Thank You For Your Business\*\*** | Sales Tax (9.5%) | $53.20 |
|---|---|---|
| The American Legal Reprographics, LLC d/b/a TERIS customer is ultimately responsible for payment with in our terms. | **Total** | **$613.20** |



# Invoice



| Date | Invoice # |
|------|-----------|
| 2/12/2010 | 65263 |

**PAID 04/09/2010**

| Bill To | Please Pay |
|---------|------------|
| Wilson, Sonsini, Goodrich & Rosati<br>1 Market Spear St Tower<br>Suite 3300<br>San Francisco, CA 94111<br>415-947-2000 | TERIS - San Francisco<br>268 Lambert Street<br>Palo Alto, CA 94306<br>(415) 777-4449<br>Tax ID # 94-3364812 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1002702900 | Due Upon Receipt | KP | 2/12/2010 | Fred Saulo | 20033-519 |

| Qty | Description | Amount |
|-----|-------------|--------|
| | Ref: NetFlix<br>RE: Scan; convert and BB x 1; place into binders<br>Volume: NTFLX209DOCREV2<br>Range: 0001-3536 | |
| 3,533 | Extremely Heavy Litigation Scanning - Extensive Handling and/or Glass Placement of Docs @ $.23/page | 812.59T |
| 2 | Scanning - Oversize (B&W) @ $2.00/sq.ft.<br>Total Square Footage:2 | 4.00T |
| 3,533 | Convert TIFF to PDF/PDF to TIFF @ $.04/page | 141.32T |
| 3,533 | Reconstructed Blowbacks @ $.12/page | 423.96T |
| 1 | Master DVD (Produced with project) | 45.00T |
| 1 | Archive CD/DVD (produced with project) | 10.00T |
| 2 | 1" View Binder | 17.00T |
| 1 | 2" View Binder | 13.50T |
| | Subtotal | 1,467.37 |

| **\*\*Thank You For Your Business\*\*** | Sales Tax (9.5%) | $139.40 |
|------|------|------|
| The American Legal Reprographics, LLC d/b/a TERIS customer is ultimately responsible for payment with in our terms. | **Total** | **$1,606.77** |

**WILSON SONSINI GOODRICH & ROSATI**
PROFESSIONAL CORPORATION
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050
(650) 493-9300

70-2328
0719

**Bank of America**
Commercial Disbursement Account
Northbrook, IL

548744

| VENDOR NO. | CHECK NO. | DATE |
|------------|-----------|------|
| HOW18 | 548744 | 11/5/2010 |

PAY  *** THE SUM 1,333 DOLLARS AND 33 CENTS***

| CHECK AMOUNT |
|--------------|
| $   ***$1,333.33 |

VOID IF NOT CASHED
WITHIN 6 MONTHS

TO
THE
ORDER
OF

**Howrey LLP**
**1299 Pennsylvania Ave NW**
**Washington, DC  20004-2402**

---

**WILSON SONSINI GOODRICH & ROSATI**
PROFESSIONAL CORPORATION
650 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1050
(650) 493-9300

| VENDOR NO. | CHECK NO. | DATE |
|------------|-----------|------|
| HOW18 | 548744 | 11/5/2010 |

Howrey LLP
Request No. 372553

| Invoice Date | Invoice No. | Description | Payment Amount |
|--------------|-------------|-------------|----------------|
| 11/5/2010 | 11052010 | 1/3 of $4000.00 | $1,333.33 |
| | | **Check Total $** | **1,333.33** |

548744



THE **DARCEL GROUP**
comprehensive legal document services
32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com

## Invoice

**Sold To:** Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Attn: Accounts Payable

258595

**Invoice Number:**
NYMT-103926
**Invoice Date:**
Oct 19, 2010
**Page:**
1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| WILSON SONSINI | | 10/18/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| House | Anthony Geritano | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 2 | Technical Time (2 Thumbdrive Copied x 2 - All Encrypted) | 75.000 | 150.00 |
| 4 | Thumbdrive | 75.000 | 300.00 |

*OK to pay*
*c/m 20033.519*

X *A. Geritano*
*mtg. copy*

POSTED

Tax ID: 13-4024795
Check/Credit No Applied:

| | |
|---|---|
| Subtotal | 450.00 |
| Freight | |
| Sales Tax | 39.94 |
| Total Invoice Amount | 489.94 |
| Payment Received | |
| TOTAL | $ 489.94 |

We Accept All Major Credit Cards, Check, or Cash

...your documents...our mission



# THE DARCEL GROUP
comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004    494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com



## Invoice

old To:  Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6022
Attn:  Accounts Payable

**Invoice Number:**
NYMT-104329
**Invoice Date:**
Nov 12, 2010
**Page:**
1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| WILSON SONSINI | 20033-519 | 11/11/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| House | Nathaniel Koslof | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 1,036 | 1,036 Originals - B/W Litigation Documents Printed | 0.060 | 62.16 |
| 36 | Slip Sheets | 0.020 | 0.72 |

258527

RECEIVED

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

POSTED

Tax ID: 13-4024795
Check/Credit No Applied:

**We Accept All Major Credit Cards, Check, or Cash**

| | |
|---|---|
| Subtotal | 62.88 |
| Freight | |
| Sales Tax | 5.58 |
| Total Invoice Amount | 68.46 |
| Payment Received | |
| **TOTAL** | $    **68.46** |

*...your documents...our mission!*



# THE DARCEL GROUP
comprehensive legal document services

32 West 39th Street New York, NY 10018
11 Broadway New York, NY 10004   494 Broad Street Newark, NJ 07102
P: (212) 431-2500  F: (212) 730-8090
www.Darcel.com



## Invoice

**Sold To:** Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Attn: Accounts Payable

**Invoice Number:**
NYMT-104687
**Invoice Date:**
Dec 8, 2010
**Page:**
1

| Customer ID | Client Matter | Order Date |
|---|---|---|
| WILSON SONSINI | 20033-519 | 12/8/10 |
| **Sales Rep ID** | **Contact Name** | **Payment Terms** |
| House | Nathaniel Koslof | Net 30 Days |

| Quantity | Description | Cost | Total |
|---|---|---|---|
| 3,939 | 3,939 Originals - B/W Litigation Documents Copied | 0.120 | 472.68 |

RECEIVED
JAN 1 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

58527

POSTED

Tax ID: 13-4024795
Check/Credit No Applied:

**We Accept All Major Credit Cards, Check, or Cash**

| | |
|---|---|
| **Subtotal** | 472.68 |
| **Freight** | |
| **Sales Tax** | 41.95 |
| **Total Invoice Amount** | 514.63 |
| **Payment Received** | |
| **TOTAL** | $ 514.63 |

...your documents...our mission!