Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Todd A Seaver (SBN 271067)
Matthew Ruan (SBN 264409)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermandevalerio.com
    cheffelfinger@bermandevalerio.com
    tseaver@bermandevalerio.com
    mruan@bermandevalerio.com

*Counsel for Plaintiffs & the Proposed Class*

Keith Eggleton (SBN 159842)
Dylan J. Liddiard (SBN 203055)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  keggleton@wsgr.com
    dliddiard@wsgr.com

Jonathan M. Jacobson (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  jjacobson@wsgr.com

*Counsel for Defendant Netflix*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| **This document relates to:**<br><br>**ALL ACTIONS** | **STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT NETFLIX, INC.'S PROPOSED DAMAGES EXPERT: DR. MARY COLEMAN** |

1  WHEREAS, Plaintiffs filed a Motion to Exclude Testimony of Defendant Netflix's
2  Proposed Damages Expert: Dr. Mary Coleman on Mary 11, 2011(the "Motion"), which sought to
3  exclude certain portions of the testimony of Dr. Coleman, Netflix's proposed antitrust damages
4  expert;
5  WHEREAS, Netflix and Dr. Coleman have agreed to revise such testimony, as reflected
6  in Exhibit A (the "Revised Report of Dr. Mary Coleman, dated May 12, 2011," attached hereto)
7  to eliminate the testimony which Plaintiffs' Motion sought to exclude;
8  NOW, THEREFORE, the undersigned parties hereby stipulate as follows:
9  1. Plaintiffs' Motion (ECF No. 396) is hereby withdrawn and that the August 31, 2011
10    hearing date for the Motion may be vacated.
11  2. Plaintiffs do not waive, but instead expressly reserve, any and all other objections to
12    the admissibility of Dr. Coleman's testimony they might otherwise have a right to
13    advance.

15  Dated: June 9, 2011                                   Respectfully submitted,

17                                                       By: /s/ Matthew Ruan
                                                              Matthew Ruan
18
19                                                       Joseph J. Tabacco, Jr.
                                                         Christopher T. Heffelfinger
                                                         Todd A. Seaver
20                                                       BERMAN DE VALERIO
                                                         One California Street, Suite 900
21                                                       San Francisco, CA 94111
                                                         Telephone: (415) 433-3200
22                                                       Facsimile:  (415) 433-6382
                                                         Email:  jtabacco@bermandevalerio.com
23                                                                 cheffelfinger@bermandevalerio.com
                                                                   tseaver@bermandevalerio.com
24                                                                 mruan@bermandevalerio.com

Dated: June 9, 2011                                    Respectfully submitted,


By: /s/ Dylan J. Liddiard
      Dylan J. Liddiard

Keith Eggleton
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:  keggleton@wsgr.com
      dliddiard@wsgr.com

Jonathan M. Jacobson (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile:  (212) 999-5899
Email: jjacobson@wsgr.com

Counsel for Defendant Netflix

**IT IS SO ORDERED.**

Dated: 6/13/11                                         By: _____
                                                           Hon. Phyllis J. Hamilton
                                                           United States District Judge

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

**E-FILING SIGNATURE ATTESTATION**

I, Dylan J. Liddiard, am the ECF User whose ID and password was used to file this **STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANT NETFLIX, INC.'S PROPOSED DAMAGES EXPERT:  DR. MARY COLEMAN**.  In compliance with General Order 45 ¶ X.B., I hereby attest that Matthew Ruan, counsel for Plaintiffs and the Proposed Class, concurred in this filing.

Dated:  June 9, 2011                                        By: /s/ Dylan J. Liddiard
                                                                            Dylan J. Liddiard