Peter N. Larson (State Bar No. 153448)
pnlarson@jonesday.com
Ellinor R. Coder (State Bar No. 258258)
ecoder@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Lawrence C. DiNardo (*Admitted Pro Hac Vice*)
lcdinardo@jonesday.com
Paula W. Render (*Admitted Pro Hac Vice*)
prender@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Attorneys for Defendants
WAL-MART STORES, INC. AND
WAL-MART.COM USA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| **This document relates to:**<br><br>**ALL ACTIONS** | **STIPULATION AND [Proposed] ORDER RE APPLICATION TO CLAIMS AGAINST WAL-MART DEFENDANTS OF ORDER GRANTING SUMMARY JUDGMENT TO NETFLIX, INC. ON ALL CLAIMS BY BLOCKBUSTER SUBSCRIBERS** |

SFI-703935v3

Stip & [Proposed] Order re Summary Judgment Order on Blockbuster Subscriber Claims

1  WHEREAS Plaintiffs and Defendants Wal-Mart Stores, Inc. and Walmart.com USA LLC (collectively, the "Wal-Mart Defendants") filed an Unopposed Administrative Motion For Stay and Bifurcation of Proceedings Based on Proposed Settlement Pursuant to Civil Local Rule 7-11 (Docket No. 201);

WHEREAS, on August 30, 2010, the Court granted the unopposed administrative motion by Plaintiffs and the Wal-Mart Defendants and stayed all proceedings between Plaintiffs and the Wal-Mart Defendants pending proceedings relating to preliminary and final approval of a settlement (Docket No. 203);

WHEREAS Defendant Netflix, Inc. ("Netflix") moved for summary judgment in its favor on all claims asserted by the Blockbuster Plaintiffs in this action (Docket No. 369);

WHEREAS the Court granted Netflix's motion for summary judgment in its April 29, 2011 Order ("Order") (Docket No. 376), prior to preliminary or final approval of any settlement between Plaintiffs and the Wal-Mart Defendants;

WHEREAS Plaintiffs filed a motion for preliminary approval of settlement with the Wal-Mart Defendants, which is set to come on for hearing before the Court on August 24, 2011 (Docket No. 454);

WHEREAS Netflix does not oppose the entry of this Stipulation and [Proposed] Order Re Application to Claims Against Wal-Mart Defendants of Order Granting Summary Judgment to Netflix, Inc. ("Stipulation and [Proposed] Order");

The undersigned hereby agree and stipulate that upon the entry of this Stipulation and [Proposed] Order:

1.  The stay of proceedings between Plaintiffs and the Wal-Mart Defendants (the "Stay") is lifted for the limited purpose of the entry of this Stipulation and [Proposed] Order.

2.  For all other purposes, the Stay remains in effect without interruption, including with respect to all grounds that the Wal-Mart Defendants may have for seeking summary judgment to dismiss the Blockbuster Plaintiffs' claims, except those grounds on which this Court granted Netflix's motion for summary judgment in the Order.

3.  The Wal-Mart Defendants shall be deemed to have sought the same relief as that

sought by Netflix in Netflix's motion for summary judgment as to all claims asserted by the Blockbuster Plaintiffs (Docket No. 369).

4. Whatever effect the Order granting summary judgment has as to the Blockbuster Plaintiffs' claims against Netflix, the Order shall have the same effect as to the Blockbuster Plaintiffs' claims against the Wal-Mart Defendants.

5. If the Order is reversed on appeal, it shall also be reversed as to the Wal-Mart Defendants.

Dated: August 12, 2011               Respectfully submitted,


By: /s/ Paula W. Render
     Paula W. Render (*Pro Hac Vice*)

Counsel for Defendants
WAL-MART STORES, INC. AND
WAL-MART.COM USA LLC


By: /s/ Robert G. Abrams  (with permission)
     Robert G. Abrams *(Pro Hac Vice)*

MEMBER OF THE STEERING
COMMITTEE FOR PLAINTIFFS IN
MDL No. 2029

### SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.


By: /s/ Paula W. Render
     Paula W. Render (*Pro Hac Vice*)

Counsel for Defendants
WAL-MART STORES, INC. AND
WAL-MART.COM USA LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: 8/15/11             By: _____
                                   Hon. Phyllis J. Hamilton
                                   United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 4 -   Stip & [Proposed] Order re Summary Judgment
        Order on Blockbuster Subscriber Claims