Jonathan M. Jacobson, SBN 1350495 (NY)
David H. Reichenberg, SBN 4477477 (NY)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

Keith E. Eggleton, SBN 159842
Maura L. Rees, SBN 191698
Dylan J. Liddiard, SBN 203055
Anthony J Weibell, SBN 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax: (650) 565-5100
Email: dliddiard@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No.: 4:09-md-2029 PJH (JCS)<br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton<br><br>**REQUEST AND [~~PROPOSED~~] ORDER TO PERMIT EQUIPMENT IN THE COURTROOM** |

Defendant Netflix, Inc. intends to prepare an electronic slide presentation for potential use as needed at the hearing on Netflix's Motion for Summary Judgment to be heard before the Court on August 31, 2011.[1]  As instructed by the Courtroom Deputy, Netflix respectfully submits this request for an order permitting it to bring into the courtroom on that date the following equipment necessary for the presentation:

- One large projection screen
- Two projectors (in case one projector fails)
- Laptop computers
- Extension cords
- One small folding table (for the projector)

Dated: August 22, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Jonathan M. Jacobson
        Jonathan M. Jacobson

*Attorneys for Defendant Netflix, Inc.*

**PURSUANT TO THE REQUEST, IT IS SO ORDERED.**

Dated:  8/23/11

_____
Phyllis J. Hamilton
United States District Judge

*[IT IS SO ORDERED — Judge Phyllis J. Hamilton, Northern District of California seal]*

---

[1] Netflix has conferred with counsel for Plaintiffs who informed Netflix that Plaintiffs do not intend to make an electronic slide presentation at the hearing and will not be bringing their own projection equipment.

REQUEST AND [PROPOSED] ORDER TO PERMIT
EQUIPMENT IN THE COURTROOM
CASE NO. 09-MD-2029 PJH (JCS)