Peter N. Larson (State Bar No. 153448)
pnlarson@jonesday.com
Ellinor R. Coder (State Bar No. 258258)
ecoder@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Paula W. Render (*Admitted Pro Hac Vice*)
prender@jonesday.com
Lawrence C. DiNardo (*Admitted Pro Hac Vice*)
lcdinardo@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:      (312) 782-8585

Attorneys for Defendants
WAL-MART STORES, INC. AND
WAL-MART.COM USA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| **This document relates to:**<br><br>**ALL ACTIONS** | [~~PROPOSED~~] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS |

1  Having considered Plaintiffs' Administration Motion to Seal Documents (Doc. No. 427),
2  the response of Defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA LLC ("the Wal-Mart
3  Defendants"), and the Declaration of Ross Higman in support thereof, the Court has determined
4  that good cause exists to seal Exhibit 124 to the Ruan Declaration (Doc. No. 429).  Further, the
5  Court has determined that compelling reasons exist to seal Exhibits 20, 47, 48, and 131 to the
6  Ruan Declaration.

7  IT IS HEREBY ORDERED THAT  Plaintiffs' Administrative Motion to File Under Seal
8  (Doc. No. 427) is GRANTED IN PART as follows:  the Clerk shall file under seal Exhibits 20,
9  47, 48, 124, and 131 to the Declaration of Matthew W. Ruan In Support of Plaintiffs'
10 Memorandum In Opposition to Defendant Netflix's Motion for Summary Judgment, Plaintiffs'
11 Memorandum in Opposition to Defendant Netflix's Motion to Exclude the Testimony of Dr. John
12 Beyer and Plaintiffs' Memorandum in Opposition to Defendant Netflix's Motion to Exclude the
13 Testimony of Gregory L. Gundlach (Doc. No. 429).

Dated: 9/2/11

By: _____
Hon. Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton