# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH**<br><br>**MDL No. 2029**<br><br>**Hon. Phyllis J. Hamilton** |
| **This document relates to:**<br><br>**ALL ACTIONS** | [~~PROPOSED~~] **ORDER** |

1    The next to last sentence of the first paragraph of the Court's Order of September 28, 2011,

2   was based on the understanding that there was an error in naming Scott Caldwell as class

3   representative without having obtained his written consent, and that the error could be corrected by

4   submitting a revised proposed order for conditional class certification of the settlement class as to the

5   claims against Wal-Mart.  It has since become clear that there was no error in naming Scott Caldwell

6   as a *settlement* class representative.

7    Accordingly, the penultimate sentence in the first paragraph of the Court's Order of September

8   28 and the words "subject to that representation" in the last sentence of that same paragraph are

9   deleted.

10

11   **IT IS SO ORDERED.**

12

13   Dated: _____November 9, 2011_____

14   
     Hon. _____ Hamilton

15   United _____ District Judge