Robert G. Abrams (*pro hac vice*)
Gregory L. Baker (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1699
Facsimile: (202) 861-1783
Email: rabrams@bakerlaw.com
 gbaker@bakerlaw.com

*Lead Plaintiff Class Counsel in MDL No. 2029*

Guido Saveri (22349)
Lisa Saveri (112043)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: guido@saveri.com
 lisa@saveri.com

*Liaison Plaintiff Counsel in MDL No. 2029*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH <br><br> MDL No. 2029 <br><br> Hon. Phyllis J. Hamilton <br><br> **PLAINTIFFS' TRIAL WITNESS LIST** |
| **This document relates to:** <br><br> **ALL ACTIONS** | |

Pursuant to Paragraph B.3.e of the Court's July 13, 2009 Pretrial Order No. 4 (Dkt. No. 43), Plaintiffs hereby submit their list of witnesses to be called at trial, either in person or by deposition, other than solely for impeachment or rebuttal.

In addition to the witnesses listed below, Plaintiffs reserve the right to call any witness on Defendant Netflix's witness list or called at trial by Defendant Netflix. Plaintiffs also reserve the right to call witnesses not listed below for purposes of rebuttal.

### Plaintiffs' Witness List for Trial

**A. Class Plaintiff Representatives**

| Witness | Substance of Testimony |
|---|---|
| Eastman, Bryan | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Magee, Stan | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Latham, Amy | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Orozco, Michael | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Resnick, Andrea | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Salvi (aka Miscioscia), Melanie | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Sivek, Liza | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |
| Wiener, Michael | Netflix subscription; effect of Defendants' market allocation agreement and Netflix's monopoly; injury |

**B. Other Witnesses**

| Witness | Substance of Testimony |
|---|---|
| Antioco, John | Blockbuster role in DVDR market; Blockbuster role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| Becker (aka Teitz), Jessica | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| Best Buy Records Custodian | Foundation for documents |

| | | |
|---|---|---|
| 1 | Beyer, John | Relevant market; market structure; market power; Wal-Mart's role in DVDR market; chronology of events in DVDR market; changes in marketplace during 2010; market allocation agreement; impact on class members resulting from market allocation agreement and Wal-Mart's exit from the market; economic evidence is consistent with Plaintiffs' theories of liability, injury, and damages; calculation of class-wide damages (see expert reports for more details) |
| 2 | Blockbuster Records Custodian | Foundation for documents |
| 3 | Brinton, Lynn | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 4 | Colella (aka Lester), Amy | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 5 | Crawford, Deborah | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 6 | Evangelist, Shane | Blockbuster role in DVDR market; Blockbuster role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 7 | Fleming, John | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 8 | Geisler, Jerry | Custodian of records for Wal-Mart; foundation for documents |
| 9 | Gundlach, Greg | Wal-Mart as a competitor; Wal-Mart's role in DVDR market (see expert reports for more details) |
| 10 | Hastings, Wilmot Reed Jr. | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 11 | Hunt, Neil | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 12 | Kilgore, Leslie | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 13 | Kirincich, Paul | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 14 | Mertz, Elinor | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |

PLAINTIFFS' TRIAL WITNESS LIST, Case No. 4:09-md-2029 PJH

2

| | | |
|---|---|---|
| 1 | McCarthy, Barry | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 2 | | |
| 3 | Nave, Steven | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 4 | | |
| 5 | Netflix Records Custodian | Foundation for documents |
| | Ordover, Janusz | Interviews with Netflix employees; acts of DVDR market participants |
| 6 | | |
| 7 | Ross, Kenneth | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 8 | | |
| | Sarandos, Ted | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 9 | | |
| 10 | Savage, Neve | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 11 | | |
| 12 | Sevick, Matthew | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 13 | | |
| 14 | Sheehan, Kathy | Custodian of records for Amazon; foundation for documents |
| 15 | Stabingas, Mark | Amazon role in DVDR market; Amazon role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 16 | | |
| 17 | Stead, Edward | Blockbuster role in DVDR market; Blockbuster role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 18 | Stevenson, Bryan | Custodian of records for Blockbuster; foundation for documents |
| 19 | Sussman, Ari | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 20 | | |
| 21 | | |
| 22 | Swasey, Steven | DVDR market; market allocation agreement; Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 23 | | |
| 24 | Swint, Kevin | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 25 | | |
| 26 | Thompson, Reginald | Custodian of records for Netflix; foundation for documents |
| 27 | Tran, Mark | Blockbuster role in DVDR market; Blockbuster role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 28 | | |

PLAINTIFFS' TRIAL WITNESS LIST, Case No. 4:09-md-2029 PJH

3

| | | |
|---|---|---|
| 1 | Van der Meulen, Jorrit | Amazon role in DVDR market; Amazon role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 2 | Vazquez, Raul | Wal-Mart role in DVDR market; market allocation agreement; Wal-Mart role in Netflix's unlawful acquisition, maintenance, and abuse of its monopoly power; foundation for documents |
| 3 | Wal-Mart Records Custodian | Foundation for documents |

DATED: November 15, 2011

Respectfully submitted,

BY:  /s/ Robert G. Abrams
     Robert G. Abrams (*pro hac vice*)

Gregory L. Baker (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone:  (202) 861-1699
Facsimile:  (202) 861-1783
Email: rabrams@bakerlaw.com
       gbaker@bakerlaw.com

***Lead Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

Guido Saveri (22349)
Lisa Saveri (112043)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
Email: guido@saveri.com
       lisa@saveri.com

***Liaison Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

PLAINTIFFS' TRIAL WITNESS LIST, Case No. 4:09-md-2029 PJH

4

Joseph J. Tabacco, Jr. (75484)
Todd A. Seaver (271067)
Matthew W. Ruan (264409)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
       tseaver@bermandevalerio.com
       mruan@bermandevalerio.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: espector@srkw-law.com
       bcaldes@srkw-law.com
       jjagher@srkw-law.com

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Sarah R. Schalman-Bergen
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3010
Facsimile: (215) 875-4604
Email: hlmontague@bm.net
       mdavidoff@bm.net
       dsorensen@bm.net
       sschalman-bergen@bm.net

***Members of the Steering Committee for Plaintiffs in MDL No. 2029***

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of November 2011, a true and correct copy of Plaintiffs' Trial Witness List was served by operation of the electronic filing system of the U.S. District Court of the Northern District of California upon all counsel who have consented to receive notice of filings in the matters styled *In re Online DVD Rental Antitrust Litigation*.

/s/ Cadio Zirpoli
Cadio Zirpoli

PLAINTIFFS' TRIAL WITNESS LIST, Case No. 4:09-md-2029 PJH

1