1  JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
   DAVID H. REICHENBERG, State Bar No. 4477477 (N.Y.)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
4  Tel: (212) 999-5800
   Fax: (212) 999-5899
5  Email: jjacobson@wsgr.com

6  KEITH E. EGGLETON, State Bar No. 159842
   MAURA L. REES, State Bar No. 191698
7  DYLAN J. LIDDIARD, State Bar No. 203055
   ANTHONY J WEIBELL, State Bar No. 238850
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304
10 Telephone: (650) 493-9300
   Fax: (650) 565-5100
11 Email: dliddiard@wsgr.com

12 *Attorneys for Defendant Netflix, Inc.*

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17 IN RE ONLINE DVD RENTAL              Master File No.: 4:09-md-2029 PJH (JCS)
   ANTITRUST LITIGATION                 MDL No. 2029
18
                                        Hon. Phyllis J. Hamilton
19 This document relates to:
                                        **NETFLIX'S (1) WITNESS LIST, (2)**
20 All Actions                          **DEPOSITION TESTIMONY**
                                        **DESIGNATIONS, (3) WRITTEN**
21                                       **DISCOVERY RESPONSE**
                                        **DESIGNATIONS, AND (4) EXHIBIT**
22                                       **LIST FOR TRIAL**

23

24

25

26

27

28

1

## **<u>CONTENTS</u>**

2

3   I.      WITNESS LIST ...................................................................................................1

4   II.     DEPOSITION TESTIMONY DESIGNATIONS ...............................................5

5   III.    WRITTEN DISCOVERY DESIGNATIONS.......................................................7

6   IV.     TRIAL EXHIBITS .............................................................................................10

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.   WITNESS LIST

Defendant Netflix, Inc. identifies the following witnesses to be called at trial either in person or by deposition, while reserving its right, pursuant to Pretrial Order No. 4, to call additional witnesses not listed below for "impeachment or rebuttal" purposes and to call any witness listed on Plaintiffs' witness list for any purpose:

| Witness | Description of Testimony |
| --- | --- |
| Antioco, John | Blockbuster's entry into the online DVD rental business, business strategy, investment in acquiring new subscribers; Walmart was not a significant competitor; Blockbuster could not understand why Walmart was in the DVD rental business; Blockbuster pricing; the $14.99 price drop by Blockbuster in December 2004 was not sustainable, and Blockbuster always intended to raise the price; reasons Blockbuster raised its prices to $17.99 in August 2005; economics of the DVD rental business |
| Becker, Jessica Teitz | Netflix's negotiations and agreement with Walmart and promotion of Walmart following the promotion agreement |
| Coleman, Mary | Expert opinion that Plaintiffs have incurred no damages, that Plaintiffs' theory of damages in the case is defective and lacks sufficient support in evidence or economic theory to provide a basis for recovery, and that the opinions of Plaintiffs' expert Dr. Beyer are incorrect; expert opinion concerning a principled, reasonable basis from which to measure damages should a fact finder find that liability exists. |
| Custodian of Records, Netflix | Netflix document authentication and admissibility as evidence |
| Custodian of Records, Walmart.com | Walmart document authentication and admissibility as evidence |
| Eastman, Bryan | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |

| | |
|---|---|
| Evangelist, Shane | Blockbuster's entry into the online DVD rental business, business strategy, investment in acquiring new subscribers; Walmart was not a significant competitor; Blockbuster could not understand why Walmart was in the DVD rental business; Blockbuster pricing; the $14.99 price drop by Blockbuster in December 2004 was not sustainable and Blockbuster always intended to raise the price; reasons Blockbuster raised its prices to $17.99 in August 2005; economics of the DVD rental business |
| Fleming, John | Walmart's entry into and exit from the online DVD rental business; reasons why Walmart exited the business; Walmart's finances and economic inviability; communications between Netflix and Walmart; Walmart's independent decision to exit the business; the lack of any agreement that Netflix not sell new DVDs |
| Hanssens, Dominique | Expert opinion addressing relevant principles of marketing strategy and how the online DVD rental subscription business does not fit with Wal-Mart's strategy and competencies, and why Wal-Mart was unsuccessful in its endeavor; expert opinion explaining why the opinion of Plaintiff expert Gregory Gundlach is defective and incorrect |
| Hastings, Reed | Netflix's history, business, strategy, pricing, competition in the online DVD rental business, relevant market, competition from other home entertainment alternatives, decision to get out of and not re-enter the business of selling new DVDs, Walmart's failure to build a significantly competitive DVD rental business, communications with Walmart, lack of discussions with Walmart regarding Netflix's sale of new DVDs, agreements with Walmart, freedom to sell new DVDs after the Walmart promotional agreement, business developments since the Walmart promotional agreement, and denial of Plaintiffs' allegations in this case |
| Kilgore, Leslie | Netflix's marketing strategy, pricing, importance of free trials to the growth of Netflix, business strategy behind the agreement with Walmart, competition in the online DVD rental business, relevant market, competition from other home entertainment alternatives, and Walmart's failure to build a significantly competitive DVD rental business |
| Latham, Amy | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |
| Magee, Stan | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |

| | |
|---|---|
| McCarthy, Barry | Netflix's pricing, finances, financial decisions, competition from relevant market, competition from other home entertainment alternatives, decision to get out of and not re-enter the business of selling new DVDs, Walmart's failure to build a significantly competitive DVD rental business, communications with Walmart, lack of discussions with Walmart regarding Netflix's sale of new DVDs, freedom to sell new DVDs after the Walmart promotional agreement, business developments since the Walmart promotional agreement, and denial of Plaintiffs' allegations in this case |
| Nave, Steven | Walmart's independent decision to exit from the online DVD rental business; Walmart's finances and economic inviability; reasons why Walmart exited the business; actions taken by Walmart to prepare to shut down the business; the lack of any agreement that Netflix not sell new DVDs |
| Neasmith, Catherine | The increase in Netflix's total video titles and discs each quarter during the relevant time period following the promotion agreement with Walmart |
| Ordover, Janusz | Expert opinion addressing the application of economic principles to the facts of the case; expert opinion that Walmart failed to build a significantly competitive DVD rental business, Walmart's exit from the online DVD rental business resulted in no anticompetitive effects, that continued competition following Walmart's exit resulted in priced decreases and an increase in quality and output over the class period, that Walmart's exit was consistent with its economic incentives, that there is no evidence from which to infer that Netflix would have otherwise entered new DVD sales, and that the opinion of Plaintiffs' expert Dr. Beyer is lacking in evidentiary support and valid economic theory; additional expert opinions as contained in the expert reports of Dr. Ordover produced in this case |
| Orozco, Michael | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |
| Randolph, Marc | Netflix's history, business, strategy, competition in the online DVD rental business, relevant market, competition from other home entertainment alternatives, decision to get out of and not re-enter the business of selling new DVDs |
| Resnick, Andrea | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |
| Salvi, Melanie | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |

| Sevick, Matthew | Walmart's independent decision to exit from the online DVD rental business; Walmart's finances and economic inviability; reasons why Walmart exited the business; actions taken by Walmart to prepare to shut down the business; the lack of any agreement that Netflix not sell new DVDs |
|---|---|
| Sivek, Liza | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |
| Stabingas, Mark | Amazon's contemplated entry into the U.S. online DVD rental business; Amazon did not view Walmart as a significant competitor in the online DVD rental space; an agreement to have Netflix promote Amazon's DVD sales would not necessarily require an agreement by Netflix to not sell DVDs itself; other forms of home entertainment compete with online DVD rentals; Amazon had no agreement with Netflix not to enter the online DVD rental space; Amazon's promotional agreement with Netflix |
| Stevenson, Bryan | Blockbuster document authentication and admissibility as evidence |
| Sussman, Ari | Walmart's entry into and exit from the online DVD rental business; reasons why Walmart exited the business; Walmart's finances and economic inviability; communications between Netflix and Walmart; Walmart's independent decision to exit the business; the lack of any agreement that Netflix not sell new DVDs |
| Swint, Kevin | Walmart's entry into and exit from the online DVD rental business; reasons why Walmart exited the business; Walmart's finances and economic inviability; communications between Netflix and Walmart; Walmart's independent decision to exit the business; the lack of any agreement that Netflix not sell new DVDs |
| Tran, Mark | Blockbuster's entry into the online DVD rental business, business strategy, investment in acquiring new subscribers; Walmart was not a significant competitor; Blockbuster could not understand why Walmart was in the DVD rental business; Blockbuster pricing; the $14.99 price drop by Blockbuster in December 2004 was not sustainable and Blockbuster always intended to raise the price; reasons Blockbuster raised its prices to $17.99 in August 2005; economics of the DVD rental business; Blockbuster never reacted to any pricing changes by Walmart |

| | |
|---|---|
| Van der Meulen, Jorrit | Amazon's contemplated entry into the U.S. online DVD rental business; Walmart was not a significant competitor in the online DVD rental space; Amazon would have faced a tax issue if it entered the U.S. online DVD rental business and created a nexus with the states that wanted to tax it; Amazon decided not to enter the U.S. because it would be a money-losing venture; Netflix and Blockbuster were competing aggressively and driving prices down; even after Blockbuster raised its prices in August 2005, prices were still too low for Amazon to enter the U.S. business |
| Vazquez, Raul | Walmart's entry into and exit from the online DVD rental business; reasons why Walmart exited the business; Walmart's finances and economic inviability; communications between Netflix and Walmart; Walmart's independent decision to exit the business; the lack of any agreement that Netflix not sell new DVDs; the process of garnering marketing resources within Walmart.com and the difficulty the DVD rental businesses had in receiving such funds in order to gain competitive traction |
| Wiener, Michael | Home entertainment options used during the relevant time period; subscription to and use of Netflix's service; amounts paid to subscribe to the Netflix service; motivation for participating in this lawsuit |

## II.   DEPOSITION TESTIMONY DESIGNATIONS

Defendant Netflix, Inc. hereby designates the following deposition testimony (both written transcript and corresponding video) for use at trial in this action, while reserving its right to use additional deposition testimony not listed below for "impeachment or rebuttal" purposes and to use any transcript portions designated by Plaintiffs for any purpose:

| *Witness* | *Date* | *Designated Transcript Lines* |
|---|---|---|
| Antioco, John | 11/23/2010 | 7:2 - 7:7; 7:21 - 8:4; 8:4 - 9:2; 32:14 - 38:7; 85:7 - 86:22; 108:19 - 111:13; 112:5 - 112:18 |
| Evangelist, Shane | 10/26/2010 10/27/2010 | 7:4 - 7:12; 8:9 - 8:14; 16:22 - 17:1; 19:17 - 21:4; 21:18 - 21:21; 42:3 - 42:7; 42:18 - 42:21; 68:8 - 68:21; 69:14 - 69:18; 75:6 - 76:11; 126:7 - 128:5; 170:1 - 170:21; 176:5 - 178:10; 178:11 - 181:18; 194:20 - 196:22; 202:22 - 204:5; 268:16 - 271:21; 274:15 - 276:12; 286:5 - 286:22; 288:1 - 288:20; 300:6 - 300:20; 341:4 - 341:12; 345:21 - 350:18; 355:11 - 357:6; 361:18 - 363:3; 363:13 - 364:17; 368:21 - 370:20; 373:8 - 376:2; 376:3 - 382:16; 382:17 - 384:13; 384:14 - 386:13; 388:3 - 388:7; 394:22 - 397:20; 443:21 - 447:14; 492:16 - 494:1 |

| Fleming, John | 10/5/2010 10/6/2010 | 9:3 - 9:13; 10:5 - 11:21; 15:6 - 21:16; 15:21 - 19:18; 23:4 - 31:8; 31:8 - 44:19; 47:3 - 47:8; 103:16 - 104:4; 157:9 - 158:2; 171:6 - 172:20; 197:6 - 198:17; 198:18 - 199:1; 200:16 - 205:5; 214:16 - 216:6; 226:8 - 226:15; 233:9 - 234:6; 248:21 - 251:20; 259:3 - 259:18; 262:9 - 262:11; 262:15 - 265:8; 265:21 - 266:19; 268:20 - 270:4; 277:19 - 278:4; 279:4 - 279:13; 280:3 - 280:8; 281:20 - 284:20; 293:17 - 295:3; 299:3 - 301:1; 301:19 - 303:19; 313:3 - 313:6; 329:12 - 329:21; 335:21 - 336:5; 343:3 - 344:12; 347:21 - 348:19; 352:8 - 356:22; 357:17 - 358:20 |
|---|---|---|
| McCarthy, Barry | 9/10/2010 | 7:4 - 7:10; 8:12 - 8:18; 20:15 - 21:3; 22:2 - 22:9; 26:16 - 30:14; 50:9 - 50:12; 51:6 - 51:15; 52:1 - 52:20; 55:18 - 56:16; 60:19 - 62:1; 64:2 - 66:13; 69:8 - 70:4; 88:20 - 89:1; 89:10 - 89:14; 91:16 - 92:11; 116:7 - 117:2; 119:11 - 122:7; 127:1 - 128:5; 143:9 - 144:9; 160:10 - 162:5; 162:6 - 163:12; 206:18 - 210:22; 213:2 - 216:3 |
| Nave, Steven | 7/15/2010 | 7:7 - 7:12; 8:7 - 8:9; 8:19 - 9:1; 11:7 - 11:13; 22:10 - 22:19; 24:7 - 25:6; 91:20 - 92:17; 96:19 - 98:10; 100:3 - 100:16; 109:22 - 111:5; 121:9 - 123:9; 129:8 - 129:12; 129:21 - 130:16; 130:20 - 131:7; 142:7 - 142:22; 147:6 - 148:4; 153:12 - 162:21; 164:21 - 165:17 |
| Sevick, Matthew | 10/20/2010 | 7:5 - 7:9; 7:22 - 8:6; 10:16 - 12:18; 14:6 - 14:14; 32:10 - 32:14; 32:18 - 33:12; 36:20 - 37:15; 37:16 - 38:9; 38:10 - 39:11; 82:20 - 83:12; 94:12 - 97:7; 100:6 - 100:10; 102:5 - 104:20; 112:20 - 114:3; 118:22 - 120:5; 121:11 - 122:12; 122:19 - 124:8; 125:16 - 126:7 |
| Stabingas, Mark | 5/11/2010 | 6:4 - 6:14; 6:17 - 7:3; 9:11 - 9:20; 13:1 - 13:6; 13:22 - 14:1; 14:2 - 14:15; 20:20 - 22:16; 53:14 - 53:22; 71:10 - 71:20; 116:6 - 116:21; 128:14 - 129:7; 163:15 - 166:15; 172:22 - 173:4; 181:17 - 182:4 |
| Stevenson, Bryan | 11/18/2010 | 35:2 - 35:3; 36:3 - 36:17; 36:17 - 37:2; 132:21 - 134:18; 135:11 - 140:9; 140:9 - 140:16; 141:6 - 146:16; 151:3 - 155:1; 155:20 - 156:21; 156:22 - 159:2; 159:2 - 183:1 |
| Sussman, Ari | 5/24/2010 | 8:9 - 8:16; 9:14 - 10:3; 13:10 - 13:12; 22:14 - 25:16; 26:12 - 29:14; 29:22 - 38:16; 40:9 - 41:7; 41:16 - 44:16; 46:4 - 46:8; 66:18 - 67:7; 71:7 - 72:21; 74:4 - 74:8; 75:8 - 75:20; 76:20 - 78:10; 83:10 - 84:6; 98:9 - 102:18; 107:12 - 107:22; 110:16 - 112:10; 113:22 - 115:21; 117:12 - 118:19; 120:16 - 122:17; 126:17 - 128:8; 130:2 - 130:19; 136:9 - 137:14; 138:6 - 142:18; 148:1 - 150:8; 152:1 - 152:21; 157:8 - 158:7; 159:18 - 160:1; 169:21 - 171:10; 172:3 - 172:12; 174:7 - 175:5; 185:12 - 187:18; 210:3 - 211:10; 213:2 - 216:17; 220:20 - 221:15; 223:3 - 224:18; 233:4 - 234:21; 235:21 - 236:7; 244:19 - 245:3; 246:4 - 246:18 |

| Sussman, Ari | 10/16/2010 | 7:1 - 7:7; 8:3 - 8:11; 8:14 - 10:8; 11:9 - 11:17; 12:9 - 12:17; 12:20 - 13:20; 14:3 - 27:22; 30:6 - 31:1; 31:8 - 33:10; 34:3 - 39:22; 87:15 - 88:4; 88:16 - 89:6; 92:20 - 93:7; 95:1 - 95:18; 96:19 - 98:5; 98:23 - 99:8; 106:15 - 106:22; 107:4 - 107:19; 108:10 - 109:13; 114:20 - 115:10; 125:4 - 125:8; 125:20 - 127:11 |
|---|---|---|
| Swint, Kevin | 10/8/2010 | 6:4 - 6:8; 7:3 - 7:15; 15:13 - 16:7; 21:22 - 22:7; 24:7 - 24:21; 26:17 - 27:5; 45:15 - 54:9; 55:21 - 56:10; 59:11 - 62:14; 65:9 - 65:20; 66:18 - 67:15; 72:13 - 77:5; 78:20 - 79:8; 103:12 - 103:16; 113:6 - 115:14; 116:22 - 117:22; 121:1 - 127:16 |
| Tran, Mark | 11/17/2010 | 7:3 - 7:6; 8:12 - 8:15; 11:12 - 11:22; 11:22 - 12:7; 14:17 - 14:21; 15:19 - 15:22; 95:4 - 96:7; 96:19 - 97:4; 97:5 - 98:11; 98:12 - 101:5; 101:6 - 102:15; 106:16 - 107:1; 115:11 - 116:10; 116:11 - 116:22; 117:7 - 117:22; 135:14 - 136:11; 136:12 - 136:17; 136:18 - 138:18 |
| Van der Meulen, Jorrit | 5/12/2010 | 7:4 - 7:12; 7:21 - 8:8; 11:2 - 11:7; 16:14 - 16:16; 20:12 - 20:20; 23:17 - 24:7; 32:1 - 32:9; 44:8 - 45:1; 47:16 - 49:22; 85:16 - 85:20; 90:4 - 91:13; 176:3 - 180:5; 191:21 - 193:17; 199:9 - 217:4; 217:4 - 219:16; 228:7 - 228:14; 232:7 - 235:9 |
| Vazquez, Raul | 11/3/2010 | 5:4 - 5:9; 6:11 - 7:11; 13:6 - 14:2; 21:7 - 21:17; 27:1 - 27:7; 28:4 - 29:16; 53:10 - 54:17; 56:5 - 56:14; 63:7 - 64:10; 64:10 - 70:17; 72:18 - 73:5; 75:6 - 75:17; 83:3 - 83:11; 84:8 - 84:19; 93:18 - 94:7; 94:17 - 95:16; 102:18 - 103:12; 104:20 - 107:9; 108:9 - 112:18 |

## III. WRITTEN DISCOVERY DESIGNATIONS

Defendant Netflix, Inc. hereby designates the following written discovery responses for use at trial in this action, while reserving its right to use additional written discovery responses not listed below for "impeachment or rebuttal" purpose and to use any written discovery responses designated by Plaintiffs for any purpose:

1.     Responses to Plaintiffs' First Interrogatories Directed to Walmart.com USA LLC, dated September 18, 2009

2.     Responses to Plaintiffs' First Interrogatories Directed to Wal-Mart Stores, Inc., dated September 18, 2009

3.     Plaintiff Bryan Eastman's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

4.     Plaintiff Amy Latham's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

5.     Plaintiff Stan Magee's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

6.     Plaintiff Michael Orozco's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

7.     Plaintiff Andrea Resnick's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

8.     Plaintiff Melanie Salvi's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

9.     Plaintiff Liza Sivek's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

10.     Plaintiff Michael Wiener's Responses and Objections to Defendant Netflix's First Set of Interrogatories, dated February 09, 2010

11.     Netflix, Inc.'s Response to Interrogatories by Plaintiffs Stan Magee and Rosemary Pierson, dated October 18, 2010

12.     Bryan Eastman's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

13.     Amended Bryan Eastman's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 21, 2010

14.     Amy Latham's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

15.     Stan Magee's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

16.     Michael Orozco's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

1    17.    Andrea Resnick's Responses and Objections to Defendant Netflix's Second Set of

2    Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

3    18.    Melanie Salvi's Responses and Objections to Defendant Netflix's Second Set of

4    Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

5    19.    Liza Sivek's Responses and Objections to Defendant Netflix's Second Set of

6    Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

7    20.    Michael Wiener's Responses and Objections to Defendant Netflix's Second Set of

8    Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

9    21.    Netflix Plaintiffs' Amended Responses and Objections to Defendant Netflix Inc.'s

10   Second Set of Interrogatories to All Plaintiffs (Nos. 17-25), dated December  06, 2010

11   22.    Netflix Plaintiffs' Supplemental Responses and Objections to Defendant Netflix

12   Inc.'s Second Set of Interrogatories to All Plaintiffs (Nos. 17-25), dated June 20, 2011

13   23.    Plaintiff Daniel Kaffer's Consolidated Responses and Objections to Defendant

14   Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's

15   Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

16   24.    Plaintiff Jason Lawton's Consolidated Responses and Objections to Defendant

17   Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's

18   Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

19   25.    Plaintiff Alan Levy's Consolidated Responses and Objections to Defendant

20   Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's

21   Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

22   26.    Plaintiff Justin Meadows's Consolidated Responses and Objections to Defendant

23   Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's

24   Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

25   27.    Plaintiff Rosemary Pierson's Consolidated Responses and Objections to

26   Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant

27   Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

28

28.     Plaintiff Rebecca Silverman's Consolidated Responses and Objections to Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25), dated October 20, 2010

29.     Blockbuster Plaintiffs Amended Responses and Objections to Defendant Netflix Inc.'s Second Set of Interrogatories to All Plaintiffs (Nos. 17-25), dated December  06, 2010

30.     Wal-Mart Defendants' Responses to Netflix's Request for Admissions, dated February 17, 2011

## IV.     TRIAL EXHIBITS

Defendant Netflix, Inc. hereby designates the following documents as exhibits for use at trial, while reserving its right, pursuant to Pretrial Order No. 4, to use additional exhibits at trial for rebuttal, impeachment, or illustrative purposes and to use any exhibit listed on Plaintiffs' trial exhibit list for any purpose:

| Trial Ex. No. | Bates Range/Depo Ex. No. | Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| N-001 | AMZ 00001- AMZ 00009 | Promotion agreement with DVD seller | Stabingas, Mark Hastings, Reed Netflix Custodian of Records |
| N-002 | NETFLIX_CORPORATE_00007779 - NETFLIX_CORPORATE_00007792 | Promotion agreement with DVD seller | Netflix Custodian of Records Hastings, Reed |
| N-003 | NETFLIX_KILGORE_00986911- NETFLIX_KILGORE_00986937 | Promotion agreement with DVD seller | Netflix Custodian of Records Hastings, Reed |
| N-004 | WMHOe-000701-006-00003562; Depo Ex. 519 Sussman | Communication re Wal-Mart DVD Rental ("DVDR") Business | Wal-Mart Custodian of Records Sussman, Ari |
| N-005 | WMHOe-770047-001-00000945- WMHOe-770047-001-00000946 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Sevick, Matthew |
| N-006 | NETFLIX_CORPORATE_00002919 - NETFLIX_CORPORATE_00003028 | Board Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-007 | NETFLIX_CORPORATE_00000049 - NETFLIX_CORPORATE_00000059 | Board Minutes re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-008 | WMHOe-001421-002-00002417 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |

| | | | |
|---|---|---|---|
| N-009 | WMHOe-100768-002-00001437-WMHOe-100768-002-00001438 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Swint, Kevin |
| N-010 | WMHOe-770047-002-00037442-WMHOe-770047-002-00037481 | Presentation re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-011 | WMHOe-100768-002-00000152-WMHOe-100768-002-00000154 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-012 | NETFLIX_IR_00000383-NETFLIX_IR_00000396 | Conference call transcript re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed McCarthy, Barry |
| N-013 | WMHOe-100772-001-00003839-WMHOe-100772-001-00003840 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-014 | WMHOe-100779-003-00003584-WMHOe-100779-003-00003593 | Presentation re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-015 | NETFLIX_BECKER_00069934-NETFLIX_BECKER_00069974 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed Kilgore, Leslie |
| N-016 | WMHOe-770047-045-00043868-WMHOe-770047-045-00043870 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-017 | AMZ 00801- AMZ 00802 | Amazon Communication re Wal-Mart DVDR Business | Van der Meulen, Jorrit |
| N-018 | WMHOe-100768-002-00001285 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-019 | WMHOe-000701-006-00006063-WMHOe-000701-006-00006090 | Presentation re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-020 | WMHOe-100768-002-00000265-WMHOe-100768-002-00000266 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-021 | WMHOe-100768-002-00000531 | Wal-Mart Communication re Netflix DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-022 | WMHOe-100779-003-00002059 | Communication re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-023 | AMZ 00437- AMZ 00440 | Amazon Communication re DVDR Business | Van der Meulen, Jorrit |
| N-024 | AMZ 00974- AMZ 00978 | Amazon Communication re DVDR Business | Van der Meulen, Jorrit |
| N-025 | WMHOe-100768-002-00001633-WMHOe-100768-002-00001635 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |

| 1 | N-026 | AMZ 00979- AMZ 00981 | Amazon Communication re DVDR Business | Van der Meulen, Jorrit |
|---|---|---|---|---|
| 2 | N-027 | AMZ 00991- AMZ 01001 | Amazon Communication re Netflix DVDR business | Van der Meulen, Jorrit |
| 3–4 | N-028 | Deposition Exs. 8 Kilgore, 1012 Evangelist | Press release re Blockbuster ("BBI") DVDR business | Evangelist, Shane Stevenson, Bryan |
| 5 | N-029 | AMZ 00592- AMZ 00594 | Amazon Communication re BBI and NFLX DVDR businesses | Van der Meulen, Jorrit |
| 6–7 | N-030 | WMHOe-100768-002-00001698 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| 8 | N-031 | NETFLIX_SARANDOS_00083847 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed Kilgore, Leslie |
| 9–10 | N-032 | NETFLIX_SARANDOS_00038214- NETFLIX_SARANDOS_00038236 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed Kilgore, Leslie |
| 11–14 | N-033 | NETFLIX_CORPORATE_00000105 - NETFLIX_CORPORATE_00000106 ; NETFLIX_CORPORATE_R_00000 107- NETFLIX_CORPORATE_R_00000 108 | Board Minutes re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed McCarthy, Barry |
| 15 | N-034 | NETFLIX_MINTZ_00048128- NETFLIX_MINTZ_00048143 | Communication re Netflix DVDR business | Netflix Custodian of Records Hasting, Reed |
| 16–17 | N-035 | NETFLIX_MCCARTHY_00295996 | Communication re promotion with DVD seller | Netflix Custodian of Records Hastings, Reed McCarthy, Barry |
| 18 | N-036 | WMHOe-100768-002-00001829 | Communication re Netflix DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| 19–20 | N-037 | WMHOe-770047-002-00000437- WMHOe-770047-002-00000438 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| 21 | N-038 | NETFLIX_HASTINGS_00001569 | Communication re promotion with DVD seller | Netflix Custodian of Records Hastings, Reed |
| 22 | N-039 | AMZ 00716- AMZ 00718 | Amazon Communication re Wal-Mart DVDR Business | Van der Meulen, Jorrit |
| 23–24 | N-040 | WMHOe-100768-002-00005114 | Communication re DVDR business | Wal-Mart Custodian of Records |
| 25 | N-041 | WMHOe-100768-002-00002637- WMHOe-100768-002-00002643 | Potential agreement between Wal-Mart and Yahoo! re DVDR business | Wal-Mart Custodian of Records Sussman, Ari Swint, Kevin |
| 26 | N-042 | NETFLIX_BECKER_00062892- NETFLIX_BECKER_00062900 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Kilgore, Leslie |
| 27 | N-043 | NETFLIX_HUNT_00129628- NETFLIX_HUNT_00129652 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |

28

| | | | |
|---|---|---|---|
| N-044 | WMHOe-100772-001-00003359 | Communication re potential agreement between Yahoo! and Wal-Mart re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-045 | WMHOe-100768-002-00004580-WMHOe-100768-002-00004582 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-046 | WMHOe-100768-002-00004958 | Communication re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sevick, Matthew Sussman, Ari |
| N-047 | NETFLIX_SARANDOS_00083768 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-048 | WMHOe-100768-002-00004764 | Communication re BBI DVDR business and Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Swint, Kevin |
| N-049 | P-02789- P-02790 | BBI press release re BBI DVDR business | Evangelist, Shane Stevenson, Bryan |
| N-050 | WMHOe-100768-002-00003192-WMHOe-100768-002-00003194 | Communication re BBI DVDR business and Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-051 | WMHOe-100768-002-00005183-WMHOe-100768-002-00005184 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Sussman, Ari |
| N-052 | WMHOe-770047-056-00029716 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Vazquez, Raul |
| N-053 | WMHOe-770047-056-00029106 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-054 | WMHOe-770047-012-00000213-WMHOe-770047-012-00000214 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari Swint, Kevin |
| N-055 | WMHOe-770047-012-00000272-WMHOe-770047-012-00000273 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John Sussman, Ari Swint, Kevin |
| N-056 | WMHOe-001421-002-00000190 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John Sussman, Ari |
| N-057 | NETFLIX_SARANDOS_00083765 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |

| | | | |
|---|---|---|---|
| N-058 | WMHOe-100768-002-00002030 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John Sussman, Ari Vazquez, Raul |
| N-059 | WMHOe-100768-002-00002064-WMHOe-100768-002-00002065 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-060 | NETFLIX_MCCARTHY_00348982 | Communication re Netflix DVDR business | Netflix Custodian of Records McCarthy, Barry |
| N-061 | WMHOe-770047-004-00000093 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-062 | WMHOe-100768-002-00005110-WMHOe-100768-002-00005111 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-063 | NETFLIX_CORPORATE_R_00006689-NETFLIX_CORPORATE_R_00006755 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-064 | NETFLIX_RENDICH_00379112-NETFLIX_RENDICH_00379156 | Presentation re Netflix DVDR Business | Netflix Custodian of Records |
| N-065 | WMHOe-100768-002-00000348-WMHOe-100768-002-00000349 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-066 | WMHOe-100779-001-00000122 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-067 | NETFLIX_ZIEGLER_00007911 | Netflix Communication re Wal-Mart DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-068 | NETFLIX_BECKER_00062864 | Netflix Communication re Wal-Mart DVDR Business | Netflix Custodian of Records Becker, Jessica Teitz |
| N-069 | WMHOe-770047-025-00000121-WMHOe-770047-025-00000122 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records |
| N-070 | WMHOe-100768-002-00005013-WMHOe-100768-002-00005014 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-071 | WMHOe-100768-002-00006095-WMHOe-100768-002-00006096 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-072 | WMHOe-001421-002-00000179 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-073 | NETFLIX_HUNT_00392795-NETFLIX_HUNT_00392799 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-074 | WMHOe-100768-002-00007667 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |

| N-075 | NETFLIX_HASTINGS_00003577 | Communication re promotion with DVD seller | Netflix Custodian of Records Hastings, Reed |
|---|---|---|---|
| N-076 | WMHOe-100768-002-00003978- WMHOe-100768-002-00003979 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Swint, Kevin |
| N-077 | WMHOe-100768-002-00006470 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-078 | WMHOe-001421-002-00000259 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-079 | WMHOe-100768-002-00002851- WMHOe-100768-002-00002852 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Swint, Kevin |
| N-080 | WMHOe-100768-002-00007008 | Communication re Promotion Agreement ("JPA") negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-081 | WMHOe-000732-001-00000001 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Fleming, John Sussman, Ari |
| N-082 | WMHOe-000732-001-00000001- WMHOe-000732-001-00000008 | Communication re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Nave, Steven |
| N-083 | WMHOe-001421-002-00000240 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-084 | WMHOe-100768-002-00009062 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-085 | WMHOe-001421-002-00000232 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-086 | NETFLIX_SAVAGE_00081439 | Communication re JPA negotiations | Netflix Custodian of Records Kilgore, Leslie |
| N-087 | NETFLIX_SAVAGE_00271273- NETFLIX_SAVAGE_00271274 | Communication re JPA negotiations | Netflix Custodian of Records Kilgore, Leslie |
| N-088 | WMHOe-001421-002-00000285- WMHOe-001421-002-00000286 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-089 | WMHOe-000729-001-00038544 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-090 | BLOCKBUSTER 0007849- BLOCKBUSTER 0007859 | Presentation re BBI DVDR business | Antioco, John Stevenson, Bryan |
| N-091 | NETFLIX_KILGORE_00251755 | Netflix communication re Blockbuster DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-092 | NETFLIX_KILGORE_00000137- NETFLIX_KILGORE_00000140 | Communication re JPA negotiations | Netflix Custodian of Records |

| N-093 | WMHOe-100768-002-00008230 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-094 | NETFLIX_CORPORATE_00000115 - NETFLIX_CORPORATE_00000123 | Board Minutes re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-095 | | SEC Form 10-K Netflix, Inc. for FY ended December 31, 2004 | Netflix Custodian of Records Hastings, Reed |
| N-096 | WMHOe-100768-002-00007606- WMHOe-100768-002-00007607 | Communication re Wal-Mart DVDR business and JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-097 | WMHOe-001421-002-00000249 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-098 | NETFLIX_BECKER_00061377 | Communication re JPA negotiations | Netflix Custodian of Records Hastings, Reed |
| N-099 | NETFLIX_BECKER_00061373 | Communication re JPA negotiations | Netflix Custodian of Records Hastings, Reed |
| N-100 | WMHOe-100768-002-00005913- WMHOe-100768-002-00005915 | Communication re JPA negotiations | Wal-Mart Custodian of Records Sussman, Ari |
| N-101 | WMHOe-001421-002-00000272 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Fleming, John |
| N-102 | WMHOe-100768-002-00000020- WMHOe-100768-002-00000021 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-103 | BLOCKBUSTER 0007934- BLOCKBUSTER 0007960 | Presentation re BBI DVDR business | Stevenson, Bryan |
| N-104 | WMHOe-100768-002-00000022- WMHOe-100768-002-00000024 | Communication re JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-105 | WMHOe-000701-008-00000973- WMHOe-000701-008-00000974 | Communication re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-106 | WMHOe-001421-002-00000235- WMHOe-001421-002-00000236 | Communication re JPA | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Nave, Steven |
| N-107 | WMHOe-001407-038-00000111- WMHOe-001407-038-00000112 | Communication re Wal-Mart DVDR business and JPA negotiations | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Nave, Steven |
| N-108 | WMHOe-770037-003-01572905 | Communication re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Nave, Steven |

| N-109 | WMHOe-100780-004-00000001-WMHOe-100780-004-00000003 | Communication re Wal-Mart DVDR business and JPA negotiations | Wal-Mart Custodian of Records<br>Wal-Mart's Responses to Netflix's Request for Admissions<br>Nave, Steven |
|---|---|---|---|
| N-110 | NETFLIX_BECKER_01771105-NETFLIX_BECKER_01771114 | Promotion Agreement between Wal-Mart.com USA, LLC and Netflix | Netflix Custodian of Records<br>Becker, Jessica Teitz<br>Kilgore, Leslie<br>Wal-Mart Custodian of Records<br>Wal-Mart's Responses to Netflix's Request for Admissions<br>Fleming, John<br>Sussman, Ari |
| N-111 | NETFLIX_BBIPublic_00000012-NETFLIX_BBIPublic_00000016 | Press release re Blockbuster ("BBI") DVDR business | Netflix Custodian of Records<br>Stevenson, Bryan |
| N-112 | NETFLIX_BECKER_00951790 | Communication re JPA | Netflix Custodian of Records<br>Becker, Jessica Teitz |
| N-113 | WMHOe-100768-002-00007033-WMHOe-100768-002-00007034 | Communication re JPA | Wal-Mart Custodian of Records<br>Wal-Mart's Responses to Netflix's Request for Admissions |
| N-114 | NETFLIX_ROSS_00667997-NETFLIX_ROSS_00668010 | Communication re JPA | Netflix Custodian of Records<br>Hastings, Reed<br>Kilgore, Leslie<br>Becker, Jessica Teitz<br>McCarthy, Barry |
| N-115 | NETFLIX_CRAWFORD_00043104-NETFLIX_CRAWFORD_00043105 | Communication re JPA | Netflix Custodian of Records<br>McCarthy, Barry |
| N-116 | NETFLIX_CRAWFORD_00043102 | Communication re JPA | Netflix Custodian of Records<br>McCarthy, Barry |
| N-117 | Deposition Ex. N-81 Evangelist | Netflix Press release re JPA | Netflix Custodian of Records<br>Hastings, Reed<br>McCarthy, Barry |
| N-118 | NF-AR-00004- NF-AR-00005 | Communication re JPA | Resnick, Andrea |
| N-119 | NETFLIX_XFILES_03950595-NETFLIX_XFILES_03950607 | Communication re Netflix DVDR business | Netflix Custodian of Records<br>Hastings, Reed<br>McCarthy, Barry |
| N-120 | | Webpage: Yahoo! Finance-Historical Prices for Netflix, Inc. stock May 18-20, 2005 | Hastings, Reed<br>McCarthy, Barry<br>Judicially Noticeable |
| N-121 | NETFLIX_RENDICH_00025409 | Communication re JPA | Netflix Custodian of Records<br>Becker, Jessica Teitz |
| N-122 | WMHOe-400035-001-00000140-WMHOe-400035-001-00000150 | Communication with FTC re JPA | Wal-Mart Custodian of Records<br>Wal-Mart's Responses to Netflix's Request for Admissions |
| N-123 | BLOCKBUSTER 0007168-BLOCKBUSTER 0007213 | Presentation re BBI DVDR business | Stevenson, Bryan |
| N-124 | NETFLIX_MINTZ_00003296-NETFLIX_MINTZ_00003334 | Communication re Netflix DVDR business | Netflix Custodian of Records<br>Kilgore, Leslie |

| | | | |
|---|---|---|---|
| N-125 | BB00252813- BB00252820 | BBI Draft Q&A re BBI DVDR business | Tran, Mark |
| N-126 | NETFLIX_BBIPublic_00000019 | BBI press release re BBI DVDR business | Stevenson, Bryan |
| N-127 | Deposition Ex. N-77 Evangelist | BBI Statement re BBI DVDR business | Antioco, John |
| N-128 | NETFLIX_BBIPublic_00000020-NETFLIX_BBIPublic_00000027 | BBI Statement re BBI DVDR business | Stevenson, Bryan |
| N-129 | NETFLIX_BBIPublic_00000028 | BBI Statement re BBI DVDR business | Stevenson, Bryan |
| N-130 | NETFLIX_BBIPublic_00000029 | BBI Statement re BBI DVDR business | Stevenson, Bryan |
| N-131 | NETFLIX_HUNT_00002490-NETFLIX_HUNT_00002504 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records |
| N-132 | BLOCKBUSTER 0004537-BLOCKBUSTER 0004552 | Presentation re BBI DVDR business | Stevenson, Bryan |
| N-133 | NETFLIX_SARANDOS_00730170 | Communication re Netflix survey of customers re interest in purchasing new DVDs | Netflix Custodian of Records |
| N-134 | NETFLIX_XFILES_00007147-NETFLIX_XFILES_00007153 | Netflix survey of customers re interest in purchasing new DVDs | Netflix Custodian of Records |
| N-135 | NETFLIX_XFILES_00007154 - NETFLIX_XFILES_00007156 | Results of Netflix survey re interest in purchasing new DVDs | Netflix Custodian of Records |
| N-136 | WMHOe-100780-003-00000398 | Wal-Mart internal document re Wal-Mart DVDR Business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Nave, Steven |
| N-137 | BLOCKBUSTER 0007123-BLOCKBUSTER 0007143 | Presentation re BBI DVDR business | Stevenson, Bryan |
| N-138 | | SEC Form 10-K Netflix, Inc. for FY ended December 31, 2005 | Netflix Custodian of Records Hastings, Reed |
| N-139 | WMHOe-100779-003-00001935 | Wal-Mart internal document re Wal-Mart video streaming Business | Wal-Mart Custodian of Records Vazquez, Raul |
| N-140 | NETFLIX_MCCARTHY_00046000 | Communication re Netflix DVDR business | Netflix Custodian of Records McCarthy, Barry |
| N-141 | NETFLIX_CORPORATE_00004269 - NETFLIX_CORPORATE_00004486 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-142 | NETFLIX_KILGORE_00099234 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-143 | Deposition Exs. 33 Kilgore, 295 Sarandos | Netflix statement re Netflix DVDR business | Kilgore, Leslie |
| N-144 | NETFLIX_SAVAGE_00150704-NETFLIX_SAVAGE_00150705 | Communication re Netflix DVDR business | Netflix Custodian of Records Becker, Jessica Teitz Hastings, Reed |
| N-145 | NETFLIX_BECKER_00291748-NETFLIX_BECKER_00291810 | Presentation re Netflix DVDR Business | Netflix Custodian of Records |

| N-146 | NF-BE-00021 | Communication re plaintiff class representative | Eastman, Bryan |
|---|---|---|---|
| N-147 | NETFLIX_SARANDOS_00010007-NETFLIX_SARANDOS_00010013 | Communication re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-148 | NETFLIX_HASTINGS_00039294-NETFLIX_HASTINGS_00039295 | Communication re Netflix DVDR business and Redbox DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-149 | NETFLIX_HASTINGS_00511778-NETFLIX_HASTINGS_00511873 | Presentation re Netflix DVDR Business | Netflix Custodian of Records |
| N-150 | NETFLIX_HASTINGS_00038106-NETFLIX_HASTINGS_00038107 | Communication re 28-day window for new releases | Netflix Custodian of Records Reed Hastings |
| N-151 | NETFLIX_HASTINGS_00024583-NETFLIX_HASTINGS_00024585 | Communication re 28-day window for new releases | Netflix Custodian of Records |
| N-152 | NETFLIX_ROSS_00012015 | Communication re 28-day window for new releases | Netflix Custodian of Records Reed Hastings |
| N-153 | NETFLIX_SWASEY_00043572-NETFLIX_SWASEY_00043574 | Netflix statement re Netflix DVDR business | Netflix Custodian of Records Reed Hastings |
| N-154 | NETFLIX_WSGR_00000044 | Communication with Attorney General JPA | Netflix Custodian of Records |
| N-155 | Deposition Ex. 193 McCarthy | Statement re non-materiality of JPA | McCarthy, Barry |
| N-156 | | Netflix statement re Netflix DVDR business | McCarthy, Barry Hastings, Reed |
| N-157 | | Netflix Letter to Shareholders re Netflix DVDR business | Netflix Custodian of Records Reed Hastings |
| N-158 | | In Re Online Rental Antitrust Litigation, Expert Report of Dr. Mary Coleman (Revised May 12, 2011), including errata | Coleman, Mary |
| N-159 | | In Re Online Rental Antitrust Litigation, Expert Report of Dr. Dominique M. Hanssens, including errata | Hanssens, Dominique |
| N-160 | | In Re Online Rental Antitrust Litigation, Expert Report of Janusz A. Ordover, including errata | Ordover, Janusz |
| N-161 | Deposition Ex. 5 Kilgore | Netflix internal document re Netflix DVDR business | Kilgore, Leslie |
| N-162 | WMHOe-100768-001-00015459-WMHOe-100768-001-00015481 | Wal-Mart Analysis re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-163 | WMHOe-100768-001-00009784-WMHOe-100768-001-00009787 | Wal-Mart Analysis re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions Sussman, Ari |
| N-164 | WMHOe-100768-001-00012617-WMHOe-100768-001-00013676_Confidential.xls | Wal-Mart Analysis re Wal-Mart DVDR business | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |

| | | | |
|---|---|---|---|
| N-165 | NETFLIX_BECKER_00035704-NETFLIX_BECKER_00035705 | Netflix promotion of Wal-Mart | Netflix Custodian of Records Hastings, Reed |
| N-166 | NETFLIX_BECKER_00541439-NETFLIX_BECKER_00541441 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-167 | NETFLIX_CORPFILES0004734-NETFLIX_CORPFILES0004745 | Netflix data from survey of cancelling subscribers | Netflix Custodian of Records Hastings, Reed Kilgore, Leslie |
| N-168 | NETFLIX_HUNT_00605963-NETFLIX_HUNT_00606044 | Presentation re Netflix DVDR Business | Netflix Custodian of Records Hastings, Reed |
| N-169 | NETFLIX_MCCARTHY_00032813 - NETFLIX_MCCARTHY_00032843 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-170 | NETFLIX_MCCARTHY_00291740 - NETFLIX_MCCARTHY_00291763 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-171 | NETFLIX_SARANDOS_00000020-NETFLIX_SARANDOS_00000022 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-172 | NETFLIX_XFILES_00007166-NETFLIX_XFILES_00007169 | Netflix internal document re Netflix DVDR business | Netflix Custodian of Records Hastings, Reed |
| N-173 | WMHOe-100779-003-00003657 | Wal-Mart internal document re Wal-Mart DVDR Business and JPA | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-174 | WMHOe-100779-004-00000015 | Wal-Mart internal document re Wal-Mart DVDR Business and JPA | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-175 | WMHOe-100779-004-00000058 | Wal-Mart statement re Wal-Mart DVDR Business and JPA | Wal-Mart Custodian of Records Wal-Mart's Responses to Netflix's Request for Admissions |
| N-176 | NF-MO-00001- NF-MO-00003 | Plaintiff class representative records | Orozco, Michael |
| N-177 | NF-SM-00001 | Plaintiff class representative records | Magee, Stan |
| N-178 | NETFLIX_MAGEE_00000001 | Plaintiff class representative records | Magee, Stan |
| N-179 | NF-AR-00006- NF-AR-00015 | Plaintiff class representative records | Resnick, Andrea |
| N-180 | NETFLIX_RESNICK_00000001-NETFLIX_RESNICK_00000003 | Plaintiff class representative records | Resnick, Andrea |
| N-181 | NF-LS-00001- NF-LS-00003 | Plaintiff class representative records | Sivek, Liza |
| N-182 | NF-AL-00001- NF-AL-00002; NF-AL-00069- NF-AL-00073 | Plaintiff class representative records | Latham, Amy |
| N-183 | NF-AL-00029- NF-AL-00035 | Plaintiff class representative records | Latham, Amy |
| N-184 | NF-AL-00086- NF-AL-00087 | Plaintiff class representative records | Latham, Amy |
| N-185 | NF-AL-00074- NF-AL-00075 | Plaintiff class representative records | Latham, Amy |
| N-186 | NF-AL-00088- NF-AL-00089 | Plaintiff class representative records | Latham, Amy |
| N-187 | NF-MW-0001- NF-MW-0006 | Plaintiff class representative records | Wiener, Michael |

| N-188 | NF-BE-00001- NF-BE-00002 | Plaintiff class representative records | Eastman, Bryan |
|---|---|---|---|
| N-189 | NF-MM-00004- NF-MM-00029 | Plaintiff class representative records | Salvi, Melanie |
| N-190 | | Market Trial: Amazon | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-191 | | Market Trial: Amazon-Google TV | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-192 | | Market Trial: Blockbuster Express | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-193 | | Market Trial: Comcast | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-194 | | Market Trial: DirecTV | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-195 | | Market Trial: HBOgo | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-196 | | Market Trial: HuluPlus | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-197 | | Market Trial: iTunes | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-198 | | Market Trial: iTunes-BigStar | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-199 | | Market Trial: Redbox | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-200 | | Market Trial: Redbox, Show Your Love | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-201 | | Market Trial: TimeWarner | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-202 | | Market Trial: Vudu | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-203 | | Market Trial: YouTube | Hastings, Reed<br>Kilgore, Leslie<br>Judicially Noticeable |
| N-204 | Netflix Subscriber Data | Netflix Subscriber Data | Netflix Custodian of Records |
| N-205 | Wal-Mart Subsciber Data | Wal-Mart Subscriber Data | Wal-Mart Custodian of Records |
| N-206 | | SEC Form 10-K Blockbuster, Inc. for FY ended December 31, 2006 | Judicially Noticeable<br>Stevenson, Bryan |

| | | | |
|---|---|---|---|
| N-207 | NETFLIX_XFILES_03950279-<br>NETFLIX_XFILES_03950295 | Blockbuster Earnings<br>Conference Call | Netflix Custodian of Records |
| N-208 | | SEC Form 10-K<br>Blockbuster, Inc. for FY<br>ended January 3, 2011 | Judicially Noticeable<br>Stevenson, Bryan |
| N-209 | | SEC Form 10-K<br>Blockbuster, Inc. for FY<br>ended January 2, 2012 | Judicially Noticeable<br>Stevenson, Bryan |
| N-210 | | Netflix Promotion of Wal-<br>Mart | Becker, Jessica Teitz |
| N-211 | | Netflix Promotion of Wal-<br>Mart | Becker, Jessica Teitz |
| N-212 | | Wal-Mart Promotion of<br>Netflix | Becker, Jessica Teitz |
| N-213 | | DVD Rental Subscription<br>Prices | Netflix Custodian of Records<br>Wal-Mart Custodian of Records<br>Evangelist, Shane<br>Stevenson, Bryan |
| N-214 | | Responses to Plaintiffs'<br>First Interrogatories<br>Directed to Wal-Mart<br>Stores | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-215 | | Responses to Plaintiffs'<br>First Interrogatories<br>Directed to Wal-Mart.com<br>USA LLC | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-216 | | Plaintiff Bryan Eastman's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-217 | | Plaintiff Amy Latham's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-218 | | Plaintiff Stan Magee's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-219 | | Plaintiff Michael Orozco's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-220 | | Plaintiff Andrea Resnick's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-221 | | Plaintiff Melanie Salvi<br>(Miscioscia)'s Responses<br>and Objections to<br>Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |
| N-222 | | Plaintiff Liza Sivek's<br>Responses and Objections<br>to Defendant Netflix's First<br>Set of Interrogatories | Written Discovery Response,<br>No Sponsoring Witness Required |

| | | | |
|---|---|---|---|
| N-223 | | Plaintiff Michael Wiener's Responses and Objections to Defendant Netflix's First Set of Interrogatories | Written Discovery Response, No Sponsoring Witness Required |
| N-224 | | Netflix's Response to Interrogatories by Plaintiffs Stan Magee and Rosemary Pierson | Written Discovery Response, No Sponsoring Witness Required |
| N-225 | | Plaintiff Bryan Eastman's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-226 | | Plaintiff Daniel Kaffer's Consolidated Responses and Objections to Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-227 | | Plaintiff Amy Latham's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to all Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-228 | | Plaintiff Jason Lawton's Consolidated Responses and Objections to Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-229 | | Plaintiff Alan Levy's Consolidated Responses and Objections to Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-230 | | Plaintiff Stan Magee's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |

| | | | |
|---|---|---|---|
| N-231 | | Plaintiff Justin Meadows's Consolidated Responses and Objections to Defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-232 | | Plaintiff Michael Orozco's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-233 | | Plaintiff Rosemary Pierson's Consolidated Responses and Objections to defendant Netflix's First Set of Interrogatories to the Blockbuster Class Plaintiffs and Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-234 | | Plaintiff Andrea Resnick's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-235 | | Plaintiff Melanie Salvi's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-236 | | Plaintiff Rebecca Silverman's Consolidated Responses and Objections to Defendant Netflix's First set of Interrogatories to the Blockbuster Class Plaintiffs and Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-237 | | Plaintiff Liza Sivek's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |

| | | | |
|---|---|---|---|
| N-238 | | Plaintiff Michael Weiner's Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-239 | | Plaintiff Bryan Eastman's Amended Responses and Objections to Defendant Netflix's Second Set of Interrogatories to All Plaintiffs (Nos. 10-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-240 | | Netflix Plaintiffs' Amended Responses and Objections to Defendant Netflix Inc.'s Second Set of Interrogatories to All Plaintiffs (Nos. 17-25) | Written Discovery Response, No Sponsoring Witness Required |
| N-241 | | Wal-Mart Defendants' Responses to Netflix's Request for Admissions | Written Discovery Response, No Sponsoring Witness Required |
| N-242 | | Netflix Plaintiffs' Supplemental Responses and Objections to Defendant Netflix Inc.'s Second Set of Interrogatories to All Plaintiffs (Nos. 17-25) | Written Discovery Response, No Sponsoring Witness Required |

Dated:  November 15, 2011

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By:  /s/ Jonathan M. Jacobson
      Jonathan M. Jacobson

*Attorneys for Defendant Netflix, Inc*