Theodore Frank        Your Account & Help

Watch Instantly | Browse DVDs | Your Queue | Suggestions For You         Movies, TV shows, actors, directors, genres

Welcome, Theodore Frank

### Important Reminder

Your use of the Netflix service is subject to our Terms of Use. Please take a moment to review the **Terms of Use** and **Privacy Policy** and confirm the following:

I have read and agree to the **Terms of Use**.

 I Agree

## Billing History

View: Show all history

Next billing date: **Feb 21, 2012**
See membership details

| Date | Method | Description | | Subtotal | | Total |
|---|---|---|---|---|---|---|
| Jan 21, 2012 | AMEX *** 3005 | Monthly membership | Jan 21, 2012 - Feb 20, 2012 | $23.98 | (+$1.20 tax) | $25.18 |
| Dec 21, 2011 | AMEX *** 3005 | Monthly membership | Dec 21, 2011 - Jan 20, 2012 | $23.98 | (+$1.20 tax) | $25.18 |
| Nov 21, 2011 | AMEX *** 3005 | Monthly membership | Nov 21, 2011 - Dec 20, 2011 | $23.98 | (+$1.20 tax) | $25.18 |
| Oct 21, 2011 | AMEX *** 3005 | Monthly membership | Oct 21, 2011 - Nov 20, 2011 | $23.98 | (+$1.20 tax) | $25.18 |
| Sep 21, 2011 | AMEX *** 3005 | Monthly membership | Sep 21, 2011 - Oct 20, 2011 | $23.98 | (+$1.20 tax) | $25.18 |
| Aug 21, 2011 | AMEX *** 3005 | Monthly membership | Aug 21, 2011 - Sep 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Jul 21, 2011 | AMEX *** 3005 | Monthly membership | Jul 21, 2011 - Aug 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Jun 21, 2011 | AMEX *** 3005 | Monthly membership | Jun 21, 2011 - Jul 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| May 21, 2011 | AMEX *** 3005 | Monthly membership | May 21, 2011 - Jun 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Apr 21, 2011 | AMEX *** 3005 | Monthly membership | Apr 21, 2011 - May 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Mar 21, 2011 | AMEX *** 3005 | Monthly membership | Mar 21, 2011 - Apr 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Feb 21, 2011 | AMEX *** 3005 | Monthly membership | Feb 21, 2011 - Mar 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Jan 21, 2011 | AMEX *** 3005 | Monthly membership | Jan 21, 2011 - Feb 20, 2011 | $19.99 | (+$1.00 tax) | $20.99 |
| Dec 21, 2010 | AMEX *** 3005 | Monthly membership | Dec 21, 2010 - Jan 20, 2011 | $16.99 | (+$0.85 tax) | $17.84 |
| Nov 21, 2010 | AMEX *** 3005 | Monthly membership | Nov 21, 2010 - Dec 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Oct 21, 2010 | AMEX *** 3005 | Monthly membership | Oct 21, 2010 - Nov 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Sep 21, 2010 | AMEX *** 3005 | Monthly membership | Sep 21, 2010 - Oct 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Aug 21, 2010 | AMEX *** 3005 | Monthly membership | Aug 21, 2010 - Sep 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Jul 21, 2010 | AMEX *** 3005 | Monthly membership | Jul 21, 2010 - Aug 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Jun 21, 2010 | AMEX *** 3005 | Monthly membership | Jun 21, 2010 - Jul 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| May 21, 2010 | AMEX *** 3005 | Monthly membership | May 21, 2010 - Jun 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Apr 21, 2010 | AMEX *** 3005 | Monthly membership | Apr 21, 2010 - May 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |

| Mar 21, 2010 | AMEX *** 3005 | Monthly membership | Mar 21, 2010 - Apr 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |
| Feb 21, 2010 | AMEX *** 3005 | Monthly membership | Feb 21, 2010 - Mar 20, 2010 | $16.99 | (+$0.85 tax) | $17.84 |

**Note:** We only show billing history up to 2 years.                                          See less transactions

**Q:** Why do I see billing charges during my free trial?
**A:** You will not be charged during your free trial, nor will you ...

**Q:** What happens at the end of my free trial, and when will I be billed?
**A:** If you cancel before the end of your free trial, you will ...

**Q:** My credit card was over the limit, but now it's okay. How do I use it again for my Netflix account?
**A:** Once it's okay to charge your card again, visit the ...

**Q:** Do I have to pay for a lost or damaged DVD?
**A:** We understand that a DVD may be lost or damaged during ...

**Q:** Can I change my billing date?
**A:** Netflix members are always billed on the monthly anniversary ...

**Q:** What are the terms of cancellation?
**A:** When you cancel your Netflix Service account, be sure to ...

**Search our FAQs for answers to other questions**   Type question here                              Search

© 2012 Netflix, inc.

**Website**
Watch Instantly
Browse DVDs
Your Queue
Suggestions For You
How to watch on your TV

**Membership**
Your Account & Help
Gifts: Buy / Redeem
Tell-a-Friend

**Company**
About Us
Affiliates
Investor Relations
Media Center
Jobs
Contact Us
Blog

**Community**
Developers
App Gallery
Netflix Prize
RSS feeds

[ Service Code ]

Use of the Netflix service and this Web site constitutes acceptance of our Terms of Use and Privacy Policy.
All rights reserved.   U.S. Patent Nos. 6,584,450; 7,024,381; 7,631,323; 7,403,910; and 7,617,127.   {114} USA