UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ONLINE DVD RENTAL
ANTITRUST LITIGATION
_____/

This Document Relates to:

All actions
_____/

No. M 09-2029 PJH

**NOTICE RE OBJECTIONS
TO CLASS SETTLEMENT**

The hearing on plaintiffs' motion for final approval of the class action settlement is scheduled for March 14, 2012. The class notice set the deadline for the filing of both requests for exclusion and objections as February 14, 2012. Requests for exclusion were to be mailed to the claims administrator and objections were to be mailed to counsel for each party and to the court. The court has received a number of objections from individuals that do not appear to have been mailed to counsel. Accordingly, they have been scanned and are provided as Attachment A to this notice. The addresses and phone numbers of the individual objectors have been redacted as that information does not normally appear on the docket for represented parties.

In addition, the court has received substantial formal objections from the following people: 1) Maria Cope through her counsel Darrell Palmer, 2) Jon Zimmerman through his counsel Joshua Furman, 3) Theodore Frank, attorney in pro per, 4) Stephen Griffis and Jill Bishop through their counsel Steve Miller, 5) John Sullivan with the assistance of counsel Mark Lavery and 6) Tracy Kling Cox through her counsel Gary Sibley. It is unclear whether all of these objections have been served on counsel. At least one of them has been e-filed on the docket for this case. Counsel should contact the courtroom deputy for the

undersigned if copies are needed of any of these five formal objections. By describing these objections as "formal" the court intends only to convey that they are for the most part in the form of a brief and contain citations to authority.

Dated: February 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge