Robert G. Abrams (*pro hac vice*)
Gregory L. Baker (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1699
Facsimile: (202) 861-1783
Email: rabrams@bakerlaw.com
        gbaker@bakerlaw.com

*Lead Plaintiff Class Counsel in MDL No. 2029*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Lisa Saveri (112043)
David Sims (248181)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: guido@saveri.com
        rick@saveri.com
        lisa@saveri.com
        dsims@saveri.com

*Liaison Plaintiff Counsel in MDL No. 2029*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH <br><br> MDL No. 2029 <br><br> Hon. Phyllis J. Hamilton |
| **This document relates to:** <br><br> **ALL ACTIONS** | **DECLARATION OF TODD A. SEAVER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE WAL-MART SETTLEMENT** |

I, Todd A. Seaver, declare as follows:

1. I am a partner of the in the San Francisco office of Berman DeValerio. I am duly licensed to practice law in the State of California and before this Court, am a member in good standing of the State Bar of California, and I am one attorney of record for Plaintiffs in MDL No. 2029. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement.

2. Attached hereto as **Exhibit 1** is a chart that I prepared that catalogues the materials served or filed as objections to the settlement agreement between Plaintiffs' Wal-Mart Stores, Inc. and Walmart.com USA LLC.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Walmart Gift Card Terms and Conditions, which I obtained on February 25, 2012, from the Internet URL www.walmart.com/cp/Gift-Cards-Terms-and-Conditions/538430 and pasted into Word and PDF format.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Credit Card Accountability Responsibility and Disclosure Act of 2009, Pub. L. No. 111-24, 123 Stat. 1734, 1752 (2009).

5. Attached hereto as **Exhibit 4** is a state law survey in table form compiled by the National Conference on State Legislatures (NCSL), which I obtained on February 25, 2012, from the Internet URL www.ncsl.org/issues-research/banking/gift-cards-and-certificates-statutes-and-legis.aspx#Federal and reprinted for inclusion here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2012 in San Francisco.

                                                s/Todd A. Seaver
                                                Todd A. Seaver