Robert G. Abrams (*pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Tel.: (202) 861-1500
Fax: (202) 861-1783
rabrams@bakerlaw.com

***Lead Class Counsel***

Guido Saveri (22349)
R. Alexander Saveri (173102)
Lisa Saveri (112043)
Cadio Zirpoli (179108)
Melissa Shapiro (242724)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
lisa@saveri.com
cadio@saveri.com
melissa@saveri.com

***Liaison Class Counsel***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH** |
| | **MDL No. 2029** |
| | **Hon. Phyllis J. Hamilton** |
| **This document relates to:** | **SUPPLEMENTAL DECLARATION OF TORE HODNE IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE WAL-MART SETTLEMENT** |
| **ALL ACTIONS** | |

I, Tore Hodne, declare as follows:

1.     I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), and I have been employed at Rust Consulting since December 8, 1997. Rust Consulting serves as the Court-appointed Claims Administrator, as defined in the Preliminary Approval Order, for the above-captioned case. I am responsible for supervising the services provided by Rust Consulting for this matter. My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402.

2.     I am over twenty-one years of age, and I am legally competent and authorized to make this declaration on behalf of Rust Consulting. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

### Rust Consulting

3.     Rust Consulting specializes in class action administration.

4.     Rust Consulting's class action administration services include data management, data processing, notice implementation, claim administration and distribution, website hosting, call center services, and reporting to counsel and courts regarding claims processes.

5.     Rust Consulting has provided services in more than 3,000 matters, including: *In re Compact Disc Minimum Advertised Price Antitrust Litig.*, MDL No. 0982 (W.D. Pa.) (price-fixing settlement); *In re Waste Mgmt., Inc. Securities Litig.*, No. 99-2183 (S.D. Tex) (securities settlement); *McNeil v. American Gen. Life & Accident Co.*, No. 99-1157 (M.D. Tenn.) (life insurance settlement); *Naef v. Masonite Corp.*, No. 94-4033 (Ala. Cir. Ct., Mobile Co.) (defective product settlement); *In re FTD.COM, Inc. Shareholders Litig.*, No. 19458-NC (Del. Ch.) (securities settlement); *In re Metropolitan Life Ins. Co.*, No. 96-0179 MDL No. 1091 (W.D. Pa.) (life insurance market conduct settlement); *Benacquisto v. American Express Fin. Corp.*, No. 00-1980 (D. Minn.) (life insurance market conduct settlements); *Coordination Proceedings*

*Special Title (Rule 1550(b)) Microsoft I-V Cases*, Case No. J.C.C.P. No. 4106 (Cal. Super. Ct., San Francisco Co.) (consumer software settlement); and numerous other cases.

6.      I have significant experience overseeing the implementation of notice programs and the administration of claims processes.

<u>**Notice to Potential Class Members**</u>

7.      On December 6, 2011, Rust Consulting received a CD from Netflix, Inc. containing the last known names and street addresses of 9,758,735 Netflix subscribers for whom Netflix received a hard bounce back and for known bad email addresses. This list was "de-duped" based on name and street address, resulting in 231,782 duplicate names and street addresses being removed.

8.      Before mailing the Individual Notice and Claim Forms to potential Class Members, Rust Consulting ran the potential Class Members' address records through the National Change of Address ("NCOA") database and updated the records with the information obtained through the NCOA search. The NCOA database stores all Change of Address ("COA") cards filled out and returned to the United States Postal Service by individuals or businesses. The COAs are kept on the electronic file database for 48 months.

9.      On December 28, 2011, Rust Consulting caused 9,526,953 copies of the Summary Notice and Claim Form, in the forms approved by the Court, to be mailed by Standard Mail to potential Class Members. Attached hereto as Exhibit A is a true and correct copy of the Summary Notice and claim form.

10.     Based on my experience, undeliverable rates in class action settlements vary significantly depending on a number of factors. These factors include the demographics of the class, the age of the addresses, and source of the addresses, among others. Based on our prior experience with consumer cases, we would estimate an undeliverable rate of approximately ten to twenty percent.

DECLARATION OF TORE HODNE

1    Based upon this, Rust Consulting conservatively estimates that 80% of the Class Members with

2    incorrect or "known bad email addresses" were reached through the standard mail component.

3
4    11.    As of close of business on February 27, 2012, Rust Consulting has mailed an additional

5    6,243 copies of the Summary Notice and Claim Form to potential Class Members in response to

6    requests received through its Post Office Box or toll-free telephone support line.

7                                    **Telephone Support**

8
9    12.    On November 14, 2011, Rust Consulting established a toll-free telephone support line (1-

10    877-389-4469) for potential Class Members to call with questions and requests for copies of the

11    Summary Notice and Claim Form.    The support line number was included in the Summary

12    Notice and on the Settlement Website for the purpose of allowing potential Class Members to

13    call Rust Consulting and hear prerecorded answers to frequently asked questions.

14    13.    As of February 27, 2012, there have been 26,513 calls to the support line, with 6,295

15    callers requesting a copy of the Summary Notice and Claim Form.

16                                    **Settlement Website**
17
18    14.    On November 14, 2011, Rust Consulting launched the Settlement Website, which can be

19    found online at www.onlinedvdclass.com.    The website address appeared in the notices and is

20    read aloud in the automated introduction to the toll-free telephone support line at 1-877-389-

21    4469.

22
23    15.    Rust Consulting continues to maintain and monitor the Settlement Website.

24    16.    The Settlement Website contains other information and documents – for example,

25    "Frequently Asked Questions"; copies of the Settlement Agreement and its exhibits; a copy of

26    the Court's Preliminary Approval Order; copies of the other Orders issued by the Court; copies

27    of the Summary Notice and Claim Form; a copy of the Long form Notice; a copy of the Long

28

                                         3

form Notice translated into Spanish; and a toll-free number and mailing address for contacting Rust Consulting.

17.   The Settlement Website also allows potential Class Members to file a claim online for a gift card settlement benefit.

18.   As of February 27, 2012, there have been 2,096,403 visits to the Settlement Website.

**Claim Forms, Exclusion Requests, Objections and Other Communications**

19.   Rust Consulting set up one Post Office Box mailing address to which potential Class Members could mail completed Claim Forms, requests for exclusion, objections, and other correspondence (P.O. Box 2602, Faribault, MN 55021-9602).

20.   As of close of business on February 27, 2012, Rust Consulting has received 722 requests for exclusion from the Settlement.   A list of persons who timely requested to be excluded is attached hereto as Exhibit B.

21.   As of close of business on February 27, 2012, Rust Consulting has received 4 objections to the Settlement.  These items were promptly forwarded on to Plaintiff and Defense counsel.

22.   As of close of business on February 27, 2012, Rust Consulting has received 251 pieces of other correspondence.

23.   As of close of business on February 27, 2012, Rust Consulting has received 596,537 paper claim forms and 582,651 online claims submissions. Of these 1,179,188 claim submissions, 2,843 claim forms were postmarked or submitted online after the February 14, 2012 deadline, thus 1,176,345 timely claims have been received to date. Rust Consulting continues to process any paper claim forms received, and record the postmark date.

24.   As of close of business on February 27, 2012, there were 742,821 claim form

4

submissions that selected a gift card benefit, and 431,952 claim form submissions selected a cash benefit. There were 4,077 claim form submissions that either did not select a benefit, or selected both benefits. Rust Consulting has 338 claim forms that remain to be processed for benefit selection.

## Claims Validation

25.     Rust Consulting intends on "de-duping" the claim form submissions prior to the final award calculations for the class in order to prevent duplicative claims.  Any paper claim form submission will be "de-duped" based on name and address. Any gift card submission will be "de-duped" based on name and email address.

26.     Rust Consulting plans to send deficiency letters to any class member who did not A) sign their claim form, B) select a benefit, or C) selected both benefit options. Rust Consulting estimates there will be approximately 9,000 class members who will receive deficiency letters at a mailing and processing cost of approximately $17,000.00.

## Administration Costs and Invoices

27.     To date, Rust Consulting has sent invoices to Wal-Mart Stores, Inc. totaling $3,233,037.65 for notice and claims administration services through January 31, 2012.  Rust Consulting estimates the additional costs to be invoiced in order to finalize administration of the Settlement will be $1,173,115.41.

1      I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct and that this declaration is executed this

3  28th day of February, 2012, at Minneapolis, Minnesota.

Tore Hodne

# If You Rented Online DVDs from Netflix, A Class Action Lawsuit And A Settlement Could Affect You.

There is a lawsuit against Wal-Mart Stores Inc. and Walmart.com USA LLC (together called "Wal-Mart") and Netflix, Inc. ("Netflix") involving the price of online DVD rentals. The Class Action seeks money for current and former Netflix online subscribers. A Settlement has been reached with Wal-Mart. Netflix and Wal-Mart believe that the lawsuit has no basis. On November 22, 2011, the Court granted Netflix's Motion for Summary Judgment, resulting in the dismissal of the lawsuit. Plaintiffs can appeal this decision.

### What is the lawsuit about?

The lawsuit claims that Wal-Mart and Netflix reached an unlawful agreement under which Wal-Mart would withdraw from the online DVD rental market and Netflix would not sell new DVDs. Wal-Mart and Netflix deny that they entered into such an agreement or that they have done anything wrong, that the Plaintiffs have been harmed in any way, or that the price of online DVD rentals was raised or inflated by any agreement between Wal-Mart and Netflix.

### The Litigation Class Against Netflix

*Who's included in the Netflix Litigation Class?* Any person or entity in the United States that paid a subscription fee to Netflix anytime from May 19, 2005 to September 30, 2010.

*What are my rights in the Netflix Litigation Class?*

- Remain in the Litigation:  If you wish to remain in the Litigation, you do not need to take any action at this time.

- Get out of the Litigation: If you wish to keep your individual right to sue Netflix about these claims you must exclude yourself.  To ask to be excluded, send a letter to the address below, postmarked by February 14, 2012, that says you want to be excluded from In re: Online DVD Rental Antitrust Litigation, MDL No. 2029. Include your name, address, and telephone number.

**For More Information: 1-877-389-4469  www.OnlineDVDclass.com
Netflix Lawsuit, PO Box 2602, Faribault, MN 55021-9602**

EXHIBIT A

### The Wal-Mart Settlement Class

*Who's included in the Wal-Mart Settlement Class?* Any person or entity living in the United States or Puerto Rico that paid a subscription fee to rent DVDs online from Netflix anytime from May 19, 2005 to September 2, 2011.

*What does the Settlement provide?* Wal-Mart will pay $27,250,000, in cash and gift cards to settle the lawsuit. If you qualify, you can get a cash payment or a gift card that can be used at www.walmart.com. The actual amount paid in cash and in gift cards depends on the total number of valid claims filed.

Class Counsel will ask the Court to award the following: (1) attorneys' fees up to 25% of the Settlement Fund, plus costs that Class Counsel estimate at up to $1.7 million, (2) administration and notice costs, and (3) $5,000 for each of the Class Representatives (up to $80,000 total which could include the class representatives from cases filed in California state courts). After these fees and costs are deducted from the Settlement Fund, the remaining amount will be equally divided amongst the Wal-Mart Settlement Class Members who file valid claims.

More details are in the Settlement Agreement, which is available at www.OnlineDVDclass.com.

*How to get Settlement benefits?* You must submit a Claim Form to get benefits. You can submit a Claim Form online (for gift cards only) or by mail. The deadline to submit a Claim Form is **February 14, 2012**. Claim Forms are available at the website or by calling 1-877-389-4469.

*What are my rights in the Wal-Mart Settlement Class?*

- Remain in the Settlement: If you wish to remain in the Wal-Mart Settlement Class and get benefits, you need to file a claim.

- Get out of the Settlement: If you wish to keep your right to individually sue Wal-Mart about the claims in this case you must exclude yourself by **February 14, 2012** from *both* the Wal-Mart Settlement Class and the Netflix Litigation Class. See the instruction on how to "Get out of the Litigation" above.

- Remain in the Wal-Mart Settlement Class and Object: If you stay in the Wal-Mart Settlement Class you can object to it by **February 14, 2012**.

The detailed notice, available at www.OnlineDVDclass.com or by calling 1-877-389-4469, explains how to exclude yourself or object.

The Court will hold a hearing on March 14, 2012 to consider whether to approve the Settlement, and a request for attorneys' fees, costs, and expenses. If you wish, you or your own attorney may ask to appear and speak at the hearing at your own cost.

**For More Information: 1-877-389-4469 www.OnlineDVDclass.com
Netflix Lawsuit, PO Box 2602, Faribault, MN 55021-9602**

| FOR OFFICIAL USE ONLY |
| :---: |
| 01 |

# WAL-MART SETTLEMENT

## Claim Form

**\* 0 1 2 3 4 5 6 7 8 9 \*** - 000

NAME
ADDRESS
CITY STATE ZIPCODE

| ☐ | If the pre-printed address to the left is incorrect or out of date **OR** there is no preprinted data to the left, check this box and provide your current name and address: |
| :---: | :--- |

Name: _____

Address: _____

City: _____

State: ____    Zip Code: ___ ___ ___ ___ ___

If you paid a subscription fee to rent DVDs from Netflix anytime from May 19, 2005 to September 2, 2011, you will be eligible to receive benefits from a Settlement with Wal-Mart Stores Inc. and Walmart.com USA LLC. You need to submit this Claim Form if you want to receive a cash payment or a gift card. The deadline to file claims is February 14, 2012.

The amount of the gift card or cash payment will be determined based on a formula contained in the Settlement Agreement and in the notice you received. Additional information regarding the formula and the Settlement can be found at www.OnlineDVDclass.com.

**To claim a gift card** you may submit the Claim Form by mail or online at www.OnlineDVDclass.com. If submitting by U.S. Mail, print and complete this Claim Form and mail it to the following address postmarked on or before **February 14, 2012:**

Claims Administrator
PO Box 2602
Faribault, MN 55021-9602

**To claim a cash payment,** you must complete this Claim Form and mail it to the following address postmarked on or before **February 14, 2012:**

Claims Administrator
PO Box 2602
Faribault, MN 55021-9602

You cannot file an online claim for a cash payment.

**Please Complete Each Section On The Following Page In The Spaces Provided**

## SECTION I - CONTACT INFORMATION

| | |
|---|---|
| **Name** *(First/Last)* | |
| **Name at the time of your membership with Netflix** *(if different than above)* | |
| **Street Address** | |
| **City, State, Zip Code** | |
| **Phone Numbers** *(primary)* | |
| **Phone Numbers** *(secondary)* | |
| **Current E-Mail Address** | |
| **E-Mail address associated with Netflix Account** *(optional)* | |

## SECTION II - NETFLIX SUBSCRIPTION

| | |
|---|---|
| **[Subscriber] [Membership] Number** *(optional)* | |

## SECTION III - AWARD SELECTION

Please tell us whether you prefer to receive an electronic Gift Card or a cash payment. You may not request both. If you are requesting a cash payment, you must also provide the last four digits of your Social Security number. You can give your gift card to someone else but it cannot be resold.

☐ **Electronic Gift Card**

☐ **Cash Payment**

⟶ Last Four Digits of your Social Security Number *(for cash payments only)*: X X X - X X - ___ ___ ___ ___

## SECTION IV - AFFIRMATION

I hereby affirm, under penalty of perjury, that the information I have provided in this Claim Form is true and correct to the best of my knowledge and this is the only Netflix Claim Form that I have submitted. I further understand, acknowledge, and agree that I am eligible to receive only **ONE** payment from this Settlement based on my subscription to a Netflix Online DVD service. I further understand, acknowledge, and agree that the amount I will receive shall be calculated according to the terms of the Settlement Agreement and subject to the terms of the Settlement Agreement, including the release of claims.

Date: ___ ___ / ___ ___ / ___ ___ ___ ___          Signature: _____



Class Members Requesting Exclusion

| | | |
|---|---|---|
| AARON TALLMAN | ANDREW KOCH | BARBARA BULLOCK |
| ABBY DOHNER | ANGEL MUNGUIA | BARBARA J RANANDO |
| ADAM KETCHER | ANGELA BECK | BARBARA J SPECK |
| ADRIAN FRANKS | ANGELA FOPPIANO | BARBARA M TOBIN |
| ADRIAN HERBEK | ANITA FRAZIER | BARTON MARKS |
| AIMEE CALDWELL | ANITA GIBSON | BARTON QUILLEN |
| AIMEE LEOPOLD | ANN and WICK GUBLER | BENJAMIN CAUDILL |
| AJITHA DE SILVA | ANN ELWELL | BENJAMIN ELMORE |
| ALAN HORTON | ANNA DE VERA | BENJAMIN LOWRY |
| ALBERT FEINSTEIN | ANNA GEHRIGER | BERNARD J PUROL |
| ALEJANDRA ORTEGA | ANNA MARIE MOLLOY | BERNARD MEIN |
| ALESSANDRA BUSCHMAN | ANNE BUTZEN | BERNICE BOLEK |
| ALEXANDER UTTER | ANNE LEGARE | BETH BOWER |
| ALICE SCHWEGMAN | ANNE M DELVILLANO | BETH SCHWARTZ |
| ALLEGRA HARRINGTON | ANNIE GREEN | BETHANY KULP |
| ALLISON FELL | ANTHONY CASOLA | BETHANY WATTS |
| ALYONE RILEY | ANTONELLA ABRUDI | BETTY L SLIDER |
| AMANDA AND MICHAEL BASS | ANTONETTE CICCARELLI | BHARAT BHATIA |
| AMANDA BERG NORTON | ANUJ PARIKH | BILL COOPER |
| AMY KIRK | ARIADNE MONTARE | BILL DAVIS |
| AMY SAMUEL | AUDRA JONES | BILL HALTON |
| ANDERS GILCHRIST | AVERY LAWRENCE | BILL STURBAUM |
| ANDREA DOERING | AVIS BRICE | BOB and STEPHANIE BAKER |
| ANDREA FROME | B.D. GRIBBEN | BOB BONSKOWSKI |
| ANDREW CORRIGAN | BARBARA A BRADLEY | BOB GREEN |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| BOBBIE MISHLER | CATHERINE CAUDLE | CHRISTOPHER DISBROW |
| BOBBY POWELL | CATHERINE HOWELL | CHUCK BRANDON |
| BONITA COFFIN | CATHERINE SULLIVAN | CINDRA OTTO |
| BONITA TORPE | CATHIE RUTKIN | CINDY JENNINGS |
| BRADLEY BROCK | CECIL DAVIS | CINDY PASKE |
| BRETA ALTER | CECILIA JOHNSON | CINDY SMITH |
| BRIAN SCOTT | CHARLES CASTLE | CLAIRE NUSSBAUM |
| BRIDGET DALY | CHARLES DEBOW | CLARA YOS |
| BRIDGET GERLACKI | CHARLES DUKE | CLASINA VAN VELZEN-STUP |
| BRIDGETTE BROWN | CHARLES REINHEIMER | CLAUDIO ALVES DE LIMA |
| BRYCE R LENSING | CHARLES SAYLOR | CONSTANCE KILGORE |
| C FARRINGTON | CHARLES VENEZIA | CONSTANCE PARSONS |
| C NICHOLAS AND JEAN M FERLAZZO | CHARLOTTE PAULY | CORBIN NAEKEL |
| CALLEY SCOTT | CHEVONNE MALONE | CRAIG HARPER |
| CALLIE C HAWKINS | CHOL SONG | CRUZ M GOBEA |
| CAMERON MCGOWAN CURRIE | CHRIS BIHLER | CRYSTAL WILKIE |
| CARA STUKES | CHRISTA L GRENIER | CURTIS HALL |
| CAREN WITMER | CHRISTE MCMENOMY | CYNTHIA COATS |
| CARLA J PATAT | CHRISTINA BOAVAIRD | DANETTE MORRIS |
| CARLO MONTICELLI | CHRISTINE LINDEWALD | DANIEL BODDICKER |
| CAROL C WESLEY | CHRISTINE MADONNA | DANIEL BRAZ |
| CAROL LETSON | CHRISTINE RENAUDIN | DANIEL KENYON |
| CAROL WOODS | CHRISTINE RYALS | DANIEL MANNING |
| CARROLL LISLE | CHRISTINE SOLTIS | DANIELLE RORICK |
| | CHRISTOPHER ALAN PENNY | DARIUSZ JURA |

Class Members Requesting Exclusion

| | | |
|---|---|---|
| DARLENE GARBE | DIEM NGUYEN | ELAINE WEMPEN |
| DARREN SIMPSON | DIONESIA DIMITRIOU | ELEANOR CHIN |
| DAVID C DELMER | DOLORES PEPE | ELENA DAVIS |
| DAVID SIMPSON | DON AND KAREN NICHOLS | ELIDA D WILSON |
| DAVID SPURGEON | DONALD L HIBSCHWEILER | ELIZABETH DAVIS |
| DAVID THOMPSON | DONNA and LAWRENCE LEGGETT | ELIZABETH HANSEN |
| DAVID VILGOS | | ELIZABETH MACKENZIE |
| DAVID WAKEFIELD | DONNA CANJA | ELIZABETH S WEBBINK |
| DAVID WEST | DONNA DYER | ELIZABETH VERMILLION |
| DAWN MARSHALL | DONNA FERGUSON | ELIZABETH ZANCA |
| DAYNA STUECK | DONNA LO SCHIAVO | EMILY LANGE |
| DEBBIE EASLEY | DONNA MENDONCA | ERIC M ARMSTRONG |
| DEBBIE HASKELL | DONNA SCHWERIN | ERIC SHOREY |
| DEBBIE SPINKS | DORE KESTERSON | ERIN BOOTLE |
| DEBBIE TERRY | DOREEN GALLAGHER | ERIN JAEGER |
| DEBORAH ZACHA | DORI E KRUGER | ERIN SUTYLA |
| DEE DEE BABICH | DORIS VIRDEN | EUGENE P SCHWENK |
| DELORES POWERS | DOUGLAS FLORES | EUNICE CHUNG |
| DENISE MIRA | DR ALAN O PERANTONI | FERN GARDNER |
| DENISE MUNOZ | DT SHANTHA | FLAVIL GEORGE |
| DENNIS BEAUJEAN | E.J. HEALEY JR | FORRES MEADOWS |
| DENNIS E HAMILTON | EDWARD AND SHARON SHEPPARD | FRAN GIGLER |
| DIANE GRADY | | FRAN HAWKINS |
| DIANE GRANBERY | EILEEN ERVING | FREDERICK MACASKILL |
| DIANNA LITTLE | EILEEN WALTON | GAIL WEGNER |
| | ELAINE M MOORE | |

Class Members Requesting Exclusion

| | | |
|---|---|---|
| GARLAND DAVIS | GUILERMO A SANCHEZ | JAMES REAGAN |
| GARY BLOMQUIST | GUILLERMO SANCHEZ | JAMES THOMPSON |
| GARY BUDDELL | HALEE MANNING | JAN MAIER |
| GARY NARHRWOLD | HALEY KINDREX | JANE JOHNSON |
| GAY HOLMES | HAROLD HOROWITZ | JANE PITTMAN-HAWKINS |
| GENA HYMOWECH | HEATHER KING | JANE W ARRINGTON |
| GENE ARNOLD | HEIDI BROWARD | JANET DENISI |
| GENE V ELLIS | HELEN ALEXANDER | JANET GAINES |
| GENIEVE MAESTAS | HELEN DEWEY | JANET MARTIN |
| GEORGE CANNING | HENRY BOESCH | JANICE RATHGEB |
| GEORGEL L GRIGGS | HENRY C KLAPUT | JASON CURTIS |
| GERALD GALLIMORE | HILARY NEGELE | JASON PERKINS |
| GINA C ESCARPANTER | HILLARY and EDWARD PROKOP | JASON TOMFORDE |
| GISELLE GLEASON | HUGH KEITH-JOHNSTON | JAY LINDSAY |
| GITI UNDERHILL | IRENE ROUTSON | JAY NOLTE |
| GIULIO BRUNI | IRWIN STOLOWITZ | JAY WILLIAM MCDANIEL |
| GLORIA BUCHANAN | JACK AND CORINNE MCCLARAN | JAYCEN WOODS |
| GLORIA SCHWEITZ | JACOB TIMM | JEAN KESSLING |
| GORDON SPENCER | JACQUELINE KURAJ | JEAN M LANGLEY |
| GREG AND KAREN CHALMERS | JAIME SEGURA | JEANNA WILLIAMS |
| GREG HALL | JAMES AND BARBARA LEWIS | JEANNE M VAN EEPOEL |
| GREGORY AND MICHEL JACKSON | JAMES DOHERTY | JEFF AND PAMELA NORTHRUP |
| GREGORY BELILES | JAMES F KAMPHAUS | JEFF BOHN |
| GREGORY MCDANIEL | JAMES P CUTONE | JEFF SUTHERLAND |
| | | JEFFREY MORIN |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| JEFFREY WHITE | JOEL AND MELINDA OESTER | JOSEPH J COMINCIOLI |
| JENA MORKEN | JOEL MILLER | JOSEPH M PROCACCINI |
| JENNIFER CHASE | JOHANNA FENICLE | JOSEPH YORK |
| JENNIFER MCCLARREN | JOHN AND EVELYN LA FOND | JOSH TAPANI |
| JENNIFER MURRAY | JOHN and GAYLEE FIEL | JOSH WHITTENBERG |
| JENNIFER RUNION | JOHN BOLAN | JOSHUA MARZAN |
| JENNIFER SWISHER | JOHN CHENEVEY | JOSHUA MISHLER |
| JENNIFER VANDERSCHANS | JOHN DARDEN | JOY COFFEY |
| JEREMIAH COLEMAN | JOHN GORMAN | JOYCELYN LANGEVIN |
| JERI MARKHAM | JOHN K EGGENBERGER | JUANITA WASSMANN |
| JERRI RUDNICK | JOHN MARQUIS | JUDITH PERLOW |
| JESSICA DENEEN ONORATO | JOHN MIXON | JUDY CABLE ANDERSON |
| JESSICA ELWELL | JOHN PURTYMUN | JUDY PANCAKE |
| JESSICA MARTINEZ | JOHN R GUARINO | JUDY VAN BLARCOM |
| JESSICA MELORO | JOHN R SUBERT | JULIA ANDERSON |
| JIM ROHR | JOHN RAGLAND | JULIA E LITTLE |
| JOAN A WALKER | JOHN SAMSON | JULIA HARRISON |
| JOANN and MICHAEL PETOSA | JOHN W MORGAN | JULIE EAKLOR |
| JOANN ROBISON | JOHN WISSENBACH | JULIE GILL |
| JOANNE B GLOTZBACH | JON HAGAR | JULIE RITCHISON |
| JOANNE CRAIG | JONATHAN REAGAN | JULIE TRIPP |
| JODI AND DENNIS WILLIAMS | JORGE MENDOZA | JULIO TEJADA |
| JODIE SCREES | JOSEPH CARRERA | JULLIENNE FERRER |
| JOE AND LORIE PEADEN | JOSEPH E HASTINGS | JUSTIN AND DANA BURIE |
| JOE WOLFORD | JOSEPH GREENWOOD | JUSTINE YALEY |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| KAREN BELSKY | KEVIN RYAN | LEAH CHRUANA |
| KAREN BERG | KEVIN WONG | LEE BAKER |
| KAREN MORGANTE | KIM SABELLA | LEE DUNCAN |
| KARI HYMAS | KIM SCHWADERER | LEE JOHNSON |
| KASEY HARGAN | KIM WEST | LEN AND CONI BILLINGS |
| KATE WALSH | KIMBERLEY SCHONECK | LENOR EICHER |
| KATHERINE LYNN | KIMBERLY OMELSON | LENORA MITCHELL |
| KATHLEEN BRANDON | KIMBERLY SCHEPER | LESELYN GREENWALD |
| KATHLEEN N SKEERS | KJELL GUNDERSEN | LESLIE ROSE |
| KATHLEEN SIESS | KRISTA B POPE | LESTER SLIFKIN |
| KATHRYN MARTIN | KRISTI JONES | LINDA BUELL |
| KATHY JO HAWKINS | KRISTIN BROOKE BENTON | LINDA CLARK |
| KATIE SMITH | KRISTIN HERSHEY | LINDA FERGUSON-DAVIE |
| KAY DOSTAL | KRISTINA COOPER | LINDA KEIM |
| KEITH AND KARLA ROUNSAVILLE | KURT SERMAS | LINDA KELLEY |
| KEITH B BURRISS | LACHELLE M CURTIS | LINDA MCDONNELL |
| KEITH CHAMBERS | LARRY JAQUES | LINDSEY GOODMAN |
| KELLIE L ALTMAN | LATHER W POWELL SR | LISA MEYER |
| KELLY KOENIGS | LAURA BROOKS | LOULAN PITRE JR |
| KENNETH BASSETT | LAURA STOTT | LUCILA NIGRO-WING |
| KENNETH HUFF | LAUREN OWSLEY | LUCILLE GROSSI |
| KENNETH LINEMAN | LAUREN SCOTT | LYNAE ENGLAND |
| KENT VAN EVERY | LAUREN SHUTE | LYNN ESTER |
| KERMON CARTER | LAURIE GETER | LYNN KLINE |
| KEVIN PODKOWKA | LAVINA JOHNSON | LYNNE BROUGHER |

Exhibit B

Class Members Requesting Exclusion

MACKENZIE ROCHA

MADELYNE BARNETT

MAGDA COLBERG

MALKE ROTH

MALLORY BOEYINK

MANDY CUNNINGHAM

MANUEL SERRATOS

MARGARET HARDY-MITCHELL

MARGARET HOERST

MARGARET ROBERTS

MARGE STANDING

MARIAM SHAMI

MARIAN WILKES

MARIANNE WEIDLEIN

MARIE SAMUEL

MARILYN A ZANDER

MARION BOLIN

MARISA MADRID

MARISSA and ROBERT RADOVAN

MARK BURKE

MARK D HENDERSON

MARK H GERTH

MARK SQUIRES

MARLENE GRIFFIN

MARLENE HALACKA

MARLENE HARESIGN

MARNEY LIEBERMAN

MARVITA GRIMES

MARY AND ROBERT HEISSERMAN

MARY ANGIN

MARY ANN METCALF

MARY AYERS

MARY DRAEGER

MARY ELKINS

MARY GILLETTE

MARY KAY JOENS

MARY S ASHMAN

MARY STYFFE

MARY TIPTON

MARY YOUNG

MATT BROWN

MATT SNYDER

MATTHEW NICKEL

MATTIE DAVIS

MAUREEN BROOK

MEGAN HOCHSTEDLER

MELISSA J COOK

MELISSA MURZ

MELISSA TODD

MELODY and JAMES GREGG PARSONS

MELONY KAWAMURA

MERCEDES RUIZ

MEREDITH STROBLE

MICAHEL BARRESE

MICHAEL AND MANDY MELICK

MICHAEL FINK

MICHAEL GARRISON

MICHAEL J BROCK

MICHAEL LIM

MICHAEL LINEBACH

MICHAEL SMUDA

MICHELE AND JAMIE PREDER

MICHELE JUDGE

MICHELLE ANN HOSTMEYER

MICHELLE BOOTH

MILLICENT RUMMEL

MIRIAM MEYERS

MITRA RAHNEMA

MONICA R GREY

MONICA WERNER

MORGAN GOKEY

MUNIR KADERBHAI

MYRNA J STANER

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| MYRTLE KILION | NORMA LEBARON | PETER TRINKLE |
| NANCY B STEWART | NOZAR MOZAKA | PETER ZUG |
| NANCY CHRISTIE | PALLAVI BANDODKAR | PHIL PETERSON |
| NANCY CLARK | PAM AND BILL BUCKLEY | PHILIP NELSON |
| NANCY DZUROSKA | PAMELA KESTER | PHYLLIS SYLVESTER |
| NANCY E ANKLAM | PAT ALLEN | PILAR ORLANDI |
| NANCY E MILLER | PAT HEUER | RALPH L HERGENRADER |
| NANCY HOLT | PAT WALLACE | RAMONA M SOULE |
| NANCY LAWRENCE | PATRICE MALLERY | RAULIE W CASTEEL |
| NANCY MONTANA | PATRICIA A WALLACE | RAY and GRACE STANCZAK |
| NANCY S BARBER | PATRICIA ALLEN | RAYMOND and MARJORIE SULLIVAN |
| NANCY ST GERMAIN | PATRICIA COTTER | REBECCA BENAROYA |
| NATALIA TAN | PATRICIA H TODD | REBECCA MEIERS |
| NATHAN KENNEDY | PATRICIA KELLY | REGINA SEUS |
| NATHAN SCHULTZ | PATRICIA MEEKS | REGINE BAUS |
| NATHANIEL PAINE | PATRICIA SWINTON | RESIDENT |
| NELIDA RIVAS | PAUL AND ARLYS SLAUGHTER | RICHARD DARLING |
| NELSON DEGRACIA | PAUL AND NOREEN BETTEN | RICHARD E TYNER |
| NIALL DURHAM | PAUL CROSSMAN | RICHARD GOSS |
| NICHOLAS BARNARD | PAUL E BARKER | RICHARD PRICE |
| NICK SWATEK | PAUL R PARK | RICHARD R DENSON |
| NICKIE COOK | PAUL REECE | ROB COATSWORTH |
| NIMA BAGHAEI | PAULA A BUREAN | ROBERT AND MARIANNE GREEN |
| NON FINKELSTEIN | PAULA STOKES | ROBERT AND SUSAN GLEICH |
| NOREENE LINTON | PEGGY THOMPSON | |

Class Members Requesting Exclusion

| | | |
|---|---|---|
| ROBERT E WHITMORE | RYAN DIONNE | SHELLY MARTIN |
| ROBERT KELLY | SACHIKO HIRAI | SHIRLEY COOK |
| ROBERT NOTSON | SAHRON ELLESTAD | SHIRLEY KOZENIESLAY |
| ROBERT RUTZEL | SALLY LEPPALA | SIMEON D MISHEV |
| ROBERT WICK | SAM EDWARDS | SIMONE LEE |
| ROBERT WILLIAMS | SAMUEL SPENCER | SKIP IREDALE |
| ROBERTA RICHARDS | SANDRA SCHOTT | STACI CULOTTA |
| ROBIN GOHLKE | SARA MAY | STANLEY G WILLIAMS |
| ROBIN IRWIN | SARAH REILLY | STEFANIE SHATRICH |
| ROBIN LEWIS | SARAH SCHUETZ | STEPHANIE NGUYEN |
| ROD RIGOS and BARBARA GLADHART RIGOS | SCOTT AND MADELINE WETMORE | STEPHANIE PEARSON |
| ROGER WIER | SCOTT HIIGEL | STEPHANIE WILLIAMS |
| ROLAND SCHREIBER | SCOTT MCCARTHY | STEPHANIE WOOD |
| ROMAN BRUSOVANKIN | SCOTT MEYER | STEPHEN BEELER |
| RON and SHERRY LAWLOR | SCOTT MILLER | STEPHEN G RIDDLE |
| RONALD F HOMEIER | SEAN KAZI | STEPHEN NOJEK |
| RONALD WELLMAN | SHAHRAN GROSS | STEVE FLETCHER |
| ROSE and MELVYN REMOLADOR | SHANNON WYMAN | STEVE OVERLIN |
| ROSEMARIE SHEPERD | SHARON and BEVERLY MINNICH | STEVE OWENS |
| ROSEMARY PALMER | SHARON BERDINE | STEVEN C SANDSTROM |
| ROY OSTEEN | SHARON HOLLOW | STEVEN CHIN |
| RUSTY MAYBORNE | SHARON NELSON | SUE SEITHAMER |
| RUTH SILEN | SHAWN L BRADLEY | SUSAN A FRANTZICK |
| RYAN ANDREW BOWLING | SHELDON BOATRIGHT JR | SUSAN HATCLIFF |
| | | SUSAN HUTCHINSON |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| SUSAN SANDERS | TINA FAIRBANKS | WINFRED ALDINGER |
| SUSAN SQUIRES | TINA PANIZZOLI | WOODY WURSTER |
| SUZANNE DIAZ | TJ PIERCE | YEHUDA SKVERSKY |
| SUZANNE MCLAUGHLIN | TODD CAULEY | YOLANDA REINHARD |
| SYLVIA J MACUMBER | TODD GAERKE | ZELMA MEREDITH |
| SZYMON KOZACZKA | TOM MCCORMICK | ZOEY PHOENIX |
| TAMMI WRIGHT | TRAVIS CROUCH | |
| TAMMIE EGER | TYLER DIXON | |
| TAMMY IVERSON | URSULA SNOVER | |
| TAMRA MCKEE | V L CLARK | |
| TANYA SATTLER | VICTORIA BELLE-MILLER | |
| TARA WISE | VIRGINIA LAWRENCE | |
| TAYA BALDWIN | VIRGINIA VROEGOP | |
| TED ASSATLY | WACO MACHETT | |
| TERESA ATCHISON | WALTER FLAVE HART III | |
| TERRI ROBERTSON | WAYNE DAY | |
| THEODORE LEACH | WENDY ZAMPARDI | |
| THOMAS AND CAROL DEMERY | WESLEY KNOUSE | |
| THOMAS and KATHRYN GROSSI | WILLIAM B CONTOIS | |
| THOMAS BECKER | WILLIAM BAILEY | |
| THOMAS CZERWINSKI | WILLIAM FRAZIER | |
| THOMAS DEVAUGHN | WILLIAM HIGHTOWER | |
| TIFFANY MACKENZIE | WILLIAM JELLISON | |
| TIMOTHY M JONES | WILLIAM PENNER | |
| | WILLIAM W REYNOLDS | |