

Clerk's Use Only

Initial for fee pd.:

Daniel Greenberg
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR  72223
(501) 588-4245



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(In Re Online DVD Rental Antitrust Litigation)

Plaintiff(s),

v.

Defendant(s).

CASE NO. 4:09-md-2029 PJH

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Daniel Greenberg, an active member in good standing of the bar of the Supreme Court of the State of Arkansas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Theodore H. Frank in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Timothy Cleary, 2805 Porter Street, Soquel, CA  95073
(831) 464-0742

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2012

*/s/ Daniel Greenberg*