

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 30, 2012

| | |
|---|---|
| No.: | 12-15705 |
| D.C. No.: | 4:09-md-02029-PJH |
| Short Title: | Theodore H. Frank, et al v. Netflix, Inc., et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of
the United States Court of Appeals for the Ninth Circuit. The U.S. Court of
Appeals docket number shown above has been assigned to this case. You must
indicate this Court of Appeals docket number whenever you communicate with
this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an
order, or have placed an order, for portions of the trial transcripts. The court
reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal
have been set by the enclosed "Time Schedule Order," pursuant to applicable
FRAP rules. These dates can be extended only by court order. Failure of the
appellant to comply with the time schedule order will result in automatic
dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying
information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

In re: ONLINE DVD RENTAL
ANTITRUST LITIGATION,

---

ANDREA RESNICK; BRYAN
EASTMAN; AMY LATHAM;
MELANIE MISCIOSCIA; STAN
MAGEE; MICHAEL OROZCO; LISA
SIVEK; MICHAEL WIENER,

          Plaintiffs - Appellees,

  v.

THEODORE H. FRANK,

          Objector - Appellant,

  v.

NETFLIX, INC.; WAL-MART
STORES, INC.; WALMART.COM USA
LLC,

          Defendants - Appellees.

No. 12-15705

D.C. No. 4:09-md-02029-PJH
U.S. District Court for Northern
California, Oakland

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., April 30, 2012** | Transcript shall be ordered. |
| **Tue., May 29, 2012** | Transcript shall be filed by court reporter. |
| **Mon., July 9, 2012** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., August 8, 2012** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk