UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 23 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: ONLINE DVD RENTAL    )
ANTITRUST LITIGATION     )     MDL No. 2029
                              )

## NOTICE OF APPEAL

Notice is hereby given that Edmund F. Bandas, Objector in the above named case,

hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order

and Final Judgment Approving Settlement Between Settlement Class Plaintiffs and Wal-

Mart Stores, Inc. and Walmmart.com USA LLC (Doc. # 609) and an Order Awarding

Class Counsel Attorneys' Fees, Reimbursement of Expenses and Payments to Class

Representatives (Doc. # 607) and Order Determining Good Faith Settlement (Doc. #

608). These orders are attached to this Notice of Appeal.

Date: April 20, 2012

Edmund F. Bandas
200 Lake Road, #1008
Belton, Texas 76513
T: (210) 632-2800


cc:    Robert G. Abrams
       Gregory L. Baker
       Baker & Hostetler LLP
       Washington Square, Ste. 1100
       1020 Connecticut Avenue, NW
       Washington, DC 20036-5304

       Lawrence DiNardo
       Paula W. Render
       Jones Day
       77 West Wacker Drive
       Chicago, IL 60601

Jonathan M Jacobson
David H. Reichenberg
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

10

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH** |
| | **MDL No. 2029** |
| | **Hon. Phyllis J. Hamilton** |
| **This document relates to all actions except:** | **[PROPOSED] ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENTS TO CLASS REPRESENTATIVES** |
| *Pierson v. Walmart.com USA LLC et al.,* M:09-CV-2163-PJH | |
| *Levy, et al. v. Walmart.com USA LLC, et al.,* M:09-CV-2296-PJH | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered the Plaintiffs' Motion for Award of Attorneys' Fees,

2    Reimbursement of Expenses, and Payments to Class Representatives, and the memorandum and

3    declarations in support thereof, and after hearing, hereby finds that:

4        1.    The Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and

5    Payments to Class Representatives, requests an award of attorneys' fees in the amount of

6    $6,812,500 (25% of the recovery from Wal-Mart), which is comprised of the Settling

7    Defendants' settlement payment together with a proportional share of interest earned thereon.

8    Further, Plaintiff's counsel ("Class Counsel") request partial reimbursement of out-of-pocket

9    litigation costs and expenses in the amount of $1,700,000. Lastly, Plaintiffs request incentive

10   awards for the nine (9) class representatives in the amount of $5,000 each, or $45,000 total.

11       2.    The Court finds that the amount of fees requested is fair and reasonable under the

12   "percentage-of-recovery" method.

13       3.    The attorneys' fees requested were entirely contingent upon success. Class

14   Counsel risked time and effort and advanced costs and expenses that greatly exceed the request,

15   with no ultimate guarantee of compensation.

16       5.    Upon consideration of the Motion and accompanying Declarations and based

17   upon all matters of record including the pleadings and papers filed in this action, the Court

18   hereby finds that the fee requested is reasonable and proper, that the costs and expenses incurred

19   by Class Counsel were necessary, reasonable and proper, and that incentive awards are

20   appropriate given the time and effort expended by the class representatives in the prosecution of

21   this case.

22       Accordingly, it is hereby ORDERED and DECREED that:

23       A.    Class Counsel are awarded attorneys' fees of $6,812,500 (approximately 25

24   percent of the recovery from Wal-Mart), together with a proportional share of interest earned on

25   the Settlement Fund for the same time period and at the same rate as that earned on the

26   Settlement Fund until dispersed to Class Counsel.

27

28

1       B.     Class Counsel are awarded partial reimbursement of their litigation costs and

2  expenses in the amount of $1,700,000.

3       C.     The class representatives – Bryan Eastman, Amy Latham, Melanie Salvi, Stan

4  Magee, Michael Orozco, Andrea Resnick, Liza Sivek, Michael Weiner, and Scott Caldwell –

5  shall each receive an incentive award in the amount of $5,000 ($45,000 in total).

6       D.     The attorneys' fees awarded, reimbursement of litigation costs and expenses, and

7  incentive awards shall be paid from the Settlement Fund and the interest earned thereon.

8       E.     The fees and expenses shall be allocated among Class Counsel by Lead Counsel

9  in a manner which, in Lead Counsels' good-faith judgment, reflects each firm's contribution to

10  the institution, prosecution and resolution of the litigation.

11       F.     This order shall be entered as of this date pursuant to Rule 54(b) of the Federal

12  Rules of Civil Procedure, the Court finding that there is no just reason for delay.

13       IT IS SO ORDERED

14       Dated: March 29, 2012

15

16       Phyllis J. Hamilton

17       United States District Judge



18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. 4:09-md-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| This document relates to:<br><br>ALL ACTIONS | **ORDER DETERMINING GOOD FAITH SETTLEMENT**<br><br>[California Code of Civil Procedure § 877.6(a)(2)] |

1    The application of the Class Representatives and defendants Wal-Mart Stores, Inc. and

2    Walmart.com USA LLC for an order determining good faith settlement having been presented to

3    this Court; and

4    It appearing to the satisfaction of the Court that the application is duly made pursuant to

5    California Code of Civil Procedure section 877.6(a)(2); that copies of such application, together

6    with a notice of settlement and a copy of this Order, were filed with the Court and served by

7    certified mail, return receipt requested, on defendant Netflix, Inc. and all parties to this Litigation

8    on __March 19__ , 2012 ~~2011~~; and good cause appearing therefor;

9    **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

10   1.    The terms used in this Order shall have the same meanings as defined in the

11         Settlement Agreement between the Class Representatives and defendants Wal-Mart

12         Stores, Inc. and Walmart.com USA LLC, dated as of July 1, 2011;

13   2.    The Agreement was made and entered into in good faith within the meaning of

14         California Code of Civil Procedure section 877.6; and

15   3.    Any and all claims that defendant Netflix, Inc., or any other person or entity with

16         notice of the foregoing application for an order determining good faith settlement,

17         now or may hereafter have against defendants Wal-Mart Stores, Inc. or

18         Walmart.com USA LLC for equitable comparative contribution or partial or

19         comparative equitable indemnity based on or arising out of any claims that have

20         been or could be asserted in the Litigation or the California State Actions or on any

21         other basis arising out of the settlement set forth in the Agreement are hereby

22         absolutely and forever extinguished and barred pursuant to California Code of Civil

23         Procedure section 877.6(c).

24

25   Dated: __March 29, 2012__ ~~2011~~

26   _____
     Phyllis J. Hamilton
     UNITED STATES DISTRICT JUDGE

27

28

1

## CERTIFICATE OF SERVICE

2

This is to certify that a true and correct copy of the foregoing instrument has been served

3

on all counsel of record who are registered for filing on the electronic case filing system, this _____

4

day of _____ 2011, constituting service pursuant to General Order 45 of the Court.

5

6

7                                          _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1
2
3
4
5                  UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. 4:09-md-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **ORDER DETERMINING GOOD FAITH SETTLEMENT**<br><br>[California Code of Civil Procedure § 877.6(a)(2)] |

16
17
18
19
20
21
22
23
24
25
26
27
28

1    The application of the Class Representatives and defendants Wal-Mart Stores, Inc. and

2    Walmart.com USA LLC for an order determining good faith settlement having been presented to

3    this Court; and

4    It appearing to the satisfaction of the Court that the application is duly made pursuant to

5    California Code of Civil Procedure section 877.6(a)(2); that copies of such application, together

6    with a notice of settlement and a copy of this Order, were filed with the Court and served by

7    certified mail, return receipt requested, on defendant Netflix, Inc. and all parties to this Litigation

8    on __March 19__ , ~~2011~~ 2012; and good cause appearing therefor;

9    **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

10   1.    The terms used in this Order shall have the same meanings as defined in the

11         Settlement Agreement between the Class Representatives and defendants Wal-Mart

12         Stores, Inc. and Walmart.com USA LLC, dated as of July 1, 2011;

13   2.    The Agreement was made and entered into in good faith within the meaning of

14         California Code of Civil Procedure section 877.6; and

15   3.    Any and all claims that defendant Netflix, Inc., or any other person or entity with

16         notice of the foregoing application for an order determining good faith settlement,

17         now or may hereafter have against defendants Wal-Mart Stores, Inc. or

18         Walmart.com USA LLC for equitable comparative contribution or partial or

19         comparative equitable indemnity based on or arising out of any claims that have

20         been or could be asserted in the Litigation or the California State Actions or on any

21         other basis arising out of the settlement set forth in the Agreement are hereby

22         absolutely and forever extinguished and barred pursuant to California Code of Civil

23         Procedure section 877.6(c).

24

25   Dated: __March 29, 2012~~2011~~__

26                                                    
     Ph_____

     UNITED STATES DISTRICT JUDGE

27

28

1

## CERTIFICATE OF SERVICE

2
3
4
5

   This is to certify that a true and correct copy of the foregoing instrument has been served on all counsel of record who are registered for filing on the electronic case filing system, this _____ day of _____ 2011, constituting service pursuant to General Order 45 of the Court.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH** <br><br> **MDL No. 2029** <br><br> **Hon. Phyllis J. Hamilton** |
| **This document relates to the following actions:** <br><br> *Resnick et al v. Walmart.com USA LLC,* <br>    4:09-cv-00002-PJH <br> *Lynch et al v. Walmart.com USA LLC,* <br>    4:09-cv-00138-PJH <br> *Sivek v. Walmart.com USA LLC,* <br>    4:09-cv-00156-PJH <br> *Orozco v. Netflix, Inc.,* 4:09-cv-00297-PJH <br> *Miscioscia v. Netflix, Inc.,* 4:09-cv-00377-PJH <br> *Weiner v. Walmart.com USA LLC,* <br>    4:09-cv-00398-PJH <br> *Magee v. Netflix Inc.,* 4:09-cv-01793-PJH <br> *Caldwell v. Netflix, Inc.,* 4:11-cv-01928-PJH <br> *Barnett v. Netflix, Inc.,* 4:11-cv-04328-PJH | [~~PROPOSED~~] **ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT BETWEEN SETTLEMENT CLASS PLAINTIFFS AND WAL-MART STORES, INC. AND WALMART.COM USA LLC** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

[PROPOSED] ORDER AND FINAL JUDGMENT; Master File No. 4:09-md-2029 PJH

1    This matter came before the Honorable Phyllis J. Hamilton on Plaintiffs' Motion for Final

2  Approval of Settlement ("Final Approval Motion").

3    WHEREAS, a consolidated class litigation is pending before the Court entitled *In re: Online*

4  *DVD Rental Antitrust Litigation,* Master File No. 4:09-md-2029 PJH, MDL No. 2029 (United States

5  District Court for the Northern District of California);

6    WHEREAS, the Court has received and reviewed the Settlement Agreement entered into

7  between the Named Plaintiffs, the Settlement Class Representatives, and the Settlement Class

8  Members on the one hand, and Defendants Wal-Mart Stores, Inc. and Walmart.com, USA LLC

9  (collectively, "Wal-Mart") on the other hand, dated July 1, 2011 (the "Agreement"), and has

10  considered the terms of the proposed settlement set forth therein (the "Settlement");

11    WHEREAS, all terms used herein shall have the same meanings as set forth in the Agreement,

12  unless otherwise defined herein;

13    WHEREAS, on September 2, 2011, the Court entered its order preliminarily approving the

14  Settlement of this class action as between the Named Plaintiffs, the Settlement Class Representatives

15  and the Settlement Class Members, on the one hand, and Wal-Mart, on the other hand, and setting a

16  date and time for a fairness hearing to consider whether the Settlement should be finally approved by

17  the Court pursuant to Rule 23(d) of the Federal Rules of Civil Procedure as fair, adequate, and

18  reasonable (the "Preliminary Approval Order");

19    WHEREAS, the Court later directed that all Settlement Class Members be given notice of the

20  Settlement, and approved the form and method of notice, and of the date for the final fairness hearing;

21    WHEREAS, the Court has received declarations of Tore Hodne, Shannon Wheatman, Ph.D.,

22  and Steve McLendon attesting to the e-mailing and publication of the Notice in substantial accordance

23  with the Preliminary Approval Order;

24    WHEREAS, the Court entered a Conditional Class Certification Order on September 2, 2011,

25  which reflects the claims certified for Settlement purposes and the scope of the Settlement Class;

26    WHEREAS, the Court having considered all timely filed objections to the Settlement; and

27    WHEREAS, the Court having conducted a final fairness hearing on March 14, 2012 (the

28

-1-

1   "Settlement Approval Hearing"), and having considered the arguments presented, all papers filed, and

2   all proceedings had therein;

3   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

4         1.     The Court has jurisdiction over the subject matter of this action, all Settlement Class

5   Members, and all Defendants.

6         2.     In accordance with Rule 23(d) of the Federal Rules of Civil Procedure and the

7   requirements of due process, all members of the Settlement Class have been given proper and adequate

8   notice of the Settlement. Based upon the evidence submitted by the parties to the Agreement, the

9   Agreement, the arguments of counsel, and all the files, records, and proceedings in this case, the Court

10   finds that the Notice and notice methodology implemented pursuant to the Agreement and the Court's

11   Preliminary Approval Order (a) constituted the best practicable notice under the circumstances; (b)

12   constituted notice that was reasonably calculated, under the circumstances, to apprise members of the

13   Settlement Class of the pendency of the litigation, their right to object to the Settlement, and their right

14   to appear at the Settlement Approval Hearing; (c) were reasonable and constituted due, adequate, and

15   sufficient notice to all persons entitled to notice; and (d) met all applicable requirements of the Federal

16   Rules of Civil Procedure, and any other applicable law.

17         3.     The Agreement in this action warrants final approval pursuant to Rule 23(e) of the

18   Federal Rules of Civil Procedure because it is fair, adequate, and reasonable to those it affects; it

19   resulted from vigorously contested litigation, discovery and motion practice and extensive good-faith

20   arm's length negotiations between the parties; and it is in the public interest. In making this

21   determination, the Court has considered and balanced several factors, including the following factors

22   identified by the Ninth Circuit Court of Appeals:

23             (a) the strength of the plaintiffs' case;

24             (b) the risk, expense, complexity, and likely duration of further litigation;

25             (c) the risk of not attaining certification of a litigation class, as well as the risk of

26             maintaining class action status throughout the course of the litigation;

27             (d) the amount offered in settlement;

28             (e) the extent of discovery completed, and the stage of the proceedings;

1     (f) the experience and views of counsel; and

2     (g) the reaction of the class members to the proposed settlement.

3 *See Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993). Settlements that follow

4 sufficient discovery and genuine arms-length negotiation are presumed fair. *Hanlon v. Chrysler Corp.*,

5 150 F.3d 1011, 1026 (9th Cir. 1998).

6    4.  The Final Approval Motion is hereby GRANTED, and the Agreement is hereby

7 APPROVED as fair, reasonable, adequate, and in the public interest, and the terms of the Agreement

8 are hereby determined to be fair, reasonable, adequate, and for the exclusive benefit of the Settlement

9 Class Members. The Parties to the Agreement are directed to consummate the Agreement in

10 accordance with its terms.

11    5.  The Court FINDS that the following Settlement Class, conditionally certified on

12 September 2, 2011, meets the requirements of Fed. R. Civ. P. 23(a) and 23(b)(3) and such certification

13 is hereby made final:

14     Any person or entity residing in the United States or Puerto Rico that paid

15     a subscription fee to rent DVDs online from Netflix on or after May 19, 2005, up to and including September 2, 2011.

16    6.  The Court APPROVES payment of the Class Settlement Amount in accordance with

17 the terms of the Agreement.

18    7.  The Court APPROVES payment of Class Representative Incentive Payments to Bryan

19 Eastman, Amy Latham, Melanie Misciosia Salvi, Stan Magee, Michael Orozco, Andrea Resnick, Lisa

20 Sivek, Michael Weiner, and Scott Caldwell in the amount of $5,000.00 each.

21    8.  The Court APPROVES payment of Attorneys' Fees of $ 6,812,500.00 and Costs to

22 Class Counsel in the amount of $ 1,700,000.00 in accordance with the terms of the Agreement.

23    9.  The allocation plan is hereby APPROVED as fair, adequate, and reasonable. The Class

24 Settlement Amount shall be distributed in accordance with the terms of the Agreement. Monies

25 transferred to the QSF for purposes of paying the Attorneys' Fees and Costs awarded in Paragraph 7,

26 shall be distributed to Class Counsel. Once Wal-Mart pays such monies into the QSF, Wal-Mart shall

27

28

1    have no further liability as to the allocation of such funds. The Court further finds that no attorneys

2    have asserted any attorney liens as to the attorneys' fees and costs awarded by the Court.

3        10.    The Litigation as between the Named Plaintiffs, the Settlement Class Representatives,

4    and the Settlement Class Members on the one hand, and Wal-Mart on the other hand, is DISMISSED

5    WITH PREJUDICE and without costs to any Party, other than as specified in the Agreement and this

6    Order.

7        11.    In consideration of the Class Settlement Amount, and for other good and valuable

8    consideration, each of the Releasing Settlement Class Members shall, by operation of this Judgment,

9    have fully, finally, and forever released, relinquished, and discharged all Settlement Class Member

10   Released Claims against Wal-Mart in accordance with Section 15.1 of the Agreement, the terms of

11   which section are incorporated herein by reference; shall have covenanted not to sue Wal-Mart with

12   respect to all such Settlement Class Member Released Claims; and shall be permanently barred and

13   enjoined from instituting, commencing, prosecuting, or asserting any such Settlement Class Member

14   Released Claim against Wal-Mart.

15       12.    For good and valuable consideration, Wal-Mart shall, by operation of this Judgment,

16   have fully, finally, and forever released, relinquished, and discharged all Wal-Mart Released Claims

17   against the Releasing Class Members in accordance with Section 15.2 of the Settlement Agreement,

18   the terms of which section are incorporated herein by reference; shall have covenanted not to sue

19   Releasing Class Members with respect to all such Wal-Mart Released Claims; and shall be

20   permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any such

21   Wal-Mart Released Claims against Releasing Class Members.

22       13.    This Judgment is the Final Judgment in the suit as to all Settlement Class Member

23   Released Claims.

24       14.    Those persons or entities eligible for membership in the Settlement Class who timely

25   submitted valid requests for exclusion are not bound by this Judgment, and are not entitled to any

26   recovery from the settlement proceeds obtained through the Settlement.  Those persons or entities are

27   listed in Exhibit A to this Order.

28

1    15.    Without affecting the finality of this Judgment in any way, this Court retains

2  jurisdiction over (a) implementation of the Settlement and the terms of the Agreement; (b) distribution

3  of the Class Settlement Amount, the Class Representative Incentive Payments, the Attorneys' Fees and

4  Costs Amount; and (c) all other proceedings related to the implementation, interpretation,

5  administration, consummation, and enforcement of the terms of the Agreement and the Settlement, and

6  the administration of Claims submitted by Settlement Class Members. The time to appeal from this

7  Judgment shall commence upon its entry.

8    16.    In the event that the Settlement Effective Date does not occur, this Judgment shall be

9  rendered null and void and shall be vacated, nunc pro tunc, except insofar as expressly provided to the

10  contrary in the Agreement, and without prejudice to the status quo ante rights of Plaintiffs, Settlement

11  Class Members, and Wal-Mart.

12    17.    This Court finds that there is no just reason for delay and expressly directs Judgment

13  and immediate entry by the Clerk of the Court.

14  **IT IS SO ORDERED.**

15  Dated:  3/29/12

16

17                                              Honorable _____ Hamilton

18                                              United States District Court Judge

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Class Members Requesting Exclusion

AARON TALLMAN

ABBY DOHNER

ADAM KETCHER

ADRIAN FRANKS

ADRIAN HERBEK

AIMEE CALDWELL

AIMEE LEOPOLD

AJITHA DE SILVA

ALAN HORTON

ALBERT FEINSTEIN

ALEJANDRA ORTEGA

ALESSANDRA BUSCHMAN

ALEXANDER UTTER

ALICE SCHWEGMAN

ALLEGRA HARRINGTON

ALLISON FELL

ALYONE RILEY

AMANDA AND MICHAEL BASS

AMANDA BERG NORTON

AMY KIRK

AMY SAMUEL

ANDERS GILCHRIST

ANDREA DOERING

ANDREA FROME

ANDREW CORRIGAN

ANDREW KOCH

ANGEL MUNGUIA

ANGELA BECK

ANGELA FOPPIANO

ANITA FRAZIER

ANITA GIBSON

ANN and WICK GUBLER

ANN ELWELL

ANNA DE VERA

ANNA GEHRIGER

ANNA MARIE MOLLOY

ANNE BUTZEN

ANNE LEGARE

ANNE M DELVILLANO

ANNIE GREEN

ANTHONY CASOLA

ANTONELLA ABRUDI

ANTONETTE CICCARELLI

ANUJ PARIKH

ARIADNE MONTARE

AUDRA JONES

AVERY LAWRENCE

AVIS BRICE

B.D. GRIBBEN

BARBARA A BRADLEY

BARBARA BULLOCK

BARBARA J RANANDO

BARBARA J SPECK

BARBARA M TOBIN

BARTON MARKS

BARTON QUILLEN

BENJAMIN CAUDILL

BENJAMIN ELMORE

BENJAMIN LOWRY

BERNARD J PUROL

BERNARD MEIN

BERNICE BOLEK

BETH BOWER

BETH SCHWARTZ

BETHANY KULP

BETHANY WATTS

BETTY L SLIDER

BHARAT BHATIA

BILL COOPER

BILL DAVIS

BILL HALTON

BILL STURBAUM

BOB and STEPHANIE BAKER

BOB BONSKOWSKI

BOB GREEN

Exhibit B

Class Members Requesting Exclusion

BOBBIE MISHLER

BOBBY POWELL

BONITA COFFIN

BONITA TORPE

BRADLEY BROCK

BRETA ALTER

BRIAN SCOTT

BRIDGET DALY

BRIDGET GERLACKI

BRIDGETTE BROWN

BRYCE R LENSING

C FARRINGTON

C NICHOLAS AND JEAN M FERLAZZO

CALLEY SCOTT

CALLIE C HAWKINS

CAMERON MCGOWAN CURRIE

CARA STUKES

CAREN WITMER

CARLA J PATAT

CARLO MONTICELLI

CAROL C WESLEY

CAROL LETSON

CAROL WOODS

CARROLL LISLE

CATHERINE CAUDLE

CATHERINE HOWELL

CATHERINE SULLIVAN

CATHIE RUTKIN

CECIL DAVIS

CECILIA JOHNSON

CHARLES CASTLE

CHARLES DEBOW

CHARLES DUKE

CHARLES REINHEIMER

CHARLES SAYLOR

CHARLES VENEZIA

CHARLOTTE PAULY

CHEVONNE MALONE

CHOL SONG

CHRIS BIHLER

CHRISTA L GRENIER

CHRISTE MCMENOMY

CHRISTINA BOAVAIRD

CHRISTINE LINDEWALD

CHRISTINE MADONNA

CHRISTINE RENAUDIN

CHRISTINE RYALS

CHRISTINE SOLTIS

CHRISTOPHER ALAN PENNY

CHRISTOPHER DISBROW

CHUCK BRANDON

CINDRA OTTO

CINDY JENNINGS

CINDY PASKE

CINDY SMITH

CLAIRE NUSSBAUM

CLARA YOS

CLASINA VAN VELZEN-STUP

CLAUDIO ALVES DE LIMA

CONSTANCE KILGORE

CONSTANCE PARSONS

CORBIN NAEKEL

CRAIG HARPER

CRUZ M GOBEA

CRYSTAL WILKIE

CURTIS HALL

CYNTHIA COATS

DANETTE MORRIS

DANIEL BODDICKER

DANIEL BRAZ

DANIEL KENYON

DANIEL MANNING

DANIELLE RORICK

DARIUSZ JURA

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| DARLENE GARBE | DIEM NGUYEN | ELAINE WEMPEN |
| DARREN SIMPSON | DIONESIA DIMITRIOU | ELEANOR CHIN |
| DAVID C DELMER | DOLORES PEPE | ELENA DAVIS |
| DAVID SIMPSON | DON AND KAREN NICHOLS | ELIDA D WILSON |
| DAVID SPURGEON | DONALD L HIBSCHWEILER | ELIZABETH DAVIS |
| DAVID THOMPSON | DONNA and LAWRENCE LEGGETT | ELIZABETH HANSEN |
| DAVID VILGOS | | ELIZABETH MACKENZIE |
| DAVID WAKEFIELD | DONNA CANJA | ELIZABETH S WEBBINK |
| DAVID WEST | DONNA DYER | ELIZABETH VERMILLION |
| DAWN MARSHALL | DONNA FERGUSON | ELIZABETH ZANCA |
| DAYNA STUECK | DONNA LO SCHIAVO | EMILY LANGE |
| DEBBIE EASLEY | DONNA MENDONCA | ERIC M ARMSTRONG |
| DEBBIE HASKELL | DONNA SCHWERIN | ERIC SHOREY |
| DEBBIE SPINKS | DORE KESTERSON | ERIN BOOTLE |
| DEBBIE TERRY | DOREEN GALLAGHER | ERIN JAEGER |
| DEBORAH ZACHA | DORI E KRUGER | ERIN SUTYLA |
| DEE DEE BABICH | DORIS VIRDEN | EUGENE P SCHWENK |
| DELORES POWERS | DOUGLAS FLORES | EUNICE CHUNG |
| DENISE MIRA | DR ALAN O PERANTONI | FERN GARDNER |
| DENISE MUNOZ | DT SHANTHA | FLAVIL GEORGE |
| DENNIS BEAUJEAN | E.J. HEALEY JR | FORRES MEADOWS |
| DENNIS E HAMILTON | EDWARD AND SHARON SHEPPARD | FRAN GIGLER |
| DIANE GRADY | EILEEN ERVING | FRAN HAWKINS |
| DIANE GRANBERY | EILEEN WALTON | FREDERICK MACASKILL |
| DIANNA LITTLE | ELAINE M MOORE | GAIL WEGNER |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| GARLAND DAVIS | GUILERMO A SANCHEZ | JAMES REAGAN |
| GARY BLOMQUIST | GUILLERMO SANCHEZ | JAMES THOMPSON |
| GARY BUDDELL | HALEE MANNING | JAN MAIER |
| GARY NARHRWOLD | HALEY KINDREX | JANE JOHNSON |
| GAY HOLMES | HAROLD HOROWITZ | JANE PITTMAN-HAWKINS |
| GENA HYMOWECH | HEATHER KING | JANE W ARRINGTON |
| GENE ARNOLD | HEIDI BROWARD | JANET DENISI |
| GENE V ELLIS | HELEN ALEXANDER | JANET GAINES |
| GENIEVE MAESTAS | HELEN DEWEY | JANET MARTIN |
| GEORGE CANNING | HENRY BOESCH | JANICE RATHGEB |
| GEORGEL L GRIGGS | HENRY C KLAPUT | JASON CURTIS |
| GERALD GALLIMORE | HILARY NEGELE | JASON PERKINS |
| GINA C ESCARPANTER | HILLARY and EDWARD PROKOP | JASON TOMFORDE |
| GISELLE GLEASON | | JAY LINDSAY |
| GITI UNDERHILL | HUGH KEITH-JOHNSTON | JAY NOLTE |
| GIULIO BRUNI | IRENE ROUTSON | JAY WILLIAM MCDANIEL |
| GLORIA BUCHANAN | IRWIN STOLOWITZ | JAYCEN WOODS |
| GLORIA SCHWEITZ | JACK AND CORINNE MCCLARAN | JEAN KESSLING |
| GORDON SPENCER | JACOB TIMM | JEAN M LANGLEY |
| GREG AND KAREN CHALMERS | JACQUELINE KURAJ | JEANNA WILLIAMS |
| | JAIME SEGURA | JEANNE M VAN EEPOEL |
| GREG HALL | JAMES AND BARBARA LEWIS | JEFF AND PAMELA NORTHRUP |
| GREGORY AND MICHEL JACKSON | JAMES DOHERTY | JEFF BOHN |
| GREGORY BELILES | JAMES F KAMPHAUS | JEFF SUTHERLAND |
| GREGORY MCDANIEL | JAMES P CUTONE | JEFFREY MORIN |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| JEFFREY WHITE | JOEL AND MELINDA OESTER | JOSEPH J COMINCIOLI |
| JENA MORKEN | JOEL MILLER | JOSEPH M PROCACCINI |
| JENNIFER CHASE | JOHANNA FENICLE | JOSEPH YORK |
| JENNIFER MCCLARREN | JOHN AND EVELYN LA FOND | JOSH TAPANI |
| JENNIFER MURRAY | JOHN and GAYLEE FIEL | JOSH WHITTENBERG |
| JENNIFER RUNION | JOHN BOLAN | JOSHUA MARZAN |
| JENNIFER SWISHER | JOHN CHENEVEY | JOSHUA MISHLER |
| JENNIFER VANDERSCHANS | JOHN DARDEN | JOY COFFEY |
| JEREMIAH COLEMAN | JOHN GORMAN | JOYCELYN LANGEVIN |
| JERI MARKHAM | JOHN K EGGENBERGER | JUANITA WASSMANN |
| JERRI RUDNICK | JOHN MARQUIS | JUDITH PERLOW |
| JESSICA DENEEN ONORATO | JOHN MIXON | JUDY CABLE ANDERSON |
| JESSICA ELWELL | JOHN PURTYMUN | JUDY PANCAKE |
| JESSICA MARTINEZ | JOHN R GUARINO | JUDY VAN BLARCOM |
| JESSICA MELORO | JOHN R SUBERT | JULIA ANDERSON |
| JIM ROHR | JOHN RAGLAND | JULIA E LITTLE |
| JOAN A WALKER | JOHN SAMSON | JULIA HARRISON |
| JOANN and MICHAEL PETOSA | JOHN W MORGAN | JULIE EAKLOR |
| | JOHN WISSENBACH | JULIE GILL |
| JOANN ROBISON | JON HAGAR | JULIE RITCHISON |
| JOANNE B GLOTZBACH | JONATHAN REAGAN | JULIE TRIPP |
| JOANNE CRAIG | JORGE MENDOZA | JULIO TEJADA |
| JODI AND DENNIS WILLIAMS | JOSEPH CARRERA | JULLIENNE FERRER |
| JODIE SCREES | JOSEPH E HASTINGS | JUSTIN AND DANA BURIE |
| JOE AND LORIE PEADEN | JOSEPH GREENWOOD | JUSTINE YALEY |
| JOE WOLFORD | | |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| KAREN BELSKY | KEVIN RYAN | LEAH CHRUANA |
| KAREN BERG | KEVIN WONG | LEE BAKER |
| KAREN MORGANTE | KIM SABELLA | LEE DUNCAN |
| KARI HYMAS | KIM SCHWADERER | LEE JOHNSON |
| KASEY HARGAN | KIM WEST | LEN AND CONI BILLINGS |
| KATE WALSH | KIMBERLEY SCHONECK | LENOR EICHER |
| KATHERINE LYNN | KIMBERLY OMELSON | LENORA MITCHELL |
| KATHLEEN BRANDON | KIMBERLY SCHEPER | LESELYN GREENWALD |
| KATHLEEN N SKEERS | KJELL GUNDERSEN | LESLIE ROSE |
| KATHLEEN SIESS | KRISTA B POPE | LESTER SLIFKIN |
| KATHRYN MARTIN | KRISTI JONES | LINDA BUELL |
| KATHY JO HAWKINS | KRISTIN BROOKE BENTON | LINDA CLARK |
| KATIE SMITH | KRISTIN HERSHEY | LINDA FERGUSON-DAVIE |
| KAY DOSTAL | KRISTINA COOPER | LINDA KEIM |
| KEITH AND KARLA ROUNSAVILLE | KURT SERMAS | LINDA KELLEY |
| | LACHELLE M CURTIS | LINDA MCDONNELL |
| KEITH B BURRISS | LARRY JAQUES | LINDSEY GOODMAN |
| KEITH CHAMBERS | LATHER W POWELL SR | LISA MEYER |
| KELLIE L ALTMAN | LAURA BROOKS | LOULAN PITRE JR |
| KELLY KOENIGS | LAURA STOTT | LUCILA NIGRO-WING |
| KENNETH BASSETT | LAUREN OWSLEY | LUCILLE GROSSI |
| KENNETH HUFF | LAUREN SCOTT | LYNAE ENGLAND |
| KENNETH LINEMAN | LAUREN SHUTE | LYNN ESTER |
| KENT VAN EVERY | LAURIE GETER | LYNN KLINE |
| KERMON CARTER | LAVINA JOHNSON | LYNNE BROUGHER |
| KEVIN PODKOWKA | | |

Class Members Requesting Exclusion

MACKENZIE ROCHA

MADELYNE BARNETT

MAGDA COLBERG

MALKE ROTH

MALLORY BOEYINK

MANDY CUNNINGHAM

MANUEL SERRATOS

MARGARET HARDY-MITCHELL

MARGARET HOERST

MARGARET ROBERTS

MARGE STANDING

MARIAM SHAMI

MARIAN WILKES

MARIANNE WEIDLEIN

MARIE SAMUEL

MARILYN A ZANDER

MARION BOLIN

MARISA MADRID

MARISSA and ROBERT RADOVAN

MARK BURKE

MARK D HENDERSON

MARK H GERTH

MARK SQUIRES

MARLENE GRIFFIN

MARLENE HALACKA

MARLENE HARESIGN

MARNEY LIEBERMAN

MARVITA GRIMES

MARY AND ROBERT HEISSERMAN

MARY ANGIN

MARY ANN METCALF

MARY AYERS

MARY DRAEGER

MARY ELKINS

MARY GILLETTE

MARY KAY JOENS

MARY S ASHMAN

MARY STYFFE

MARY TIPTON

MARY YOUNG

MATT BROWN

MATT SNYDER

MATTHEW NICKEL

MATTIE DAVIS

MAUREEN BROOK

MEGAN HOCHSTEDLER

MELISSA J COOK

MELISSA MURZ

MELISSA TODD

MELODY and JAMES GREGG PARSONS

MELONY KAWAMURA

MERCEDES RUIZ

MEREDITH STROBLE

MICAHEL BARRESE

MICHAEL AND MANDY MELICK

MICHAEL FINK

MICHAEL GARRISON

MICHAEL J BROCK

MICHAEL LIM

MICHAEL LINEBACH

MICHAEL SMUDA

MICHELE AND JAMIE PREDER

MICHELE JUDGE

MICHELLE ANN HOSTMEYER

MICHELLE BOOTH

MILLICENT RUMMEL

MIRIAM MEYERS

MITRA RAHNEMA

MONICA R GREY

MONICA WERNER

MORGAN GOKEY

MUNIR KADERBHAI

MYRNA J STANER

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| MYRTLE KILION | NORMA LEBARON | PETER TRINKLE |
| NANCY B STEWART | NOZAR MOZAKA | PETER ZUG |
| NANCY CHRISTIE | PALLAVI BANDODKAR | PHIL PETERSON |
| NANCY CLARK | PAM AND BILL BUCKLEY | PHILIP NELSON |
| NANCY DZUROSKA | PAMELA KESTER | PHYLLIS SYLVESTER |
| NANCY E ANKLAM | PAT ALLEN | PILAR ORLANDI |
| NANCY E MILLER | PAT HEUER | RALPH L HERGENRADER |
| NANCY HOLT | PAT WALLACE | RAMONA M SOULE |
| NANCY LAWRENCE | PATRICE MALLERY | RAULIE W CASTEEL |
| NANCY MONTANA | PATRICIA A WALLACE | RAY and GRACE STANCZAK |
| NANCY S BARBER | PATRICIA ALLEN | RAYMOND and MARJORIE SULLIVAN |
| NANCY ST GERMAIN | PATRICIA COTTER | |
| NATALIA TAN | PATRICIA H TODD | REBECCA BENAROYA |
| NATHAN KENNEDY | PATRICIA KELLY | REBECCA MEIERS |
| NATHAN SCHULTZ | PATRICIA MEEKS | REGINA SEUS |
| NATHANIEL PAINE | PATRICIA SWINTON | REGINE BAUS |
| NELIDA RIVAS | PAUL AND ARLYS SLAUGHTER | RESIDENT |
| NELSON DEGRACIA | | RICHARD DARLING |
| NIALL DURHAM | PAUL AND NOREEN BETTEN | RICHARD E TYNER |
| NICHOLAS BARNARD | PAUL CROSSMAN | RICHARD GOSS |
| NICK SWATEK | PAUL E BARKER | RICHARD PRICE |
| NICKIE COOK | PAUL R PARK | RICHARD R DENSON |
| NIMA BAGHAEI | PAUL REECE | ROB COATSWORTH |
| NON FINKELSTEIN | PAULA A BUREAN | ROBERT AND MARIANNE GREEN |
| NOREENE LINTON | PAULA STOKES | |
| | PEGGY THOMPSON | ROBERT AND SUSAN GLEICH |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| ROBERT E WHITMORE | RYAN DIONNE | SHELLY MARTIN |
| ROBERT KELLY | SACHIKO HIRAI | SHIRLEY COOK |
| ROBERT NOTSON | SAHRON ELLESTAD | SHIRLEY KOZENIESLAY |
| ROBERT RUTZEL | SALLY LEPPALA | SIMEON D MISHEV |
| ROBERT WICK | SAM EDWARDS | SIMONE LEE |
| ROBERT WILLIAMS | SAMUEL SPENCER | SKIP IREDALE |
| ROBERTA RICHARDS | SANDRA SCHOTT | STACI CULOTTA |
| ROBIN GOHLKE | SARA MAY | STANLEY G WILLIAMS |
| ROBIN IRWIN | SARAH REILLY | STEFANIE SHATRICH |
| ROBIN LEWIS | SARAH SCHUETZ | STEPHANIE NGUYEN |
| ROD RIGOS and BARBARA GLADHART RIGOS | SCOTT AND MADELINE WETMORE | STEPHANIE PEARSON |
| ROGER WIER | SCOTT HIIGEL | STEPHANIE WILLIAMS |
| ROLAND SCHREIBER | SCOTT MCCARTHY | STEPHANIE WOOD |
| ROMAN BRUSOVANKIN | SCOTT MEYER | STEPHEN BEELER |
| RON and SHERRY LAWLOR | SCOTT MILLER | STEPHEN G RIDDLE |
| RONALD F HOMEIER | SEAN KAZI | STEPHEN NOJEK |
| RONALD WELLMAN | SHAHRAN GROSS | STEVE FLETCHER |
| ROSE and MELVYN REMOLADOR | SHANNON WYMAN | STEVE OVERLIN |
| ROSEMARIE SHEPERD | SHARON and BEVERLY MINNICH | STEVE OWENS |
| ROSEMARY PALMER | SHARON BERDINE | STEVEN C SANDSTROM |
| ROY OSTEEN | SHARON HOLLOW | STEVEN CHIN |
| RUSTY MAYBORNE | SHARON NELSON | SUE SEITHAMER |
| RUTH SILEN | SHAWN L BRADLEY | SUSAN A FRANTZICK |
| RYAN ANDREW BOWLING | SHELDON BOATRIGHT JR | SUSAN HATCLIFF |
| | | SUSAN HUTCHINSON |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| SUSAN SANDERS | TINA FAIRBANKS | WINFRED ALDINGER |
| SUSAN SQUIRES | TINA PANIZZOLI | WOODY WURSTER |
| SUZANNE DIAZ | TJ PIERCE | YEHUDA SKVERSKY |
| SUZANNE MCLAUGHLIN | TODD CAULEY | YOLANDA REINHARD |
| SYLVIA J MACUMBER | TODD GAERKE | ZELMA MEREDITH |
| SZYMON KOZACZKA | TOM MCCORMICK | ZOEY PHOENIX |
| TAMMI WRIGHT | TRAVIS CROUCH | |
| TAMMIE EGER | TYLER DIXON | |
| TAMMY IVERSON | URSULA SNOVER | |
| TAMRA MCKEE | V L CLARK | |
| TANYA SATTLER | VICTORIA BELLE-MILLER | |
| TARA WISE | VIRGINIA LAWRENCE | |
| TAYA BALDWIN | VIRGINIA VROEGOP | |
| TED ASSATLY | WACO MACHETT | |
| TERESA ATCHISON | WALTER FLAVE HART III | |
| TERRI ROBERTSON | WAYNE DAY | |
| THEODORE LEACH | WENDY ZAMPARDI | |
| THOMAS AND CAROL DEMERY | WESLEY KNOUSE | |
| THOMAS and KATHRYN GROSSI | WILLIAM B CONTOIS | |
| THOMAS BECKER | WILLIAM BAILEY | |
| THOMAS CZERWINSKI | WILLIAM FRAZIER | |
| THOMAS DEVAUGHN | WILLIAM HIGHTOWER | |
| TIFFANY MACKENZIE | WILLIAM JELLISON | |
| TIMOTHY M JONES | WILLIAM PENNER | |
| | WILLIAM W REYNOLDS | |

Exhibit B

1  **CERTIFICATE OF SERVICE**

2  I, Leslie R. Cuesta, hereby declare as follows:

3  I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco,

4  California, 94111. I am over the age of 18 years and am not a party to this action. On March 28, 2012,

5  using the Central District of California's Electronic Case Filing System ("ECF"), with the ECF ID

6  registered to Christopher T. Heffelfinger, and at his direction, I filed and served true and correct copies

7  of the document(s) described as follows:

8  **[PROPOSED] ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT BETWEEN SETTLEMENT CLASS PLAINTIFFS AND WAL-MART STORES, INC. AND**
9  **WALMART.COM USA LLC**

10  The ECF System is designed to automatically generate an e-mail message to all parties in the case,

11  which constitutes service.

12  I further declare that on March 28, 2012, I served true and correct copies of the document(s)

13  listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices

14  for this case, by transmitting a true and correct Portable Document Format (PDF) copy via email the

15  document(s) listed above on this date before 5:00 p.m. PDT to the person(s) at the email address(es)

16  set forth below:

17

18  Gregory L. Baker
**BAKER & HOSTETLER LLP**
19  1050 Connecticut Ave., NW
Washington, DC 20036
20  gbaker@bakerlaw.com

21  Raymond J. Farrow
**KELLER ROHRBACK, L.L.P.**
22  1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
23  rfarrow@kellerrohrback.com

24
Daniel N. Gallucci
25  **RODA NAST, P.C.**
801 Estelle Drive
26  Lancaster, PA 17601
dgallucci@rodanast.com
27

Nghana Lewis Gauff
**BECNEL LAW FIRM, LLC (RESERVE)**
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
ngauff@becnellaw.com

Archie C. Lamb, Jr.
**LAW OFFICES OF**
  **ARCHIE C. LAMB, JR.**
2017 Second Avenue North
Second Floor
Birmingham, AL 35203
alamb@archielamb.com

28

1 | Irwin Levin
2 | **COHEN & MALAD**
  | 136 N. Delaware Street
3 | Suite 300
  | Indianapolis, IN 46206
4 | ilevin@cohenandmalad.com

Richard M. Volin
**FINKELSTEIN THOMPSON &**
**LOUGHRAN**
1050 30th Street, NW
Washington, DC 20007
rvolin@finkelsteinthompson.com

5 | Paula W. Render
  | **JONES DAY**
6 | 77 West Wacker
  | Chicago, IL 60601
7 | prender@jonesday.com

Stewart M. Weltman
**FUTTERMAN HOWARD WATKINS**
**WYLIE & ASHLEY CHTD**
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
sweltman@futtermanhoward.com

8 | Joseph F. Roda
9 | **RODA NAST, P.C.**
  | 801 Estelle Drive
10 | Lancaster, PA 17601
11 | jroda@rodanast.com

12  I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is

13 true and correct.

14     Executed at San Francisco, California, on March 28, 2012.

16                 _Leslie R. Cuesta_
                    Leslie R. Cuesta