UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ONLINE DVD RENTAL
ANTITRUST LITIGATION
_____/

No. M 09-2029 PJH

**ORDER CLOSING MDL**

This Document Relates to:

ALL ACTIONS
_____/

    It is ordered that in light of the conclusion of all matters in this Multidistrict Litigation ("MDL") proceeding, it is CLOSED and removed from the court's docket.

    The court directs the clerk to file a copy of this order in 4:09-md-2029 and it shall apply to each member case in In re Online DVD Rental Antitrust Litigation previously transferred to, removed to, or filed in this district, which includes all member cases up to and including civil action number 4:11-cv-01928.  This order may be accessed through the CM/ECF system or the court's website at www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge