Robert G. Abrams (*pro hac vice*)
Gregory L. Baker (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1699
Facsimile: (202) 861-1783
Email: rabrams@bakerlaw.com
       gbaker@bakerlaw.com

*Lead Plaintiff Class Counsel in MDL No. 2029*

Guido Saveri (22349)
Lisa Saveri (112043)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: guido@saveri.com
       lisa@saveri.com

*Liaison Plaintiff Counsel in MDL No. 2029*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. 4:09-md-2029 PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| **This document relates to the following actions:** | [PROPOSED] ORDER |
| *Resnick et al. v. Walmart.com USA LLC*, 4:09-cv-00002-PJH | |
| *Lynch et al. v. Walmart.com USA LLC*, 4:09-cv-00138-PJH | |
| *Sivek v. Walmart.com USA LLC*, 4:09-cv-00156-PJH | |
| *Orozco v. Netflix, Inc.*, 4:09-cv-00297-PJH | |
| *Miscioscia v. Netflix, Inc.*, 4:09-cv-00377-PJH | |
| *Weiner v. Walmart.com USA LLC*, 4:09-cv-00398-PJH | |
| *Magee v. Netflix, Inc.*, 4:09-cv-01793-PJH | |
| *Caldwell v. Netflix, Inc.*, 4:11-cv-01928-PJH | |
| *Barnett v. Netflix, Inc.*, 4:11-cv-04328-PJH | |

[PROPOSED] ORDER, Case No. 4:09-md-2029 PJH

This matter came before the Honorable Phyllis J. Hamilton on Plaintiffs' Report of Settlement Fund Distribution and Request for an Order Authorizing Distribution of Residual Amounts ("Request for Distribution").

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Class Counsel is authorized to expend $48,897.89 of the $1,478,372.93 remaining in the settlement fund to CashStar to distribute gift cards to the 649,827 claimants with confirmed valid email addresses. Rust is ordered to transfer $48,897.89 to CashStar.

2. CashStar is ordered to distribute $3.66 e-gift cards to the 649,827 claimants with confirmed valid email addresses. These e-gift cards will never expire.

3. Upon completion of this email distribution, Rust is ordered to transfer to Walmart the total dollar amount of the gift cards successfully delivered to claimants (over and above the initial 259,858 gift cards that are successfully delivered).

4. After these transfers, Rust Consulting is authorized to distribute the unused reserve funds to the following *cy pres* recipients in equal amounts:

   a. Corporation for Public Broadcasting

   b. International Center for Law & Economics

5. The Court finds that these two *cy pres* recipients will benefit the class and advance the interests of the litigation. *See Lane v. Facebook, Inc.*, 696 F.3d 811, 819 (9th Cir. 2012); *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011); *Chavez v. PVH Corp.*, 2015 U.S. Dist. LEXIS 170422, at *17-18 (N.D. Cal. Dec. 18, 2015).

**IT IS SO ORDERED.**

Date: November 30, 2016

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

[APPROVED — Judge Phyllis J. Hamilton]

[PROPOSED] ORDER, Case No. 4:09-md-2029 PJH