[Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | **Master File No. 4:09-md-2029 PJH**<br>**MDL No. 2029**<br><br>Case Terminated March 29, 2012<br><br>**STIPULATION'CPF'QTFGT TO ENLARGE TIME FOR THE HEARING ON THEODORE FRANK'S MOTION TO INTERVENE AND MOTION FOR DISCLOSURE** |
| THEODORE H. FRANK,<br><br>Objector. | |

Stipulation to Enlarge Time for the Hr'g on Theodore Frank's Mot. to Intervene and Mot. for Disclosure
4:09-md-2029 PJH

WHEREAS, pursuant to Local Rule 7-7(b)(1), WAL-MART STORES, INC. and WALMART.COM USA LLC and Plaintiffs seek to enlarge the time for the hearing on Mr. Frank's Motion for Leave to Intervene for Limited Purpose of Moving for Disclosure of E-Gift Card Redemption Rate and Accounting and his Motion for Disclosure of E-Gift Card Redemption Rate and Accounting ("the Hearing") from April 11, 2018 until April 25, 2018, and Theodore H. Frank agrees to stipulate to the enlargement of time;

WHEREAS, this case was terminated on March 29, 2012, the settlement was fully distributed to class members by 2016, and there is no pending litigation in this case that would be impacted by an enlargement of time for the Hearing;

WHEREAS, the Parties wish to conduct the Hearing as expeditiously as possible, but Wal-Mart's counsel has a scheduling conflict on the date noticed by Mr. Frank;

WHEREAS, the next date on which the Hearing can be held is April 25, 2018, as the Court hears motions on Wednesdays and Judge Hamilton is not available on April 18, 2018;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties:

1. The hearing on Mr. Frank's Motion for Leave to Intervene for Limited Purpose of Moving for Disclosure of E-Gift Card Redemption Rate and Accounting (Dkt. 671) and his Motion for Disclosure of E-Gift Card Redemption Rate and Accounting (Dkt. 672) will be held on April 25, 2018 at 9:00 AM.

Dated: March 28, 2018         Respectfully submitted,

                              BY: /s/ *Paula W. Render*

                              Lawrence C. DiNardo (*pro hac vice*)
                              Paula W. Render (*pro hac vice*)
                              JONES DAY
                              77 West Wacker Drive, Suite 3500
                              Chicago, IL 60601
                              Telephone: (312) 782-3939
                              Facsimile: (312) 782-8585

| | |
|---|---|
| 1 | Email: ldinardo@jonesday.com |
| 2 | prender@jonesday.com |
| 3 | Attorneys for WAL-MART STORES, INC. AND WALMART.COM USA LLC |
| 4 | |
| 5 | BY: /s/ *Robert G. Abrams*_____ |
| 6 | Robert G. Abrams (*pro hac vice*) |
| 7 | Gregory L. Baker (*pro hac vice*) |
|   | BAKER & HOSTETLER LLP |
| 8 | Washington Square, Suite 1100 |
|   | 1050 Connecticut Avenue, NW |
| 9 | Washington, DC 20036-5304 |
|   | Telephone: (202) 861-1699 |
| 10 | Facsimile: (202) 861-1783 |
|    | Email: rabrams@bakerlaw.com |
| 11 | gbaker@bakerlaw.com |
| 12 | Attorneys for Plaintiffs |
| 13 | |
| 14 | BY: /s/ *Todd A. Seaver*_____ |
| 15 | Todd A. Seaver |
| 16 | BERMAN TABACCO |
|    | 44 Montgomery Street, Suite 650 |
| 17 | San Francisco, CA 94104 |
|    | Telephone: (415) 433-3200 |
| 18 | Facsimile: (415) 433-6382 |
|    | tseaver@bermantabacco.com |
| 19 | |
| 20 | Attorney for Plaintiffs |
| 21 | |
| 22 | BY: /s/ *Theodore H. Frank*_____ |
| 23 | Theodore H. Frank (SBN 196332) |
|    | COMPETITIVE ENTERPRISE INSTITUTE |
| 24 | CENTER FOR CLASS ACTION FAIRNESS |
|    | 1310 L Street, NW, 7th Floor |
| 25 | Washington, DC 20005 |
|    | Telephone: (202) 331-2263 |
| 26 | Email: ted.frank@cei.org |
| 27 | |
| 28 | |

Stipulation to Enlarge Time for the Hr'g on Theodore Frank's Mot. to Intervene and Mot. for Disclosure
4:09-md-2029 PJH

- 3 -

# ECF ATTESTATION

I, Paula W. Render, am the ECF User whose ID and password are being used to file the following document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert G. Abrams, Todd A. Seaver and Theodore H. Frank concur in this filing.

Dated: March 28, 2018

JONES DAY

By: /s/ Paula W. Render
PAULA W. RENDER

Dated: March 29, 2018

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
Hon. Phyllis J. Hamilton
United States District Judge